**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>　　　　Defendant. | Case No. 3:19-cv-01751<br><br>**PLAINTIFF PETER TODD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.
3 |
4 | Respectfully Submitted,
5 | DATED: April 3, 2019    **KRONENBERGER ROSENFELD, LLP**

By:   s/Jeffrey M. Rosenfeld
      Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd



Kronenberger Rosenfeld
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 3:19-cv-01751    1    **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**