AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter Todd, an individual,<br><br>*Plaintiff(s)*<br>v.<br>Sarah Michelle Reichwein aka Isis Agora Lovecruft, an individual,<br><br>*Defendant(s)* | Civil Action No. 3:19-cv-01751 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Michelle Reichwein
aka Isis Agora Lovecruft
1389 Jefferson St., Unit C501
Oakland, CA 94612-1698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karl S. Kronenberger
Jeffrey M. Rosenfeld
Liana W. Chen
Kronenberger Rosenfeld, LLP
150 Post St., Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  04/04/2019                                                                     *Signature of Clerk or Deputy Clerk*