1

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**DECLARATION OF PETER TODD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT BY ALTERNATIVE MEANS OR IN THE ALTERNATIVE TO EXTEND TIME TO COMPLETE SERVICE**<br><br>Date:     June 27, 2019<br>Time:    11:00 a.m.<br>Ctrm:    3 – 4th Floor<br>Before:  Hon. Donna M. Ryu |

Case No. 4:19-cv-01751-DMR

TODD DECL. ISO PLTF.'S MOT. TO
AUTHORIZE ALTERNATIVE SERVICE

I, Peter Todd, declare as follows:

1. I am the plaintiff in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2. I am personally acquainted with Defendant. Based on my past interactions with Defendant, I understand that Defendant is a highly private person who publicly identifies themself by their pseudonym, Isis Agora Lovecruft.

3. Before filing this lawsuit, I did not know Defendant's legal name. As such, I authorized my attorneys to engage a private investigator to research Defendant's legal name solely for the purpose of bringing this lawsuit.

4. For many reasons (including because Defendant is extremely private; because Defendant is active on Twitter; and because of the communicative nature of the cryptography community of which Defendant and I are a part), I suspected that Defendant would quickly learn about this lawsuit and attempt to evade service.

5. Prior to filing this lawsuit, I exchanged several emails with Defendant, where Defendant used the email address "isis@patternsinthevoid.net." Defendant provided this email address to me. Defendant acknowledged their receipt of emails from me at this address, and Defendant sent emails to me from this address.

6. Based on my interactions with Defendant and Defendant's personal acquaintances, I understand that Nicole Aptekar and Henry de Valence are close personal acquaintances of Defendant.

7. As of the date of this declaration, I do not know where Defendant is residing, and I do not know any other lawful tools that could be used to try to identify Defendant's residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8th 2019

Peter Todd

---

Case No. 4:19-cv-01751-DMR    1    TODD DECL. ISO PLTF.'S MOT. TO AUTHORIZE ALTERNATIVE SERVICE