**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT BY ALTERNATIVE MEANS OR IN THE ALTERNATIVE TO EXTEND TIME TO COMPLETE SERVICE**<br><br>Date: June 27, 2019<br>Time: 11:00 a.m.<br>Ctrm: 3 – 4th Floor<br>Before: Hon. Donna M. Ryu |

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner of the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Plaintiff Peter Todd ("Plaintiff" or "Todd"). Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2. A true and correct screenshot of Defendant's Twitter account, located at <twitter.com/isislovecruft> and associated with the Twitter handle "@isislovecruft," displaying entries from March 26, 2019 through May 2, 2019, which I captured using the qSnap Screen Capture on May 2, 2019, is attached hereto as **Exhibit A**.

3. A true and correct screenshot of the Twitter account for Defendant's dog Merlin, located at <twitter.com/realwolfpupy> and associated with the Twitter handle "@realwolfpupy," displaying entries for all time, which I captured using the qSnap Screen Capture on May 2, 2019, is attached hereto as **Exhibit B**.

4. A true and correct screenshot of the Twitter account for Defendant's personal acquaintance, Nicole Aptekar, located at <twitter.com/nicoles> and associated with the Twitter handle "@nicoles," displaying entries from August 7, 2018 through May 2, 2019, which I captured using the qSnap Screen Capture on May 2, 2019, is attached hereto as **Exhibit C**.

5. A true and correct screenshot of Plaintiff's April 5, 2019 post on Twitter confirming the filing of this lawsuit, including the comments thereto posted on or before April 8, 2019, is attached hereto as **Exhibit D**. As Exhibit D shows, as part of this Twitter chain, Peter Todd and Twitter user "devrandom" engaged in an exchange in which "devrandom" directed a message to Defendant's Twitter account about the identification of Defendant in the case-initiating documents. I have highlighted the relevant portion of Exhibit D with a red circle and red arrow.

6. A true and correct copy of an April 5, 2019 article entitled "Former Bitcoin Core Developer Accused of Rape, Sexual Assault, Files Defamation Lawsuit," published

on CoinSpice and located at <https://coinspice.io/news/bitcoin-core-developer-accused-of-rape-sexual-assault-files-defamation-lawsuit/>, is attached hereto as **Exhibit E.**

7. A true and correct copy of an April 6, 2019 article entitled, "Bitcoin Core's Peter Todd Fires Back at Sexual Assault Allegation," published on CCN and located at <https://www.ccn.com/bitcoin-cores-peter-todd-fires-back-at-sex-assault-allegation>, is attached hereto as **Exhibit F**.

8. Because Plaintiff and I feared that Defendant would evade service, immediately upon filing this lawsuit, we attempted to locate and serve Defendant with process.

9. Numerous posts on Defendant's Twitter account, and the Twitter account of Defendant's dog Merlin, show photographs in the Bernal Heights, Noe Valley, and Mission areas of San Francisco.

10. Before my office filed this lawsuit, Plaintiff informed me that he did not know Defendant's legal name. Therefore, my firm engaged late private investigator David B. Fechheimer to identify Defendant's legal name and Defendant's residence. Attached hereto as **Exhibit G** is a true and correct copy of an investigative report about Defendant prepared by David B. Fechheimer and dated March 29, 2019.

11. Attached hereto as **Exhibit H** is a true and correct copy of a Declaration of Diligence dated April 9, 2019 and executed by process server Raoul Deleon of Express Network regarding his attempt to serve Defendant at 1389 Jefferson Street, No. C501, Oakland, CA, 94612. This address was identified in David B. Fechheimer's investigative report (Exhibit G) as a possible residence of Defendant.

12. Attached hereto as **Exhibit I** is a true and correct redacted copy of a LexisNexis Accurint background search on Defendant, which my office ran on March 29, 2019. I have redacted personal information about Defendant from this report other than the listed addresses. The address 2261 Market Street, San Francisco, CA, 94114 is that of a commercial post office box facility, *i.e.* Mail Access.

13. Based on Defendant's frequent Twitter postings displaying locations in San

Francisco, I believe that Defendant is residing with a personal acquaintance in San Francisco. As such, my office ran background searches on Defendant's known personal acquaintances in San Francisco, namely Nicole Aptekar and Henry de Valence. Attached hereto as **Exhibit J** is a true and correct redacted copy of a LexisNexis Accurint background search on Nicole Aptekar, which my office ran on April 2, 2019. I have redacted personal information about Ms. Aptekar from this report other than her current listed address. Attached hereto as **Exhibit K** is a true and correct redacted copy of a LexisNexis Accurint background search on Henry de Valence, which my office ran on April 11, 2019. I have redacted personal information about Mr. de Valence from this report other than his current listed address.

14. Based on the suspected close relationship between Defendant and Ms. Aptekar, and given that Ms. Aptekar's reported address was in the Bernal Heights area of San Francisco where the majority of the photographs of Defendant's dog appear on its Twitter account located at <twitter.com/realwolfpupy>, I suspected that Defendant was residing with Ms. Aptekar at 609 Precita Ave., San Francisco, CA. Thus, my office engaged a process server to perform a stakeout of this residence on April 5 through April 7. Attached hereto as **Exhibit L** is a true and correct copy the Declaration of Diligence describing process server Kris Vorsatz's stakeout of 609 Precita Ave.

15. Attached hereto as **Exhibit M** is a true and correct copy of an email and the corresponding attachments that I sent to Defendant on April 16, 2019 at "isis@patternsinthevoid.net," informing Defendant of this lawsuit and requesting that Defendant waive service of process. I did not receive any error message or bounce-back notice after I sent this email.

16. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiff's Notice of Lawsuit and Request to Waive Service of a Summons and Complaint, which my office sent to Defendant by U.S. Mail on April 16, 2019 to 2261 Market Street, Suite 325, San Francisco, CA 94114-1600. On April 18, 2019, my office sent the summons, complaint, and other case-initiating documents to 2261 Market Street, Suite 325, San Francisco, CA

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

94114-1600 by Certified Mail. This address is identified in the Accurint background reports for both Defendant and Henry de Valence. Attached hereto as **Exhibit O** is a true and correct copy of the Certified Mail receipt for the foregoing letter, dated April 18, 2019.

17. Attached hereto as **Exhibit P** is a true and correct screenshot of a Twitter direct message that my office sent to Defendant's Twitter account "@isislovecruft" on April 16, 2019.

18. On April 17, 2019, my office engaged private investigator Zach Fechheimer in an effort to locate Defendant. Mr. Fechheimer was unable to provide our office with information sufficient to locate or serve Defendant. Attached hereto as **Exhibit Q** is a true and correct copy of a declaration by Zach Fechheimer describing his efforts to locate Defendant.

19. Since before the filing of this suit, I have monitored Defendant's Twitter account and the Twitter account for Defendant's dog for any evidence of Defendant's location

20. As of the execution of this declaration, I do not know where Defendant is residing, and I do not know any other lawful tools that I could use to try to identify Defendant's residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 8, 2019 in San Francisco, California.

                                                     s/ Jeffrey M. Rosenfeld
                                                     Jeffrey M. Rosenfeld