Exhibit A





isis agora lovecruft @isislovecruft · Apr 28
you: don't you think it's weird you have a dog that's twice your size and wants to eat wolves
me: *walks past a café in san francisco in a dude sitting down outside with an albino macaw on his shoulder who is alternating between squawking "BITCOIN" and eating biscotti*
me: no.

♡ 5      ⇄ 25      ♡ 248      ✉

⇄ isis agora lovecruft Retweeted

Zhuowei Zheng @zhuowei · Apr 28
Integer instructions: 200 bytes
Load/store instructions: 150 bytes
Branch instructions: 800 bytes
NOP instructions: 3,600 bytes
Floating point instructions: 150 bytes

someone who is good at delay slots please help me optimize this. my processor architecture is dying

♡ 8      ⇄ 48      ♡ 191      ✉

isis agora lovecruft @isislovecruft · Apr 28
this game is awesome, i just took out like eight dudes with a suppressed submachine gun while riding a flying skateboard and then i built a tree house to snipe some more dudes

♡ 7      ⇄      ♡ 141      ✉
Show this thread

isis agora lovecruft @isislovecruft · Apr 28
anyway guess who got inspired to finally try fortnite

♡ 3      ⇄      ♡ 207      ✉
Show this thread

isis agora lovecruft @isislovecruft · Apr 28
me: oops sorry for using a bad word
kid: dude i'm 12 i already know all the bad words
me: what do you like to hack on?
kid: mostly i just do fortnite hacks but i'm learning metasploit
me: that's badass, you're the coolest kid ever
me: shit i did it again
kid: dude don't worry

♡ 10      ⇄ 6      ♡ 297      ✉
Show this thread

isis agora lovecruft @isislovecruft · Apr 28
me, walking @realwolfpupy:
kid on the street: woah your dog is HUGE
me: still a puppy
kid: hey wait aren't you that famous hacker
me: what.
kid: i follow you on twitter
me: what.
kid: i wanted to follow other hackers
me: you're a hacker? that's fucking awesome

♡ 13      ⇄ 33      ♡ 661      ✉
Show this thread

isis agora lovecruft @isislovecruft · Apr 26



boomers: only ~10% gay
gen Xers: "nobody cared enough to do a study"
millennials: double the gay
gen Zers: more than 50% gay

let's keep this trend going people. i want generation α 100% gay and doing crimes

suddenly, ubiquitous. A 2017 study by the advocacy group GLAAD found that millennials were more than twice as likely as baby boomers to identify as LGBTQ, but less likely than older LGBTQ generations to use the words "gay" or "lesbian" to describe themselves, leading the group to conclude that "millennials appear more likely to identify in terminology that falls outside those previously traditional binaries."

That survey didn't even include Generation Z, which is shaping up to be queerer and more gender diverse than millennials. A 2016 report from the J. Walter Thompson Innovation Group found that more than half of Gen Z-ers said they know someone who uses gender-neutral pronouns such as "they" or "ze," and less than half of the group said they identified as "exclusively heterosexual."

♡ 20        ♡ 140        ♡ 453        ✉

**isis agora lovecruft** @isisalovecruft · Apr 25
oh wait. i bet i know who did this. vinegar bean smoothie startup dude.

**Sarah Gailey** ✔ @gaileyfrey
Who wants to hear a story of the Worst Party Guest Ever? I hope you do because this is happening

♡ 4        ♡ 3        ♡ 51        ✉

Show this thread

**isis agora lovecruft** @isisalovecruft · Apr 25
help i thought i was was getting a nice lemongrassy minty cool snack but goddamn hippies snuck balsamic vinegar AND coconut water in there AT THE SAME TIME ffs who does this

♡ 8        ♡ 3        ♡ 77        ✉

Show this thread

**isis agora lovecruft** @isisalovecruft · Apr 25
i have made a grave error and managed to buy the most portland beverage of all time

♡ 19        ♡ 14        ♡ 136        ✉

Show this thread

**isis agora lovecruft** @isisalovecruft · Apr 25
i feel like if i'm rereading a paper and my margin notes from four years ago were like

LOL NOT ACTUALLY ANONYMOUS

lol hash n pray

that's.. not the curve order

narrator: not actually a uniform distribution

and now i'm finding more things to laugh at it's not a good sign

♡ 1        ♡ 8        ♡ 58        ✉

**isis agora lovecruft** @isisalovecruft · Apr 24
jumping through proxies like







we won 1st place so i got a giant teacup and a chance to put bunny ears on @cooperq in a tiger suit thanks to my awesome teammates @teachrdan @dfko_0 @acbold @umudkip @marcidy @mjg59

**EFF** ✓ @EFF
Congratulations to the winners of #EFFTechTrivia! After a tough tie breaker, the winners are...
In 3rd place, "Unredacted"!
In 2nd place, "ROT13"...

💬 2    ↻ 2    ♡ 49    ✉

**isis agora lovecruft** @isislovecruft · Apr 18
at the @EFF trivia night at Public Works

💬 2    ↻ 1    ♡ 35    ✉

**isis agora lovecruft** @isislovecruft · Apr 18
i've been cautiously asked if my pronouns are he/him three times this week including over the phone so i must being doing something right i guess

💬 3    ↻ 1    ♡ 47    ✉

**isis agora lovecruft** @isislovecruft · Apr 18
oh for fuck's sake

💬 6    ↻ 2    ♡ 23    ✉

**isis agora lovecruft** @isislovecruft · Apr 18
(this tweet brought to you by the really cute girl in a sequin croptop tank and salmon hotpants who just rode past me on a bicycle with a basket covered in fake flowers, causing me to entirely forget what i was doing for at least a solid five minutes)

💬 2    ↻ 5    ♡ 99    ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 18
why can't every girl just be gay already, come on

💬 13    ↻ 16    ♡ 147    ✉

Show this thread

↻ isis agora lovecruft Retweeted

**winteger overflow** @skrill_rs · Apr 16
if someone reads your code, thats it. youre basically fucked

💬 23    ↻ 580    ♡ 2.6K    ✉

↻ isis agora lovecruft Retweeted





against gamers" on behalf of an energy
drink called Adrenaline Rush.

♡ 163    ⟲ 1.1K    ♡ 3.0K    ✉

isis agora lovecruft @isislovecruft · Apr 13
WE'VE FOUND HACKERMAN

Goad Gatsby @GoadGatsby
Replying to @isislovecruft
thanks, this was my best work

♡ 1    ⟲ 2    ♡ 19    ✉

isis agora lovecruft @isislovecruft · Apr 13
I never realised when julian claimed he was "the third best hacker" and ed
snowden was "ninth" that he was actually just backing up hackerman

♡ 2    ⟲ 8    ♡ 67    ✉

⟲ isis agora lovecruft Retweeted
Hacker Fantastic @hackerfantastic · Apr 13
Hackers (1995) alternative ending (directors cut).

0:25   135K views

♡ 44    ⟲ 979    ♡ 2.6K    ✉

isis agora lovecruft @isislovecruft · Apr 12
hell site

Weird question but can I be
your slave? I'll pay if you want
and i'll do anything you say no
matter how humiliating it is.
You're really superior to me in
all ways possible.
17:03

♡ 11    ⟲    ♡ 45    ✉
Show this thread

isis agora lovecruft @isislovecruft · Apr 12
tfw you buy your pet dragon a queen size futon from ikea

merlin the irish wolfhound pupper @realwolfpupy
yuo thought yuo adopt wolf pupprr. haha no. im smol
drragon an this mmy lairrr

♡ 1    ⟲ 3    ♡ 29    ✉

isis agora lovecruft @isislovecruft · Apr 12
sincerely throwing a "hooray the haggardly transmisogynistic rapist who can
neither hack his way out of a wet paper bag nor do a journalism to save his life
finally fucking got kicked out of that embassy" schadenfreude party this weekend

♡ 11    ⟲ 10    ♡ 220    ✉

⟲ isis agora lovecruft Retweeted
Instructions @x86instructions · 8 Nov 2018



VLTAYTMPNL - I'd Like To Add Your Scalar Vector Lane To My Professional
Network On LinkedIn

♡ 3          ⇄ 181          ♡ 506          ✉

isis agora lovecruft @isislovecruft · Apr 12
hell site

♡ 18          ⇄ 13          ♡ 176          ✉

Show this thread

isis agora lovecruft @isislovecruft · Apr 11
him, sitting on plane waiting to take off:
him: so i didn't actually turn my phone off
me: are you downloading all the hot takes
him: yes but the hottest take is you
him: because you are hot
me:
me: you are The Worst at pickup lines
me: i'm OHing this again
him: of course

♡ 4          ⇄ 4          ♡ 35          ✉

Show this thread

isis agora lovecruft @isislovecruft · Apr 11
free chelsea manning

♡ 5          ⇄ 32          ♡ 227          ✉

Show this thread

isis agora lovecruft @isislovecruft · Apr 11
fuck julian assange

♡ 10          ⇄ 17          ♡ 209          ✉

Show this thread

⇄ isis agora lovecruft Retweeted

The Sparrow Project @sparrowmedia · Apr 11
Statement from Chelsea Manning's support team regarding today's unsealed
indictment against Julian Assange and the purely punitive nature of Chelsea's
continued detention.

STATEMENT: Chelsea Manning's team on Assange indictment.
Statement from Chelsea Manning's team regarding today's unsealed
indictment against Julian Assange and the punitive nature of Chelsea's
sparrowmedia.net

♡ 3          ⇄ 186          ♡ 265          ✉

isis agora lovecruft @isislovecruft · Apr 10
airport security agent: so for this search would you prefer uhh.. a colleague who
is.. umm.. m-m-male? fe-female?
me: actually i'm a SHA-384 thanks for asking

♡ 7          ⇄ 6          ♡ 150          ✉

Show this thread

isis agora lovecruft @isislovecruft · Apr 10
normally i'd say my gender is "ed from cowboy bebop" but now that i'm having
some bits chopped off i wonder if maybe i'll be more like "truncated hash digest"

♡ 7          ⇄ 1          ♡ 90          ✉

Show this thread

isis agora lovecruft @isislovecruft · Apr 10
update: they are going to chop off a bunch of bits



*Instructions* from Nazaneen Homaifar, MD

**Preparing for Surgery at UCSF**

Your surgeon has recommended that you have an operation. Thi
by-step through the process and to answer some frequently aske

**When am I having surgery and where do I go?**
Your surgeon's office will provide you with the location, date, and
surgeon's office and want to check on the status of your upcomin
speak with his/her practice assistant.

**Will I meet my anesthesiologist before surgery?**
You will not meet the anesthesiologist assigned to take care of ye

○ 33      ♡ 1      ♡ 159      ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 10
status: wearing a binder, an oversized flannel, and no makeup, and pitching my
voice as low as it'll go, so that i can look trans and gay enough in front of the
surgeons so that they finally give me the surgeries i've been asking for since
*checks watch* puberty

wish me luck

○ 28      ♡ 3      ♡ 339      ✉

Show this thread

⇄ isis agora lovecruft Retweeted
**isis agora lovecruft** @isislovecruft · 24 Nov 2016
Replying to @isislovecruft
I am really fantastically bad at following the advice of wizards.

○ 1      ♡ 1      ♡ 24      ✉

⇄ isis agora lovecruft Retweeted
**isis agora lovecruft** @isislovecruft · 24 Nov 2016
My dear old friend, The Pink Wizard of Kansas City, once told me that "kindness is
the subtlest form of black magick."

○ 1      ♡ 7      ♡ 54      ✉

⇄ isis agora lovecruft Retweeted
**puppy....... 2!!** @pup_hime · Apr 6
apparently theres a variation of mori girl fashion called dark mori and it literally
what an actual witch woulc wear

○ 620      ♡ 13K      ♡ 46K      ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 6
good morning twitter i hac a nightmare that some snivelling jerk off looking dude
sat down next to me and excitedly said "have you heard the good news? julian
assange is leading the ICO for the latest best alt coin!!" so i threw my glass of
water in his face and walked away

○ 9      ♡ 12      ♡ 159      ✉

⇄ isis agora lovecruft Retweeted
**Filippo Valsorda** @FiloSottile · Apr 2
To prove that crypto code can be understandable, I gave my best shot at writing a
readable Poly1305 implementation. It tries to explain both what it's doing and
how. (It's also 75% faster than the current one.)

```
// Multiplication of big number limbs is similar to elementary school
// columnar multiplication. Instead of digits, there are 64-bit limbs.
//
// We are multiplying a 3 limbs number, h, by a 2 limbs number, r.
//
//                    h2    h1    h0  »
//                          r1    r0  »
//          --------------------------
//          h2r0  h1r0  h0r0   ← individual 128-bit products
//      » h2r1  h1r1  h0r1
//          --------------------------
//          m3    m2    m1    m0    ← result in 128-bit overlapping limbs
//          --------------------------
//      m3.hi m2.hi m1.hi m0.hi     ← carry propagation
//  »     m3.lo m2.lo m1.lo m0.lo
//          --------------------------
//          t4    t3    t2    t1    t0  ← final result in 64-bit limbs
//
// The main difference from pen-and-paper multiplication is that we do
// // carry propagation in a separate step, as if we wrote two digit sums
// // at first (the 128-bit limbs), and then carried the tens all at once.
```

**A Go implementation of Poly1305 that makes sense**





Only ever reveal the hash of your baby's gender.

♡ 24      ♺ 806     ♡ 3.2K     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 2
is it just me being goth and colourblind or did twitter dark mode suddenly get darker

♡ 4      ♺ 3     ♡ 25     ✉

**isis agora lovecruft** @isislovecruft · Apr 2
GUESS WHO FORGOT THE CABLE ACTUALLY NEEDS TO BE 100'
AAAAAGDFDHGFD

fuck

♡ 7      ♺ 3     ♡ 37     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 2
how could i be mad at this cute lil fluffer

**merlin the irish wolfhound pupper** @realwolfpupy
sharrk cuddles awooo

♡ 6      ♺     ♡ 41     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 2
brb eating breakfast in the office because there's no internet in the kitchen while furiously googling for "kevlar shielded Cat6 RJ45 cable"

♡ 9      ♺ 4     ♡ 56     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Apr 2
guess who just prime now'd a 50' ethernet cable because their dog ate the one connecting the main router to the wifi repeater on the other side of the house and so they woke up wondering why everything connected to the internet on one side of the house didn't work

this kid

♡ 22      ♺ 4     ♡ 110     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Mar 31
him: did you know your heart has an vuln and i'm exploiting it
me: this is The Worst pickup line
me: i'm going to OH this
him: but everyone will know about the vuln
me: sure ok but you might have privileged access

♡ 9      ♺ 22     ♡ 145     ✉

Show this thread

**isis agora lovecruft** @isislovecruft · Mar 28
normal person:
me, a san franciscan: WHY IS ROCK SALT FALLING FROM THE SKY WTF IS HAPPENING WHO IS THROWING ROCK SALT AT MY HOUSE

0:14   5,034 views

♡ 11      ♺ 8     ♡ 132     ✉

**isis agora lovecruft** @isislovecruft · Mar 28
holy crap do people really want ietf@en.ciph.re to help them cash million dollar cheques

♡ 3      ♺ 3     ♡ 11     ✉

**isis agora lovecruft** @isislovecruft · Mar 27
OH GOD DAMMIT NOT AGAIN



isis agora lovecruft @isislovecruft · Mar 26
it did not occur to me that my name could be misheard this way over the phone

isis agora lovecruft @isislovecruft · Mar 26
i feel triple called out by this vodka?

Exhibit B



















**merlin the irish wolfhound pupper** @realwolfpupy · Mar 9
henlo im gettin rraedy, frr prride. im bein a rrainbwo faerry. everrybody will luv me an say im cutests pupper



🗨     ⟲     ♡ 19     ✉

**merlin the irish wolfhound pupper** @realwolfpupy · Mar 4
humin got robot fren. frr cleanign mess. i luv him. i help by eat onrly the yumm messes.

🗨     ⟲     ♡ 7     ✉

0:34   286 views

🗨     ⟲ 1     ♡ 7     ✉

**merlin the irish wolfhound pupper** @realwolfpupy · Mar 4
humin sit on couch. an water drrip frrm humins eyes. humin so sad. i big an i jump an put pawws on humin shuoldrrs an give licks. then put head on humins shuolder. im try helps.

🗨     ⟲     ♡ 6     ✉

**merlin the irish wolfhound pupper** @realwolfpupy · Feb 26
oh srry did yuo nccd walk bctwwn dcsks. no can do. im makin slcps in blankctt therre srry humin



🗨     ⟲     ♡ 11     ✉

**merlin the irish wolfhound pupper** @realwolfpupy · Feb 26
my humin. always gets. the bestest blood on their hannds. an i lick it. an humin teach me. how show off my chompers. an wen im grrownup. im be scary frr bad men too gggrrrrr awwwooooooo





























Exhibit C





♡ 9      ⊥↑ 6      ♡ 74      ✉

⊥↑ Nicole Aptekar Retweeted

**Nicole Aptekar** @nicoles · Apr 29
A stutter becomes a melody.

Experimenting with gold to call attention to details versus showcasing a second image overlaid.

instagram.com/nicole.aptekar..

♡ 1      ⊥↑ 2      ♡ 26      ✉

⊥↑ Nicole Aptekar Retweeted

**Nicole Aptekar** @nicoles · Apr 28
No quarrel between the ink and the sun.

Figured I'd drop another angle in here. So hard to get the lighting right on these to showcase the depth and subtlety of the black without blowing out the gold completely.

instagram.com/nicole.aptekar..

♡      ⊥↑ 4      ♡ 21      ✉

**Nicole Aptekar** @nicoles · Apr 28
Y'all I think it's real fucked up that phone companies doing calls from a jail can charge a 14 dollar fee to connect on top of the cost for the call. This country is fucked up.

♡ 1      ⊥↑      ♡ 20      ✉

**Nicole Aptekar** @nicoles · Apr 27
Discovered tonight that 19 of 40 sheets of a new piece that I fabricated last



weekend were slightly out of alignment due to some carelessness on my part in cad. Whee.

Nicole Aptekar @nicoles · Apr 23
Oh no it's 4000 degrees in my room.

Nicole Aptekar @nicoles · Apr 23
No quarrel between the ink and the sun.

Detail shot of the gold stepping down layer by layer. The edge detail I'm particularly proud of here.

instagram.com/nicole.aptekar...

Nicole Aptekar @nicoles · Apr 22
No quarrel between the ink and the sun.

Years of work finally paying off into this new process. It's a struggle to make, but hopefully y'all agree it's worth it.

instagram.com/nicole.aptekar...

Nicole Aptekar @nicoles · Apr 21
Finished the bulk of a piece today, only to be pretty disappointed in the result. I'm trying a much more manual/time intensive process, and the failure rate is much higher than what I have gotten used to. Debating whether to photograph it or destroy it.

Nicole Aptekar Retweeted
Jer Thorp @blprnt · Apr 9
"I am fascinated by the transitional state humanity has found itself in, where the boundaries of digital and physical, virtual and real, having only just been established, are almost immediately washing away." - @nicoles



♡ 3    ↻ 2    ♡ 11    ✉

Show this thread

**Nicole Aptekar** @nicoles · Mar 29    ⌄
Wow. STEEP Creamery & Tea in soma has a flyer up opposing the navigation
center on the Embarcadero. Boba's great, but they'll never see another penny of
my money now.

♡ 3    ↻ 6    ♡ 24    ✉

Show this thread

**Nicole Aptekar** @nicoles · Mar 27    ⌄
I sure do a lot of things a lot of days in a row...



♡ 8    ↻    ♡ 30    ✉

**Nicole Aptekar** @nicoles · Mar 26    ⌄
small heads up—doing a naoshima trip this fall, if you have wanted to come
along on a naoshima trip with me, get in touch :)

♡ 2    ↻    ♡ 11    ✉

**Nicole Aptekar** @nicoles · Mar 25    ⌄
Am I just dumb? Is there a third party app for this? I installed FONTS on my iPad
earlier today for the first time ever so maybe there's some way that I just can't
find?

♡ 2    ↻    ♡ 4    ✉

Show this thread

**Nicole Aptekar** @nicoles · Mar 25    ⌄
I can hook up an external audio interface and record my electric uke, pull in my
OP-Z for some percussion, send phantom power to a mic and sing vocals, edit
them all into a song using my iPhone no problem! But... playing that song using
the default music app is impossible???

♡ 2    ↻    ♡ 8    ✉

Show this thread

**Nicole Aptekar** @nicoles · Mar 25    ⌄
My goodness, there's still no way to take an audio file on my iPhone and put it in
the default music app? Seriously? Even with the files thing? Really? In 2019? Golly.

♡ 1    ↻    ♡ 13    ✉

Show this thread

↻ Nicole Aptekar Retweeted

**eyeo organizers** @eyeofestival · Mar 18    ⌄
Really can't get enough of @nicoles stunning works. "Shapes from the digital
world to physical reality" - nicolation.net  Get your ticket to #Eyeo2019 and don't
miss this talk. eyeofestival.com











Nicole Aptekar @nicoles · Feb 10
Searing, cutting a line in our direction.

Sometimes people ask how long it takes to make these. This one took nearly five years to finish. instagram.com/p/BttrMQMhfBu/

Nicole Aptekar Retweeted
@nicoles · Feb 6
But for real though. Come to #eyeo2019. It's one of just two con²erences that I truly love, and it's meant so much to me over the near-decade of it's existence. Being there is to be witness to an onslaught of inspiration, that I know has driven me to be a better me.

Show this thread

Nicole Aptekar @nicoles · Feb 6
I've also met the most fasci-nating people, and significantly deepened my connections with others. Despite feeling large, it's also super intimate, giving me the opportunity to connect and engage with people I wouldn't have ever had the chance to meet otherwise.

Show this thread

Nicole Aptekar @nicoles · Feb 6
So very psyched that I'm headed to @eyeofestival this year, after four years away! I hope you come too~ eyeofestival.com/registration/

Also I still can't believe that I'm a speaker. I mean seriously. Have you *seen* everyone else who's talking?

Show this thread

Nicole Aptekar @nicoles · Feb 6
Y'all, I got the new studio up and running, started cutting pieces again on Friday, and I *cannot* fucking wait to share what I've been working on. I hope you like cut paper~ :)

Nicole Aptekar Retweeted
eyeo organizers @eyeofestival · Feb 2
Take a minute to see #eyeo2019 speaker @nicoles instagram feed and be mesmerized by the work she's doing with custom software, CNC fab, and paper! So good! | instagram.com/nicole.aptekar/ | (Tix on sale Monday!)

NICOLE APTEKAR



**Nicole Aptekar Retweeted**

**Jer Thorp** @blprnt · Jan 28
#eyeo2019 tickets go on sale in 7 days! It's a wild and wonderful art-y tech-y science-y design-y activist-y convergence, and I suspect if you like the things I tweet about, you'll really enjoy it. eyeofestival.com

💬 1    ⟲ 5    ♡ 9    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 27
Goodbye, Octagon.

instagram.com/p/Bti_gqtH771

💬 3    ⟲    ♡ 16    ✉

**Nicole Aptekar** @nicoles · Jan 26
Still not enough? Gosh, you sure drive a hard burger. Well, I'm here for it. Somehow, they also have Cornelia Parker's Mass (Colder Darker Matter), and despite seeing it before, this trip it *really* knocked me out.

phxart.org/cornelia-parke...

It is just so kinetic! She's amazing!

💬    ⟲    ♡ 1    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 26
Need another reason? Happy to help. If you go before April 14th, you get to spend some quality time with The Visitors, by Ragnar Kjartansson!
phxart.org/exhibition/Rag...

This is one of my top like, five favorite pieces of art ever, and I've chased it all over the country.

💬 2    ⟲    ♡ 4    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 26
Anyhow, I'm tremendously glad to have had a couple opportunities to see it in the last 10 years or so, and I implore you to check it out.

💬 1    ⟲    ♡ 3    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 26
It's also a bit more challenging/rewarding in my opinion-it's much darker for one, and the space is more disorienting/confusing. Super fun to hang out in a corner and watch people's reactions!

💬 2    ⟲    ♡ 5    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 26
Unlike her infinity room traveling exhibit, this piece has zero line and zero time constraints. You can float in the endless field of twinkling lights for hours!

💬 1    ⟲    ♡ 2    ✉

Show this thread

**Nicole Aptekar** @nicoles · Jan 26
Hey friends, have you seen Kusama's You Who Are Getting Obliterated in the Swarms of Dancing Fireflies? It's been at the Phoenix Art Museum since 2005, and is utterly beautiful. It's also up till June of this year, looks like!

**Yayoi Kusama | Phoenix Art Museum**
Inspired by a Japanese folk tale about a person in a field with 10,000 fireflies, this permanent installation brings the tale to life.
phxart.org





Show this thread

**Nicole Aptekar** @nicoles · Jan 5
After approximately eleventy billion hours, thousands of dollars of materials, and a terrible glass adventure, I have completed fabrication on my largest wallwork to date. I cannot wait to install it!

4    42

Show this thread

**Nicole Aptekar** @nicoles · Jan 2
This evening I designed a new paper piece, played some acoustic uke, and made music with ableton/push and my electric uke that I am starting to like! It's so exhilarating to create~~

1    30

**Nicole Aptekar** @nicoles · Dec 31
Excellent! After about a year of working on this one commission, I broke the water jet cut glass that I matched the rest of the materials to. Perfect! I love starting over~

7    7

**Nicole Aptekar** @nicoles · 14 Dec 2018
Tragic news: the cheap amazon bodysuit is perhaps the worst made article of clothing I've ever touched, fell apart before I started putting it on 😭😭😭

2    6

Show this thread

**Nicole Aptekar** @nicoles · 10 Dec 2018
purchased

18

Show this thread

**Nicole Aptekar** @nicoles · 10 Dec 2018
Today I realized that Samus Aran is v v tall. Should I get a zero s.i t samus bodysuit and blonde wig Y/N

17    38

Show this thread

**Nicole Aptekar** @nicoles · 8 Dec 2018
sports bra selfie thread, mute the thread if you just want art, I'm gonna keep adding to this I think. :)

22







Haven't made it out to #METAFLUX yet? Head over tomorrow from 12-5p to see this work and more.

gabrieldunne.com/metaflux

Nicole Aptekar @nicoles · 24 Oct 2018
As always, likes are cool but retweets are way more effective for a call like this~

Show this thread

Nicole Aptekar @nicoles · 24 Oct 2018
Hi folx! Know any art studio facilities for rent in SF? I need a space to turn paper into sculpture, and I make *really* good sculpture. ;)

Show this thread

Nicole Aptekar @nicoles · 22 Oct 2018
I just got word that my home and studio of the last nine years will no longer be. Seeking housing & studio spaces in SF starting January of next year (earlier for studio preferably). Any help would be massively, massively appreciated.

Nicole Aptekar @nicoles · 17 Oct 2018
I couldn't tell when the sky turned black. [diamond variation]

Working with so many more layers produces such a different feel!

instagram.com/p/DpCsZLp3j5s/

Nicole Aptekar @nicoles · 16 Oct 2018
I couldn't tell when the sky turned black. [diamond variation]

A recent commission I finished, and my first piece with 80 layers!







0:20   217 views

💬 2      ⟲      ♡ 10      ✉

Show this thread

**Nicole Aptekar** @nicoles · 27 Sep 2018
If you'd like to see this in person, the gallery will have open hours this Saturday,
and I'll be there from 4-6pm!

gabrieldunne.com/metaflux/

♡      ⟲      ♡ 2      ✉

Show this thread

**Nicole Aptekar** @nicoles · 27 Sep 2018
I couldn't tell when the sky turned black.

Straight on view of my latest.

instagram.com/p/BoHgqH8B2ps/

💬 1      ⟲ 5      ♡ 23      ✉

Show this thread

**Nicole Aptekar** @nicoles · 25 Sep 2018
I couldn't tell when the sky turned black.

A perspective shot of my latest piece, smooth and shimmery.

instagram.com/p/BoKIslV8-Z0/

♡      ⟲ 2      ♡ 21      ✉

**Nicole Aptekar** @nicoles · 23 Sep 2018
And if you missed the opening, don't fret! It's up until the first week of
November! I'll be over at the gallery next Saturday in case you want to see me
and the pieces at the same time.:)

♡      ⟲ 1      ♡ 8      ✉

Show this thread

**Nicole Aptekar** @nicoles · 23 Sep 2018
To everyone who came by #METAFLUX, thank you! I am so very happy to have



To everyone who came by #METAFLUX, thank you! I am so very happy to have seen you and I wish we could've talked more. So delighted to be able to share my art with all of you.

♡ 2      ⟲ 1      ♥ 20      ✉

Show this thread

**Nicole Aptekar** @nicoles · 21 Sep 2018
Spending my evening like a normal person, making absolutely horrifying ukulele videos with the giant memoji head.

♡ 1      ⟲      ♥ 19      ✉

**Nicole Aptekar** @nicoles · 21 Sep 2018
The sirens rang out like bells.

Tomorrow's the day! Catch me, @gabrieldunne @notlion @harveymoon0 @mjacobs at the opening of #METAFLUX and scope out the details of this sculpture in person.

♡      ⟲ 2      ♥ 11      ✉

**Nicole Aptekar** @nicoles · 20 Sep 2018
I could recognize you, recognize you.

A close crop of the second edition of this work. If you look close you can see the paper texture! Thanks, new camera. instagram.com/p/Bn9PJVlhPsW/

♡      ⟲ 1      ♥ 16      ✉

**Nicole Aptekar** @nicoles · 19 Sep 2018
#METAFLUX opens this Saturday, and with it some special editions of my work, including this piece from last year. "We were certain it was lost."

See you there!

gabrieldunne.com/metaflux/









Show this thread

**Nicole Aptekar** @nicoles · 13 Aug 2018

It's the first public showing of... basically all of this. I hope you can join me!

0:21   168 views

♡ 3    �

Show this thread

**Nicole Aptekar** @nicoles · 9 Aug 2018
Twitter's got some bad news policies so I'm going to try to re-engage with mastodon more. Come follow me:

**Nicole Aptekar (@nicoles@social.tchncs.de)**
218 Toots, 187 Following, 198 Followers ·
https://nicolation.net
social.tchncs.de

💬 2    🔁    ♡ 11    ✉

**Nicole Aptekar** @nicoles · 7 Aug 2018
If I ever go into politics, this is my campaign photo. So blown away by this shoot!
📷 : @nadya 💄 : @Rissdelsol



💬 23    🔁    ♡ 123    ✉

Exhibit D

Exhibit E

🌶 **CoinSpice**    Home   Store   Video   Podcast   Webcomic    📧 ⊙ 🐦 ▶ 🔍

Home > News > Former Bitcoin Core Developer Accused of Rape, Sexual Assault, Files Defamation Lawsuit

**News**

# Former Bitcoin Core Developer Accused of Rape, Sexual Assault, Files Defamation Lawsuit

By C.Edward Kelso - April 5, 2019





5   and an applied cryptography consultant. Todd regularly speaks at conference

6   throughout the world regarding his work in cryptography.

7       2.    Defendant Sarah Michelle Reichwein ("Defendant"), who goes by th

8   fictitious name Isis Agora Lovecruft, is a self-described "anarchist; hacker; once-upon-

**TL;DR:** Case No. 4:19-cv-01751, a personal injury lawsuit, was filed by attorneys of former Bitcoin Core developer Peter Todd, claiming he was falsely accused of rape and sexual assault on social media by pseudo-anonymous Tor developer isis agora lovecruft [sic]. The defamation case involves many well-known ecosystem developers, and up until this point the issues surrounding it remained mostly just rumor and accusation. ****UPDATE AT END OF ARTICLE****

*More Spice: Bitcoin White Paper Visualized*

## Bitcoin Core Developer Files Rape, Sexual Assault, Defamation Suit

CoinSpice confirmed the lawsuit has been filed in the United States District Court Northern District of California on behalf of Todd by attorney Liana W. Chen of Kronenberger Rosenfelt. It was listed on the court's website as being filed 3 April 2019 in Oakland, and Magistrate Judge Donne M. Ryu will hear its first motions.



Courtesy of attorney. Stephen Palley.

In the suit, Todd alleges he and isis agora lovecruft are acquaintances, and roughly three years ago she publicly accused another man of sexual assault. When Todd did not publicly condemn the man, that is when, according to Todd, she accused Todd of rape and sexual assault.

Todd insists her "statements are false as Todd [has] never raped or sexually assaulted anyone," according to court documents, that such "statements of accusing Todd of rape and sexual assault remain publicly available," and that "he has been harmed and continues to be harmed by" those statements.











We are user supported

FOR THE LATEST SPICE
JOIN OUR TELEGRAM FEED

*Screenshot from isis agora lovecruft*

## Accusations Against Multiple Men

"Nadim Kobeissi is a serial rapist and abuser who defends other rapists including Jacob Appelbaum and Peter Todd," isis agora lovecruft posted 20 February 2019, "and in 2012 he grabbed my face and force kissed me at a conference and i absolutely believe the multiple survivors i've personally spoken with since then."



Kobeissi, a computer scientist and NYU professor, is best known for his work on the Cryptocat web chat service, his activism against internet censorship, and for winning a Webby Award. Appelbaum is a journalist and researcher, former member of the Tor project, who is also involved in various forms of activism, including WikiLeaks. Todd is described in the suit as a former Bitcoin Core developer and current crypto consultant, conference speaker.

When asked by a commenter directly if Todd in particular was indeed a rapist, she confirmed her allegations, "yes, similar to Nadim, i personally have a story about Peter Todd and i've personally spoken with survivors with absolutely awful and horrifying reports who are terrified of him and of coming forward (rightly so) i however am not afraid and [sh****] dudes are going down."

Bitcoin Core Developer Accused of Rape, Sexual Assault, Files Defamation Lawsuit

*Her account was apparently flagged for rules violation in connection to an initial allegation against Kobeissi*

For his part, Kobeissi responded to an earlier allegation and insisted, "Almost everyone in this world will at some point be hurt or treated with some injustice. What matters most is how we allow ourselves to be changed as a result. Compared to the Isis I knew six years ago, you've become a monster. It's a transformation I've watched helplessly." He added, "Isis, I'm not afraid of you, and your continuing to spread lies and gossip about people you don't like or who offend you won't produce effect. I hope you'll take my comments in the spirit they were intended and continue to do good work. I'm going to stop engaging now."

Attorney Stephen Palley weighed-in on the defamation suit's potential merits as they relate to speech issues, explaining, "The injunction request is interesting — it's been a while since I've looked at this but it is hard to get a court to enjoin speech, even defamatory speech; unlikely to happen at a prelim injunction hearing." CoinSpice reached out to Todd's attorney, and as of publication we have not received comment. None of the other principals have commented publicly on the suit as of this writing.

**UPDATE *****

5 April 2019 Peter Todd posted:

**Peter Todd**
@peterktodd

I can confirm I've filed this lawsuit, and on advice of counsel ask that questions be directed to my attorneys.

That said, I hope that Isis Lovecruft does the right thing here. If she does I hope the wider community acts in the spirit of forgiveness and healing, as will I.

♡ 460   12:13 PM – Apr 5, 2019

○ 115 people are talking about this


We are user supported


We are user supported


We are user supported

*DISCLOSURE: The author holds cryptocurrency as part of his financial portfolio, including BCH.*



**CONTINUE THE SPICE** *and check out our piping hot* **VIDEOS**. *Our podcast,* **The CoinSpice Podcast**, *has amazing guests. Follow CoinSpice on* **Twitter***. Join our* **Telegram** *feed to make sure you never miss a post. Drop some BCH at the* **merch shop** *— we've got some spicy shirts for men and women. Don't forget to help spread the word about* **CoinSpice** *on social media.*


Share

  



We are user supported



---

RELATED ARTICLES    MORE FROM AUTHOR



After Record Day, CashShuffle Gets Even More Trustless with New Cash Fusion Scheme



Bitcoin Community Reacts to Grayscale Drop Gold Commercial



Letters from Venezuela: Coup d'état Rumor, Violent Crackdowns, Cash Crisis Appears





Exhibit F

About & Contact    Careers    Terms & Conditions    Privacy Policy    Advertise    Self Serve    Hacked.com

 CCN

LIVE    MARKET ▾    ₿ CRYPTO ▾    MARKETCAP    PRICES ▾    RSS ▾    ABOUT ▾

1 | 100% Online Law School - Abraham Lincoln University

Financial aid is available for those who qualify. Contact admissions today! oei.alu.edu

2 | Printable PDF (Free) - Download PDF

To View PDF viewmypdf.com

🏠 Home  ▸  Bitcoin Law  ▸  Bitcoin Core's Peter Todd Fires Back at Sex Assault Allegation


Early bitcoin core developer Peter Todd has filed a defamation lawsuit against a person who claims he sexually assaulted them | Source: YouTube/Binary District

# Bitcoin Core's Peter Todd Fires Back at Sex Assault Allegation

👤 Gerelyn Terzo    📅 05/XX/2019    🏷️ Bitcoin Law, Crypto, News



🐦 Tweet        f Share

Early bitcoin core developer Peter Todd is fighting for his reputation. Todd, a Canadian who started contributing to bitcoin's code in 2012, revealed on Twitter that he has filed a lawsuit against someone in the community who allegedly accused him of rape and sexual assault, also on Twitter.

Todd vehemently denies the accusations. According to the defamation complaint, which was filed in a California federal court, he is seeking injunctive relief and damages from the defendant, a California resident whose pseudonym is Isis Agora Lovecruft. You can't make this stuff up.

Todd has directed any questions to his attorneys Kronenberger Rosenfeld with the exception of saying:

> "I hope Isis Lovecruft does the right thing here. If she does I hope the wider community acts in the spirit of forgiveness and healing, as will I."



Peter Todd
@peterktodd

I can confirm I've filed this lawsuit, and on advice of counsel ask that questions be directed to my attorneys.

That said, I hope Isis Lovecruft does the right thing here. If she does I hope the wider community acts in the spirit of forgiveness and healing, as will I.

♡ 460   12:13 PM - Apr 5, 2019

ADVERTISEMENT


eToro
The smarter way to buy crypto
Learn More
Virtual currencies are highly volatile.
Your capital is at risk.

MOST COMMENTED


Learn More
Virtual currencies are highly volatile.
Your capital is at risk.

MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician





Virtual currencies are highly volatile.
Your capital is at risk.

## MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

## MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

## MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

## MOST COMMENTED

---

115 people are talking about this

Widely cited crypto attorney Stephen Palley suggests that Todd may have his work cut out for him, tweeting:

> "[It] is hard to get a court to enjoin speech, even defamatory speech; unlikely to happen at a prelim injunction hearing."

## DEFENDANT: ANARCHIST, HACKER, AND THEORETICAL PHYSICIST

The complaint describes how Todd is a frequent speaker at crypto global conferences for his work in cryptography. Lovecruft, whose Twitter profile describes her as an "anarchist; hacker; once-upon-a-time theoretical physicist," is a frequent attendee at cryptography events. The lawsuit describes the pair as "acquaintances," saying they've "interacted on multiple occasions both at cryptography conferences and social events."

Here's the rub. In 2016, Lovecruft publicly accused someone else, a Jacob Applebaum, of sexual assault, Todd's complaint alleges. Todd suggests that Lovecruft's recent accusations against him are in retaliation for not publicly condemning Applebaum's alleged behavior. That, the bitcoin developer says, is what led Lovecruft to "publish false statements about Todd on her Twitter profile accusing Todd of rape and sexual assault," accusations that he says have been damaging.



Based on her public tweets involving the alleged incidents, the latest of which appear to be from February 2019, Lovecruft has been sexually abused by multiple men seemingly on various occasions. Yet for some reason, she continued to attend these allegedly dangerous conferences. If, in fact, she is the victim of sexual assault, Lovecruft appears to be trusting the court of public opinion over the authorities for justice. That is a strategy that has similarly played out in politics, e.g., Brett Kavanaugh's accusers.



She then directs her firepower, more directly at Todd in a tweet that identifies yet a third alleged offender, a Nadim Kobeissi:



**What happened?**

We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against abusive behavior.**
   You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.



Todd is looking to restore his good name, calling Lovecruft's statements false and maintaining his innocence, saying he "never raped or sexually assaulted anyone". Lovecruft's tweets are still publicly visible on her Twitter feed. Todd would seemingly be content to have them removed so that what he says are false statements are no longer visible to Lovecruft's more than 20,000 Twitter followers.

### #METOO ERA

In this age of the #MeToo movement, even the slightest hint of impropriety or unwanted advances can be misinterpreted. On Wall Street, men have struggled with a culture of what they believe is 'unreasonable political correctness,' which risks having the unintended consequence of creating more of a boy's club than what already exists. Bloomberg reports: On Wall Street, the culture is to sweep sexual misconduct under the rug, unlike in Hollywood and politics where scandals have gripped the news headlines.



Crypto remains an emerging asset class but one that is not immune to harassment.

There was mostly support on Todd's Twitter thread. Others accused Todd of misgendering Lovecruft:



A case management statement is due by June 26 and a case management conference is scheduled for July 3.



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

**MOST COMMENTED**



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

**MOST COMMENTED**



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

**MOST COMMENTED**



This Awful Bitcoin Stat Guarantees It's

**What is your reaction?**



| | | | | | |
|---|---|---|---|---|---|
| 0% | 0% | 0% | 0% | 0% | 0% |
| yeah! | careface | hmm... | haha | pissed | cry baby |

## AROUND THE WEB

Ads by Revcontent





America's #1 Economist Says an Extremely Rare "Dark Window" Has
*Dent Research*

Thinking About Going Solar? Read This First
*Home Solar Programs*

19 Military & Veterans Benefits & Discounts in San Francisco
*© Discounts*



**Gerelyn Terzo**

Gerelyn is a fintech and cryptocurrency journalist who started her career writing about traditional finance/Wall Street. She has been reporting on financial services for the past 15-plus years. In full disclosure, she holds bitcoin (BTC).

Tags: BITCOIN,  PETER TODD

Comment (1)                                                    ♡ Recommend

| Write a comment |
|---|

Sort by Latest ▾

 Placerville · 25d

Seriously. For either of them.

⚡ · Share · Reply                                             ...

## TALK OF THE TOWN

 Dow Will Crash 91% to Reagan-Era Mark If Trump Loses in 2020: Fed Pick
58 Comments

 'Super Interesting' Bitcoin Needs US Govt Support First: Goldman Sachs
5 Comments

 The Obamas' First: Netflix Project is an Anti-Trump Documentary
3 Comments

Trump Wins Again: Pete Buttigieg's Sister-in-Law Joins #WalkAway Movement
8 Comments

Satoshi Nakamoto v. 'Fake News': Craig Wright Lashes Out at Crypto Media
4 Comments

Insane Tweet Exposes How Elon Musk & Tesla Hypnotize Investors
3 Comments

| Show more articles |
|---|

🔒 Add Vuukle   🔒 Privacy                                      Vuukle




This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician

Virtual currencies are highly volatile. Your capital is at risk.

## MOST COMMENTED


This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician


Virtual currencies are highly volatile. Your capital is at risk.

## MOST COMMENTED


This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician


Virtual currencies are highly volatile. Your capital is at risk.

## MOST COMMENTED


This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician





Doug Kass firmly believes Amazon will once be worth a staggering $2.5 trillion. | Source: AP Photo / Mark Lennihan

## $5,000: Why Amazon Stock is Primed for a Parabolic 175% Rally

👤 Tedra DeSue · 📅 06/04/2019 · 🏷 News, U.S. Business News, U.S. Market News

| 🐦 Tweet | f Share |
|---|---|

One equities analyst is going all out on his bullish thoughts about Amazon stock (NASDAQ: AMZN), saying the company has the makings of what it takes to command $5,000 a share by 2025. That would put the company's valuation at $2.5 trillion. It would also make it the first ever to reach that level, according to Doug Kass, president of Seabreeze Partners Management.

Continue reading..



Crypto YouTuber SunnyDecree says Ian Balina is suing him for defamation. He claim's the self-described "made man" is "shilling garbage." | Source: Ian Balina/YouTube

## YouTuber Accuses Ian Balina – Despite Lawsuit Threat – of Shilling Crypto Garbage

👤 Conor Maloney · 📅 06/04/2019 · 🏷 Crypto, Exclusive, News

| 🐦 Tweet | f Share |
|---|---|

Love him or hate him, Ian Balina is inarguably one of the most major influencers in the cryptocurrency space

Continue reading..



Bitcoin price is due to surge again as halving approaches. | Source: Shutterstock

MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

MOST COMMENTED



## Bitcoin Surging 19% Only the Beginning, Halving Will Propel to Meteoric Gains

 Joseph Young  06/04/2019  Bitcoin Analysis, Bitcoin Price News, News

 Tweet   Share

On April 1, the bitcoin price initiated a large 19 percent rally from $4,200 to $5,000, peaking at $5,300 the next day across several major crypto exchanges.

Continue reading..



## OKCoin is Attracting Institutional Customers With 'Premier' Crypto Service

 P. H. Madore  06/04/2019  Bitcoin Exchange, Crypto, News

 Tweet   Share

OKCoin is consistently one of the top exchanges by adjusted volume. The exchange announced late yesterday its Premier program, which is aimed at institutional and high-volume clients.

Continue reading..



Coinbase CEO Brian Armstrong gave a wide-ranging AMA. | Source: Flickr/TechCrunch

## Coinbase CEO Brian Armstrong: Crypto Will Disrupt the Fringes of the Economy First

 P. H. Madore  06/04/2019  Bitcoin Companies, Crypto, News

 Tweet   Share

In a 45-minute long Ask Me Anything session conducted recently on YouTube, Coinbase CEO Brian Armstrong answered a lot of interesting questions, including questions about him personally. Like many of us, Armstrong says he was a nerdy kic growing up and was unpopular.

Continue reading..



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

### MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

### MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile. Your capital is at risk.

### MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician

Continue reading...



Outgoing CFTC Chairman J. Christopher Giancarlo revealed that the regulatory agency faced major pushback for its pro-bitcoin stance. | Source: SIFMA/YouTube

## Crypto Hero? Retiring CFTC Chief Bites Back at Anti-Bitcoin Bullies

 Gerelyn Terzo    05/04/2019    Crypto, News, Regulation, U.S. Market News

| 🐦 Tweet | 📘 Share |
|---|---|

The CFTC chief delivered more than an earful about the way some outsiders really feel about bitcoin. J. Christopher Giancarlo, chairman of the U.S. Commodity Futures Trading Commission (CFTC), is nearing retirement when his term ends later this month. Known as Crypto Dad to the SEC's Crypto Mom Hester Peirce, Giancarlo might deserve the title as Crypto Hero, instead, considering the heat he has had to endure for refusing to stifle blockchain innovation

Continue reading...



Somewhere in Saudi Arabia, Khalid Al-Falih is laughing as Donald Trump tries - and fails - to suppress the booming oil price | Source: AFP/AP. Image edited by CCN.

## Trump Declares War on OPEC, Saudis Laugh as Oil Price Surges

 Francois Aure    05/04/2019    News, U.S. Market News

| 🐦 Tweet | 📘 Share |
|---|---|

Donald Trump is ramping up his attack on oil prices as US crude hit a 5-month high today. While up to now the US president has been focused on denouncing high energy costs via Twitter, it appears he now is looking to do more than merely bash OPEC online. As CNBC reported, the US wants to ensure "dominance" in this sector through a blockbuster executive order designed to boost pipeline infrastructure. In reality, Trump walks a dangerous tightrope when it comes to crude.

Continue reading...



Virtual currencies are highly volatile.
Your capital is at risk.

### MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Virtual currencies are highly volatile.
Your capital is at risk.

### MOST COMMENTED



This Awful Bitcoin Stat Guarantees It's Not Crypto's Future: Mathematician



Dow Will Crash 91% to Reagan-Era Levels if Trump Loses in 2020: Fed Pick



Crypto-Specialist Economist Reveals Trick for Governments to 'Kill Bitcoin'



Pakistan Aggressively Warns India: Do Not Test Our Nuclear Military Power



CNBC's Becky Quick compares investing in bitcoin to the lottery, and a blockchain investor took her to task about the misnomer. | Source: YouTube/Purpose Built Communities

## Backlash Builds After CNBC's Becky Quick Ridicules 'Lottery Ticket' Bitcoin

Gerelyn Terzo   05/04/2019   Bitcoin in Media, Crypto, News

Tweet   Share

Nobody has been harder on bitcoin than the mainstream financial media, particularly during the crypto winter. Now that the market is showing signs of strength, bitcoin is back on their radar. but some continue to miss the point. Among them, CNBC's Becky Quick probably got bitcoin the most wrong.

Continue reading..



Biden is distancing himself from Barack Obama, but is it too little too late? | Source: AFP PHOTO / NICHOLAS KAMM

## Joe Biden: As Groping Claims Bury Ex-VP, Obama Silence Speaks Volumes

Samantha Chang   05/04/2019   News, Politics, U.S. Market News

Tweet   Share

Former U.S. Vice President Joe Biden is being barraged with an avalanche of groping allegations from multiple women. But the curious silence from his longtime pal, ex-President Barack Obama, is deafening.

Continue reading..



Bernie Sanders' Economic Policy Would Send Population Buying Bitcoin

## BITCOIN EVENTS CALENDAR

Blockchain for Finance Conference, Asia Pacific
Singapore   07.05.2019

Tokenized Assets New York
New York, USA   12.05.2019

Malta AI & Blockchain Summit
St Julian's, Malta   23.05.2019

View all Events

HVY ARTICLES

- 'If I was black': School bans teen from prom over racist sign seeking date
- Channing Tatum Posts Nude Selfie After Losing Game of Jenga
- The 2019 Billboard Music Awards (Song Awards): And The Winner is...
- African Union Issues New Warning to Sudan's Transitional Military Government
- The 2019 Billboard Music Awards (Album Awards): And The Winner is...

ADVERTISEMENT



## NEWS TIPS?

tips (at) ccn.com

Sitemap
Contact & About
Our Ethical Code
Privacy Policy
Terms & Conditions
Advertise

ABOUT CCN

CCN is an unbiased financial news site reporting on US Markets and Cryptocurrencies. Op-eds and opinions should not be attributed to CCN. Journalists on CCN follow a strict ethical code that you can find here. You can contact us here.

CCN Copyright © 2019

CCN is a part of Hawkfish AS, Norway.

Exhibit G

# DAVID B. FECHHEIMER

2005 Lyon Street, San Francisco, California 94115
Office (415) 885-5918
Fax (415) 885-0685

March 29, 2019

Jeffrey M. Rosenfeld
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

Re.: ISIS AGORA LOVECRUFT

REPORT OF INVESTIGATION

The person using the name Isis Agora Lovecruft may be **Sarah Michelle Reichwein** who was born in REDACTED on REDACTED . She has SSN REDACTED .

Commercial data sources list her most recent address as 2261 Market Street, San Francisco, CA 94114. This is a commercial address and post office center called Mail Access, which Reichwein has reportedly used since July of 2018.

Commercial data sources list her address in January of 2019 as 1389 Jefferson Street, Unit C501, Oakland, California 94612. This address is believed to be part of an apartment complex called Domain Oakland.

Her parents, REDACTED own and are believed to live at REDACTED . There is a homestead property exemption reported against this property.

David B. Fechheimer

DBF/kls

Exhibit H

| ATTORNEY (S) NAME & ADDRESS<br>**KRONENBERGER ROSENFELD, LLP**<br>KARL S. KRONENBERGER (BAR NO. 226112)<br>JEFFREY M. ROSENFELD (BAR NO. 222187)<br>LIANA W. CHEN (BAR NO. 296965)<br>150 POST STREET, SUITE 520<br>SAN FRANCISCO, CA 94108<br>Tel. No.: (415) 955-1155          Fax No.: (415) 955-1158<br>*Attorney(s) for:* PLAINTIFF PETER TODD<br>*Reference:* **KROROSF-0003580.TF** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| **PLAINTIFF/PETITIONER:** PETER TODD, an individual | |
| **DEFENDANT/RESPONDENT:** SARAH MICHELLE REICHWEIN *aka* ISIS AGORA LOVECRUFT, an individual | |
| **DECLARATION OF DILIGENCE** | CASE No.:<br>3:19-cv-01751 |

I, RAUL DELEON, declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. OLYMPIC BLVD., #800, LOS ANGELES, CA 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **APRIL 4, 2019**, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; PLAINTIFF PETER TODD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE PACKET; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU; (BLANK) NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER; NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION; FILING PROCEDURES (OAKLAND); (BLANK) NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS; (BLANK) WAIVER OF THE SERVICE OF SUMMONS; . to be served on SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual, at the following address:

**ATTEMPTED SERVICE AT:**          **1389 JEFFERSON STREET, UNIT C501, OAKLAND, CA 94612**

| | |
|---|---|
| 04-04-2019 AT 9:02PM | LOCATED UNIT C501 |
| 04-04-2019 AT 9:02PM | NO ANSWER AT THE UNIT; NEIGHBORS DID NOT ANSWER. |
| 04-05-2019 AT 9:50AM | SPOKE WITH THE LEASING OFFICE WHO SAID THAT THEY DO NOT HAVE THE DEFENDANT AS A RESIDENT. THE SERVER SHOWED THE SUBJECTS PHOTO AND THE LEASING OFFICE SAID THEY HAD NEVER SEEN HER. THAT THEY KNOW THE TENANTS. THAT THERE ARE NEW RESIDENTS IN THE UNIT. |

Person serving:
RAUL DELEON
Express Network
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 1202
(3) County: SANTA CLARA

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: APRIL 9, 2019          _____

**DECLARATION OF DILIGENCE**

Exhibit I

Comprehensive Report

 **LexisNexis·** | Accurint® for Legal Professionals

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA).  Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Report

**Date:** 03/29/19

**Report processed by:**

KRONENBERGER ROSENFELD, LLP
150 POST ST STE 520
SAN FRANCISCO, CA 94108
415-955-1155 Main Phone
415-955-1158 Fax

**Report Legend:**

- Shared Address
- Deceased
- Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **SARAH M REICHWEIN**
Date of Birth REDAC
Age: R
SSN: REDACTE issued in **California** between
REDACTED

**AKAs**
**(Names Associated with Subject)**
**SARAH M REICHWEIN**
   Age: R  SSN: REDACTE
**SARAH REICHWEIN**
   SSN: REDACTE

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
   Bankruptcies:
     None Found
   Liens and Judgments:
     None Found
   UCC Filings:
     None Found
   Phones Plus:
     1 Found
   People at Work:
     None Found
   Driver's License:
     None Found
   Address(es) Found:
     0 Verified and 7 Non-Verified Found
   Possible Properties Owned:
     None Found
   Motor Vehicles Registered:
     None Found

Comprehensive Report

1

Comprehensive Report

Watercraft:
  None Found
FAA Certifications:
  None Found
FAA Aircrafts:
  None Found
Possible Criminal Records:
  1 Found
Sexual Offenses:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  None Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  None Found
DEA Controlled Substances:
  None Found
Possible Relatives:
  1st Degree - 8 Found
  2nd Degree - 11 Found
  3rd Degree - None Found
Neighbors:
  1st Neighborhood - 2 Found
  2nd Neighborhood - 4 Found
  3rd Neighborhood - 3 Found
  4th Neighborhood - 1 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  [None Found]

**Address Summary:**

  2261 MARKET ST, SAN FRANCISCO, CA 94114-1600, SAN FRANCISCO COUNTY (Jul 2018 - Mar 2019)
  REDACTED
  1389 JEFFERSON ST UNIT C501, OAKLAND, CA 94612-1698, ALAMEDA COUNTY (Jan 2019)
  REDACTED

**Active Address(es):**

  [None Found]

**Previous And Non-Verified Address(es):**
  2261 MARKET ST, SAN FRANCISCO, CA 94114-1600, SAN FRANCISCO COUNTY (Jul 2018 - Mar 2019)
    **Name Associated with Address:**
      SARAH REICHWEIN
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 3559-016
        Page - 327
        Owner Name: PACIFIC UNION PROPERTY MGMT
        Owner Name 2: RICHARD A SOLLITTO
        Property Address: - 2261 MARKET ST, SAN FRANCISCO, CA 94114-1600, SAN FRANCISCO COUNTY
        Sale Date - 08/28/2006

Comprehensive Report                                                                                           2

Comprehensive Report

      Sale Price - $1,825,000
      Assessed Value - $2,456,188
      Land Size - 3,497 Square Feet
      Year Built - 1900
      Seller Name: WILLIAM A GRAVITT
      Legal Description - MAP B2 10
      Loan Amount - $1,186,250
      Loan Type - CONVENTIONAL
      Lender Name - FIRST REPUBLIC BK
      Data Source - A

**Neighborhood Profile (2010 Census)**
    Average Age: 44
    Median Household Income: $92,708
    Median Owner Occupied Home Value: $748,656
    Average Years of Education: 15



1389 JEFFERSON ST UNIT C501, OAKLAND, CA 94612-1698, ALAMEDA COUNTY (Jan 2019)
   **Name Associated with Address:**
     SARAH M REICHWEIN
   **Property Ownership Information for this Address**
     **Property:**
       Parcel Number - 35-417320-18-000-00-01-00
       Owner Name: PARIS BAGUETTE AMERICA INCORPORATED
       Property Address: - 1389 JEFFERSON ST, OAKLAND, CA 94612-1594, ALAMEDA COUNTY
       Owner Address: 6100 S MALT AVE, COMMERCE, CA 90040-3508, LOS ANGELES COUNTY
       Assessed Value - $383,629
       Data Source - B
   **Neighborhood Profile (2010 Census)**
     Average Age: 39
     Median Household Income: $21,183
     Median Owner Occupied Home Value: $447,692
     Average Years of Education: 12



Comprehensive Report



Comprehensive Report



**Bankruptcies:**
[None Found]

**Liens and Judgments:**
[None Found]

**UCC Filings:**
[None Found]

**Phones Plus:**
Name: REICHWEIN, SARAH
Address: REDACTED
Phone Number: REDACTED
Phone Type: Mobile
Carrier: SPRINT SPECTRUM LP - (ANAHEIM, CA)

**People at Work:**
*Maximum 50 People at Work records returned*
[None Found]

**Driver's License Information:**
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**Motor Vehicles Registered To Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
California Court:
Name: SARAH MICHELLE REICHWEIN
SSN: REDACT

Comprehensive Report                                                                 5

Comprehensive Report

State of Origin: California
County of Origin: REDAC
DOB: REDACT
Case Number: REDACT
Case Type Description: NON-CRIMINAL

**Offenses**:
**Offense #1**
Court Case Number: REDACT
Court Offense: CITATION
Court Disposition: Status:CASE DISPOSED REDAC
Court Disposition Date: REDACT
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**Sexual Offenses:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**
[None Found]

**Possible Relative Summary:**
REDACTED



Comprehensive Report



Comprehensive Report



**Possible Relatives:**
REDACTED

Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report





Comprehensive Report



Comprehensive Report





Comprehensive Report



Comprehensive Report

REDACTED

**Neighbors:**
  **Neighborhood:**
    2261 MARKET ST, SAN FRANCISCO, CA 94114-1600, SAN FRANCISCO COUNTY (Jul 2018 - Mar 2019)

  **Address(es):**
  REDACTED



Comprehensive Report



Exhibit J

Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 04/02/19
**Reference Code:** Todd, peter

**Report Legend:**
- Shared Address
Ⓓ - Deceased
✔ - Probable Current Address

**Report processed by:**

KRONENBERGER ROSENFELD, LLP
150 POST ST STE 520
SAN FRANCISCO, CA 94108
415-955-1155 Main Phone
415-955-1158 Fax

**Subject Information**
**(Best Information for Subject)**
Name: NICOLE J APTEKAR
Date of Birth: REDAC
Age: R
SSN: REDACTE issued in RED. between
REDACTED

**AKAs**
**(Names Associated with Subject)**
[No Data Available]

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **Yes**

**Comprehensive Report Summary:**
    Bankruptcies:
      None Found
    Liens and Judgments:
      None Found
    UCC Filings:
      None Found
    Phones Plus:
      4 Found
    People at Work:
      8 Found
    Driver's License:
      None Found
    Address(es) Found:
      0 Verified and 8 Non-Verified Found
    Possible Properties Owned:
      None Found
    Motor Vehicles Registered:

Comprehensive Report

None Found
Watercraft:
    None Found
FAA Certifications:
    None Found
FAA Aircrafts:
    None Found
Possible Criminal Records:
    None Found
Sexual Offenses:
    None Found
Professional Licenses:
    None Found
Voter Registration:
    None Found
Hunting/Fishing Permit:
    None Found
Concealed Weapons Permit:
    None Found
Possible Associates:
    6 Found
DEA Controlled Substances:
    None Found
Possible Relatives:
    1st Degree - 4 Found
    2nd Degree - 5 Found
    3rd Degree - 10 Found
Neighbors:
    1st Neighborhood - 1 Found
    2nd Neighborhood - 2 Found
    3rd Neighborhood - 3 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)



**Address Summary:**

609 PRECITA AVE, SAN FRANCISCO, CA 94110-4819, SAN FRANCISCO COUNTY (Dec 2018 - Mar 2019)
    **Utility Locator - Connect Date:** 12/17/2018



**Active Address(es):**

    [None Found]

**Previous And Non-Verified Address(es):**
    609 PRECITA AVE, SAN FRANCISCO, CA 94110-4819, SAN FRANCISCO COUNTY (Dec 2018 - Mar 2019)
        **Utility Locator - Connect Date:** 12/17/2018
        **Name Associated with Address:**
            NICOLE J APTEKAR
                **Current Residents at Address:**
                REDACTED

Comprehensive Report



REDACTED

Comprehensive Report



Comprehensive Report



**Bankruptcies:**
　　[None Found]

**Liens and Judgments:**
　　[None Found]

**UCC Filings:**
　　[None Found]

**Phones Plus:**
　　**Phones Plus1**



**People at Work:**
*Maximum 50 People at Work records returned*
　　Name: NICOLE APTEKAR



Comprehensive Report



**Driver's License Information:**
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

Comprehensive Report

**Motor Vehicles Registered To Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**



Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



ago)



Comprehensive Report



Comprehensive Report





Comprehensive Report

Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



Comprehensive Report



Exhibit K

Comprehensive Report



**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

# Comprehensive Report

**Date:** 04/11/19
**Reference Code:** Todd, Peter

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**

KRONENBERGER ROSENFELD, LLP
150 POST ST STE 520
SAN FRANCISCO, CA 94108
415-955-1155 Main Phone
415-955-1158 Fax

**Subject Information**
**(Best Information for Subject)**
Name: **HENRY DEVALENCE**
Date of Birth: REDACT
Age: R
SSN: REDACTE - SSN potentially _randomly_
issued by the SSA.

**AKAs**
**(Names Associated with Subject)**
**HENRY R DEVALENCE**
    Age: R    SSN: REDACT
SSN potentially randomly issued by the SSA.
**HENRY DE VALENCE**
    SSN: REDACTE
SSN potentially randomly issued by the SSA.
**HENRY DE VALENCE**
    SSN: REDACTR
SSN potentially randomly issued by the SSA.

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
    Bankruptcies:
        None Found
    Liens and Judgments:
        None Found
    UCC Filings:
        None Found
    Phones Plus:
        None Found
    People at Work:
        None Found
    Driver's License:
        None Found
    Address(es) Found:
        0 Verified and 1 Non-Verified Found
    Possible Properties Owned:

Comprehensive Report

```
    None Found
Motor Vehicles Registered:
    None Found
Watercraft:
    None Found
FAA Certifications:
    None Found
FAA Aircrafts:
    None Found
Possible Criminal Records:
    None Found
Sexual Offenses:
    None Found
Professional Licenses:
    None Found
Voter Registration:
    None Found
Hunting/Fishing Permit:
    None Found
Concealed Weapons Permit:
    None Found
Possible Associates:
    None Found
DEA Controlled Substances:
    None Found
Possible Relatives:
    1st Degree - None Found
    2nd Degree - None Found
    3rd Degree - None Found
Neighbors:
    1st Neighborhood - 3 Found
```

**Others Associated With Subjects SSN:**

(DOES NOT usually indicate any type of fraud or deception)

    [None Found]

**Address Summary:**

REDACTED

**Active Address(es):**

    [None Found]

**Previous And Non-Verified Address(es):**



REDACTED

Comprehensive Report



**Bankruptcies:**
    [None Found]

**Liens and Judgments:**
    [None Found]

**UCC Filings:**
    [None Found]

**Phones Plus:**
    [None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
    [None Found]

**Driver´s License Information:**
    [None Found]

**Possible Properties Owned by Subject:**
    [None Found]

**Motor Vehicles Registered To Subject:**
    [None Found]

**Watercraft:**
    [None Found]

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

**Possible Criminal Records:**
    [None Found]

**Sexual Offenses:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    [None Found]

**Hunting/Fishing Permit:**
    [None Found]

**Concealed Weapons Permit:**
    [None Found]

Comprehensive Report

**Firearms and Explosives:**
    [None Found]

**DEA Controlled Substances:**
    [None Found]

**Possible Associates:**
    [None Found]

**Possible Relatives:**
    [None Found]

**Neighbors:**
    **Neighborhood:**
      REDACTED

Exhibit L

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>KARL S. KRONENBERGER, Bar #226112<br>KRONENBERGER ROSENFELD, LLP<br>150 POST STREET, SUITE 520<br>SAN FRANCISCO, CA 94108 | | | | |

| | | |
|---|---|---|
| *Telephone No:* 415-955-1155   *FAX: No:* 415-955-1158 | | |
| | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of Califronia

*Plaintiff:* PETER TODD
*Defendant:* SARAH MICHELLE REICHWEIN, et al

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:19-cv-01751 |
|---|---|---|---|---|

1. I, KRIS VORSATZ, and any employee or independent contractors retained by MICHELSON ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT as follows:

2. *Documents:*   SUMMONS & COMPLAINT; ,.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/05/19 | 12:30pm | Home | BEGAN STAKEOUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Fri | 04/05/19 | 10:15pm | Home | ENDED STAKEOUT, NO ONE CAME OUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Sat | 04/06/19 | 6:00am | Home | BEGAN STAKEOUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Sat | 04/06/19 | 4:00pm | Home | ENDED STAKEOUT, NO ONE CAME OUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Sun | 04/07/19 | 11:00am | Home | BEGAN STAKEOUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Sun | 04/07/19 | 12:00pm | Home | BEGAN STAKOUT Attempt made by: KRIS VORSATZ. Attempt at: 609 PRECITA AVE.  SAN FRANCISCO, CA 94110. |
| Mon | 04/08/19 | 12:00pm | Home | RETURNED NOT SERVED on: SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT Home - 609 PRECITA AVE. SAN FRANCISCO, CA 94110. Served by: KRIS VORSATZ |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

Attorney or Party without Attorney:
KARL S. KRONENBERGER, Bar #226112
KRONENBERGER ROSENFELD, LLP
150 POST STREET, SUITE 520
SAN FRANCISCO, CA 94108

Telephone No: 415-955-1155     FAX: No: 415-955-1158

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Califronia

Plaintiff: PETER TODD
Defendant: SARAH MICHELLE REICHWEIN, et al

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 3:19-cv-01751 |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3.  *Person Executing*
    a. KRIS  VORSATZ
    **b. MICHELSON ATTORNEY SERVICE**
    5776 LINDERO CANYON ROAD
    SUITE D-219
    WESTLAKE VILLAGE, CA  91362
    c. 888-780-0886, FAX 818-337-7150

**Recoverable Costs Per CCP 1033.5(a)(4)(B)**
*d. The Fee  for service was:*
*e. I am:*   (3)  registered California process server
         (i)   Owner
         (ii)  *Registration No.:*      1160
         (iii) *County:*            Santa Clara

4.  *I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.*
    Date: Fri, May. 03, 2019

Page Number 2

(KRAIG VORSATZ, C.C.P.S.)

**AFFIDAVIT OF REASONABLE DILIGENCE**

2797.69118

Exhibit M

**Jeff Rosenfeld**

---

| | |
|---|---|
| **From:** | Jeff Rosenfeld |
| **Sent:** | Tuesday, April 16, 2019 1:38 PM |
| **To:** | isis@patternsinthevoid.net |
| **Subject:** | Todd v. Reichwein, Case No. 3:19-cv-01751: Service of Process |
| **Attachments:** | Summons and Complaint Packet (FINAL 4.3.19).pdf; Plaintiff's Ntc of Lawsuit and Request to Waive Service of Summons (SENT 4.16.19).pdf |

Dear Isis Agora Lovecruft,

<u>Please forward this correspondence to your attorney if you are represented by counsel</u>.

Please take notice that you have been named as a defendant in the lawsuit entitled *Peter Todd v. Sarah Michelle Reichwein aka Isis Agora Lovecruft*, Case No. 3:19-cv-01751, pending in the United States District Court for the Northern District of California. Attached please find the case-initiating documents, including the summons and complaint.

Also, attached please find: a) Notice of Lawsuit and Request to Waive Service; and b) Waiver of Service of Summons. If you agree to waive formal service of process for this action, please complete the Waiver of Service of Summons and return it to me by email or postal mail.

Sincerely,
Jeff Rosenfeld

---

## Jeffrey M. Rosenfeld

**PARTNER**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108
**Phone:** (415) 955-1155 Ext. 112

**Get vCard   LinkedIn   jeff@krinternetlaw.com**
**www.krinternetlaw.com**



Follow us



NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Peter Todd, an individual, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Sarah Michelle Reichwein, aka Isis Agora Lovecruft

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:       04/16/2019

_____
*Signature of the attorney or unrepresented party*

Jeffrey M. Rosenfeld
*Printed name*

150 Post St., Suite 520
San Francisco, CA 94108

_____
*Address*

jeff@KRInternetLaw.com
*E-mail address*

415-955-1155
*Telephone number*

1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   Liana W. Chen (Bar No. 296965)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
6  liana@KRInternetLaw.com
7
8  Attorneys for Plaintiff Peter Todd
9
10
11
12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**
14
   **PETER TODD**, an individual,              Case No. 3:19-cv-01751
15
          Plaintiff,
16                                             **COMPLAINT FOR INJUNCTIVE**
          v.                                   **RELIEF AND DAMAGES**
17
   **SARAH MICHELLE REICHWEIN** *aka* **ISIS**   **DEMAND FOR JURY TRIAL**
18 **AGORA LOVECRUFT**, an individual,
19
          Defendant.
20
21
22
23
24
25
26
27
28

1   Plaintiff Peter Todd, an individual, by and through his attorneys of record, states

2   and alleges as follows:

3   **INTRODUCTION**

4   1.   Plaintiff Peter Todd ("Plaintiff" or "Todd") is a former Bitcoin Core developer

5   and an applied cryptography consultant. Todd regularly speaks at conferences

6   throughout the world regarding his work in cryptography.

7   2.   Defendant Sarah Michelle Reichwein ("Defendant"), who goes by the

8   fictitious name Isis Agora Lovecruft, is a self-described "anarchist; hacker; once-upon-a-

9   time theoretical physicist." Like Todd, Defendant regularly attends cryptography

10   conferences.

11   3.   Todd and Defendant are acquaintances, having interacted on multiple

12   occasions at cryptography conferences and social events.

13   4.   In or around June 2016, Defendant publicly accused third party Jacob

14   Appelbaum of sexually assaulting her.

15   5.   When Todd did not publicly condemn Appelbaum, Defendant published

16   false statements about Todd on her Twitter profile accusing Todd of rape and sexual

17   assault.

18   6.   Defendant's statements are false as Todd has never raped or sexually

19   assaulted anyone.

20   7.   Defendant's statements accusing Todd of rape and sexual assault remain

21   publicly viewable on Defendant's Twitter profile.

22   8.   Todd has been harmed and continues to be harmed by Defendant's

23   defamatory statements.

24   **JURISDICTION AND VENUE**

25   9.   This Court has subject matter jurisdiction over this action pursuant to 28

26   U.S.C. §1332. Plaintiff Peter Todd is a citizen of a foreign state, namely Canada, and has

27   not been admitted for permanent residence in the United States. On information and

28   belief, Defendant is a citizen of California in that she is a citizen of the U.S. and a

**COMPLAINT FOR INJUNCTIVE RELIEF
AND DAMAGES; JURY DEMAND**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1    domiciliary of California. The matter in controversy exceeds the sum or value of $75,000,

2    exclusive of interest and costs.

3        10.    Venue is proper pursuant to 28 U.S.C. §1391 because, on information and

4    belief, Defendant resides in this district.

5        11.    This Court has personal jurisdiction over Defendant, because, on

6    information and belief, Defendant resides in California and has substantial, continuous,

7    and systematic contacts with California.

8                              **INTRADISTRICT ASSIGNMENT**

9        12.    Because a substantial part of the events which give rise to Plaintiff's claim

10   occurred in Alameda County, pursuant to Local Civil Rule 3-2, this action should be

11   assigned to the San Francisco or Oakland Division.

12                                        **PARTIES**

13       13.    Plaintiff Peter Todd is an individual and a citizen of Canada, residing in

14   Ontario, Canada.

15       14.    On information and belief, Defendant Sarah Michelle Reichwein, who goes

16   by the fictitious name Isis Agora Lovecruft, is an individual, a U.S. citizen, and a

17   domiciliary of California.

18                              **FACTUAL ALLEGATIONS**

19       15.    Todd is a Bitcoin enthusiast and expert, consultant, and a leading developer

20   of cryptocurrency and blockchain software.

21       16.    Todd is highly-regarded in the cryptography and cryptocurrency sectors for

22   his expertise in the security properties of the Bitcoin network and other decentralized

23   technologies.

24       17.    Given his standing in the cryptography and cryptocurrency sectors, Todd is

25   regularly invited to speak at cryptography conferences throughout the world.

26       18.    Additionally, Todd provides professional consulting services in

27   cryptography and cryptocurrency, for which he receives a premium in compensation

28   based on his knowledge and experience.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1    19.    Todd has developed a large online following, and he regularly posts to his
2  Twitter profile under the handle @peterktodd, where he has numerous followers in the
3  cryptography and cryptocurrency sectors.

4    20.    Todd's reputation, including his online reputation, are important aspects of
5  his standing in the cryptography community and his ability to maintain his consulting
6  profession.

7    21.    Defendant is a self-described "anarchist; hacker; once-upon-a-time
8  theoretical physicist."

9    22.    Defendant previously worked for The Tor Project, Inc., the goal of which is
10  to provide a way of using the Internet with as much privacy as possible, including by
11  routing Internet traffic through multiple servers and encrypting it each step of the way.

12    23.    Like Todd, Defendant regularly attends cryptography conferences.

13    24.    Todd initially met Defendant at the Summer 2014 Tor Dev Meeting, a
14  conference regarding the anonymizing software Tor.

15    25.    Defendant disclosed her name to Todd as "Isis Agora Lovecruft." Todd
16  recognized the name as a pseudonym, as the use of pseudonyms is a common practice
17  in the cryptography community. Todd only discovered Defendant's actual name right
18  before filing this Complaint, after he engaged a private investigator to find that information
19  for purposes of bringing this lawsuit.

20    26.    Between 2014 and 2016, Todd and Defendant had intermittent in-person
21  contact when they attended cryptography conferences.

22    27.    Additionally, between 2014 and 2016, Todd and Defendant spent time
23  together socially on a few occasions.

24    28.    Todd and Defendant also engaged in semi-regular online communications,
25  including via Twitter and Pond, an encrypted messaging application.

26    29.    On or around June 15, 2016, Defendant publicly published on her Twitter
27  profile that third party Jacob Appelbaum had sexually assaulted her. Appelbaum is a
28  cryptography expert and was a core member of the Tor Project.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

30.     Initially, Todd published statements to Defendant commending her on her bravery and denouncing sexual violence. Defendant reflected her approval of Todd's statements, liking one of Todd's Twitter comments.

31.     In August 2016, Todd publicly stated that he did not know what was true regarding Defendant's and others' allegations against Appelbaum.

32.     Around that same time, Defendant blocked Todd from viewing her Twitter profile.

33.     In May 2017, Todd communicated with Defendant through Github, a professional platform designed for public software development. More specifically, Todd requested more information from Defendant regarding a software programming issue, namely, "how the callee is supposed to ensure that the bytes represent a valid CompressedEdwardsY."

34.     In response to Todd's request, Defendant published the following statement:

> "First things first: **@petertodd**, you've publicly, repetitively defended a man
> who raped me and several other people, and disparaged the victims who
> were brave enough to come forward with their stories. **Do not speak to
> me. Do not use work as an excuse to speak to me. Do not use
> cryptography as an excuse to speak to me.**"

(emphasis in original).

35.     Thereafter, Todd did not initiate any contact with Defendant, either in person or electronically.

36.     On February 5, 2019, Defendant published the following statement on her Twitter profile at <https://twitter.com/isislovecruft/status/1093033203219148800>:

> "This is not even touching upon the stories of the rape and assault survivors
> of you and @petertodd and @ioerror and you all have been seen to behave
> conveniently alike and seen to dutifully protect one another 👀 ."

37.     On February 8, 2019, Defendant published the following statement on her

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1   Twitter profile at <https://twitter.com/isislovecruft/status/1094091846047985666> as a
2   follow up to her February 5, 2019 statement:

3       "i love watching the men in my industry who've sexually abused me and
4       many others squirm as I take them out one by one while they nervously
5       await their turn [¶] hahahahahahahaha eat goat dung you epoxy brained
6       cowards."

7       38.    On February 20, 2019, Defendant published the following statement on her
8   Twitter profile at <https://twitter.com/isislovecruft/status/1098270385148022784>:

9       "Nadim Kobeissi is a serial rapist and abuser who defends other rapists
10      including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my
11      face and force kissed me at a conference and i absolutely believe the
12      multiple survivors i've personally spoken with since then."

13      39.    On February 20, 2019, Defendant published the following statement on her
14  Twitter profile at <https://twitter.com/isislovecruft/status/1098280935353606144>:

15      "yes, similar to Nadim, i personally have a story about Peter Todd and i've
16      personally spoken with survivors with absolutely awful and horrifying reports
17      who are terrified of him and of coming forward (rightly so) [¶] i however am
18      not afraid and shitty dudes are going down"

19  (the "Statement(s)").

20      40.    The Statements contain and comprise false assertions of fact.

21      41.    Contrary to the Statements, Todd has not raped Defendant or anybody else.

22      42.    Contrary to the Statements, Todd has not sexually assaulted or otherwise
23  assaulted Defendant or anybody else.

24      43.    Defendant's Twitter profile has over 20,000 followers.

25      44.    Numerous people have viewed Defendant's Statements, and numerous
26  people have publicly commented on Defendant's Statements.

27      45.    Defendant knew that her Statements were false when she made them
28  because Defendant knew that Todd had never raped her or sexually abused her.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1   Alternatively or additionally, Defendant acted in reckless disregard of the falsity of her
2   Statements when she published them because the Statements falsely represent that
3   Todd engaged in the most serious of misconduct, because Defendant had no credible
4   evidence supporting her Statements when she published them, and because Defendant's
5   social history with Todd contradicted the Statements.

6       46.     As of the filing of this Complaint, the Statements remain publicly viewable
7   on Defendant's Twitter profile.

8       47.     Todd has been harmed by Defendant's Statements, including shame,
9   embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or
10  reputation among his friends, peers, and professional community.

11      48.     Additionally, and on information and belief, Todd has lost business and
12  professional opportunities, including conference speakerships, because of Defendant's
13  Statements.

14                          **FIRST CAUSE OF ACTION**

15                      **(Defamation Under California Law)**

16      49.     Todd repeats and incorporates by reference the allegations in Paragraphs
17  1–48 above.

18      50.     Todd is a private figure in that he has not voluntarily injected himself into a
19  public controversy, and he has not achieved fame that reaches widely and pervasively
20  throughout society.

21      51.     Defendant published the defamatory Statements about Todd in at least the
22  four Twitter posts identified herein and dated February 5, 2019, February 8, 2019, and
23  February 20, 2019 (2).

24      52.     Numerous people have viewed the Statements on Defendant's Twitter
25  profile.

26      53.     The Statements contain false assertions of fact, including that Todd raped
27  and/or sexually assaulted Defendant and/or other people.

28      54.     The Statements are false in that Todd has never raped or sexually

KRONENBERG ROSENFELD
150 Post Street, Suite 520,  San Francisco, CA  94108

1    assaulted Defendant or any other person.

2        55.    Defendant acted with malice when she published the defamatory

3    Statements. To wit, Defendant knew that her defamatory Statements were false when

4    she made them because Defendant knew the true state of affairs relating to Todd. In the

5    alternative, Defendant acted recklessly regarding the falsity of her Statements where the

6    Statements alleged that Todd engaged in the most serious of misconduct, where

7    Defendant had no credible evidence supporting her Statements, and where Defendant's

8    social history with Todd contradicted the Statements.

9        56.    Defendant acted without any privilege when she published the defamatory

10   Statements.

11       57.    The defamatory Statements constitute defamation per se because the

12   Statements: a) falsely charge Todd with committing illegal acts (i.e., rape; sexual assault),

13   b) contain charges by implication from the language employed such that the reader would

14   understand the defamatory meaning without the necessity of knowing extrinsic

15   explanatory matter, and c) by natural consequence would cause Todd actual damages.

16       58.    On information and belief, Defendant published the defamatory

17   Statements willfully and maliciously with the intent to harm Todd.

18       59.    As a result of Defendant's defamatory Statements, Todd has suffered

19   shame, embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or

20   reputation among his friends, peers, and in his professional community.

21       60.    Additionally, on information and belief, Todd has lost professional

22   opportunities, including conference speakerships, because of Defendant's Statements.

23       61.    Defendant's defamatory Statements remain viewable on her public Twitter

24   profile as of the filing of this Complaint and continue to cause harm to Todd that cannot

25   be addressed by monetary damages alone.

26                          **PRAYER FOR RELIEF**

27       WHEREFORE, Plaintiff Peter Todd respectfully requests that the Court enter

28   judgment in favor of Plaintiff and against Defendant and award the following relief to

1  Plaintiff and against Defendant:

2     1.    A permanent injunction requiring Defendant to remove defamatory

3  publications she has made about Plaintiff;

4     2.    An award of damages to Plaintiff and against Defendant in an amount to be

5  proved at trial, comprising the following:

6           a.    Compensatory damages under California law, including California

7                 Civil Code section 3281;

8           b.    Punitive damages pursuant to California Civil Code section 3294;

9           c.    Plaintiff's costs of suit;

10          d.    Pre-judgment interest to the extent allowed by law; and

11    3.    Such other and additional relief as the Court deems just and proper.

12

13  Respectfully Submitted,

14  DATED: April 3, 2019                    **KRONENBERGER ROSENFELD, LLP**

15

16                                          By: _____s/Jeffrey M. Rosenfeld_____
                                                      Jeffrey M. Rosenfeld
17
                                            Attorneys for Plaintiff Peter Todd
18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1

## DEMAND FOR JURY TRIAL

2         Plaintiff, by and through his undersigned counsel, hereby demands a trial by jury

3   for all questions of fact that can be decided by a jury in the above-entitled action.

4

5   Respectfully Submitted,

6   DATED: April 3, 2019                        **KRONENBERGER ROSENFELD, LLP**

7

8                                               By: _____s/Jeffrey M. Rosenfeld_____
                                                        Jeffrey M. Rosenfeld
9
                                                Attorneys for Plaintiff Peter Todd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter Todd, an individual, . | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Jeffrey M. Rosenfeld
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/16/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter Todd, an individual, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Jeffrey M. Rosenfeld
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        04/16/2019       , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Peter Todd, an individual, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sarah Michelle Reichwein aka Isis Agora Lovecruft, <br> an individual, <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  3:19-cv-01751

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sarah Michelle Reichwein
aka Isis Agora Lovecruft
1389 Jefferson St., Unit C501
Oakland, CA 94612-1698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karl S. Kronenberger
Jeffrey M. Rosenfeld
Liana W. Chen
Kronenberger Rosenfeld, LLP
150 Post St., Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  04/04/2019
_____

_____
*Signature of Clerk or Deputy Clerk*

1   **KRONENBERGER ROSENFELD, LLP**
    Karl S. Kronenberger (Bar No. 226112)
2   Jeffrey M. Rosenfeld (Bar No. 222187)
    Liana W. Chen (Bar No. 296965)
3   150 Post Street, Suite 520
    San Francisco, CA 94108
4   Telephone: (415) 955-1155
    Facsimile: (415) 955-1158
5   karl@KRInternetLaw.com
    jeff@KRInternetLaw.com
6   liana@KRInternetLaw.com
7
8   Attorneys for Plaintiff Peter Todd
9
10
11
12                      **UNITED STATES DISTRICT COURT**
13                      **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| **PETER TODD**, an individual, | Case No. 3:19-cv-01751 |
| Plaintiff, | |
| v. | **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** |
| **SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Case No. 3:19-cv-01751

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; JURY DEMAND**

Plaintiff Peter Todd, an individual, by and through his attorneys of record, states and alleges as follows:

### INTRODUCTION

1.    Plaintiff Peter Todd ("Plaintiff" or "Todd") is a former Bitcoin Core developer and an applied cryptography consultant. Todd regularly speaks at conferences throughout the world regarding his work in cryptography.

2.    Defendant Sarah Michelle Reichwein ("Defendant"), who goes by the fictitious name Isis Agora Lovecruft, is a self-described "anarchist; hacker; once-upon-a-time theoretical physicist." Like Todd, Defendant regularly attends cryptography conferences.

3.    Todd and Defendant are acquaintances, having interacted on multiple occasions at cryptography conferences and social events.

4.    In or around June 2016, Defendant publicly accused third party Jacob Appelbaum of sexually assaulting her.

5.    When Todd did not publicly condemn Appelbaum, Defendant published false statements about Todd on her Twitter profile accusing Todd of rape and sexual assault.

6.    Defendant's statements are false as Todd has never raped or sexually assaulted anyone.

7.    Defendant's statements accusing Todd of rape and sexual assault remain publicly viewable on Defendant's Twitter profile.

8.    Todd has been harmed and continues to be harmed by Defendant's defamatory statements.

### JURISDICTION AND VENUE

9.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332. Plaintiff Peter Todd is a citizen of a foreign state, namely Canada, and has not been admitted for permanent residence in the United States. On information and belief, Defendant is a citizen of California in that she is a citizen of the U.S. and a

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

domiciliary of California. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10.     Venue is proper pursuant to 28 U.S.C. §1391 because, on information and belief, Defendant resides in this district.

11.     This Court has personal jurisdiction over Defendant, because, on information and belief, Defendant resides in California and has substantial, continuous, and systematic contacts with California.

### INTRADISTRICT ASSIGNMENT

12.     Because a substantial part of the events which give rise to Plaintiff's claim occurred in Alameda County, pursuant to Local Civil Rule 3-2, this action should be assigned to the San Francisco or Oakland Division.

### PARTIES

13.     Plaintiff Peter Todd is an individual and a citizen of Canada, residing in Ontario, Canada.

14.     On information and belief, Defendant Sarah Michelle Reichwein, who goes by the fictitious name Isis Agora Lovecruft, is an individual, a U.S. citizen, and a domiciliary of California.

### FACTUAL ALLEGATIONS

15.     Todd is a Bitcoin enthusiast and expert, consultant, and a leading developer of cryptocurrency and blockchain software.

16.     Todd is highly-regarded in the cryptography and cryptocurrency sectors for his expertise in the security properties of the Bitcoin network and other decentralized technologies.

17.     Given his standing in the cryptography and cryptocurrency sectors, Todd is regularly invited to speak at cryptography conferences throughout the world.

18.     Additionally, Todd provides professional consulting services in cryptography and cryptocurrency, for which he receives a premium in compensation based on his knowledge and experience.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

19.     Todd has developed a large online following, and he regularly posts to his Twitter profile under the handle @peterktodd, where he has numerous followers in the cryptography and cryptocurrency sectors.

20.     Todd's reputation, including his online reputation, are important aspects of his standing in the cryptography community and his ability to maintain his consulting profession.

21.     Defendant is a self-described "anarchist; hacker; once-upon-a-time theoretical physicist."

22.     Defendant previously worked for The Tor Project, Inc., the goal of which is to provide a way of using the Internet with as much privacy as possible, including by routing Internet traffic through multiple servers and encrypting it each step of the way.

23.     Like Todd, Defendant regularly attends cryptography conferences.

24.     Todd initially met Defendant at the Summer 2014 Tor Dev Meeting, a conference regarding the anonymizing software Tor.

25.     Defendant disclosed her name to Todd as "Isis Agora Lovecruft." Todd recognized the name as a pseudonym, as the use of pseudonyms is a common practice in the cryptography community. Todd only discovered Defendant's actual name right before filing this Complaint, after he engaged a private investigator to find that information for purposes of bringing this lawsuit.

26.     Between 2014 and 2016, Todd and Defendant had intermittent in-person contact when they attended cryptography conferences.

27.     Additionally, between 2014 and 2016, Todd and Defendant spent time together socially on a few occasions.

28.     Todd and Defendant also engaged in semi-regular online communications, including via Twitter and Pond, an encrypted messaging application.

29.     On or around June 15, 2016, Defendant publicly published on her Twitter profile that third party Jacob Appelbaum had sexually assaulted her. Appelbaum is a cryptography expert and was a core member of the Tor Project.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

30.     Initially, Todd published statements to Defendant commending her on her bravery and denouncing sexual violence. Defendant reflected her approval of Todd's statements, liking one of Todd's Twitter comments.

31.     In August 2016, Todd publicly stated that he did not know what was true regarding Defendant's and others' allegations against Appelbaum.

32.     Around that same time, Defendant blocked Todd from viewing her Twitter profile.

33.     In May 2017, Todd communicated with Defendant through Github, a professional platform designed for public software development. More specifically, Todd requested more information from Defendant regarding a software programming issue, namely, "how the callee is supposed to ensure that the bytes represent a valid CompressedEdwardsY."

34.     In response to Todd's request, Defendant published the following statement:

> "First things first: **@petertodd**, you've publicly, repetitively defended a man who raped me and several other people, and disparaged the victims who were brave enough to come forward with their stories. **Do not speak to me. Do not use work as an excuse to speak to me. Do not use cryptography as an excuse to speak to me.**"

(emphasis in original).

35.     Thereafter, Todd did not initiate any contact with Defendant, either in person or electronically.

36.     On February 5, 2019, Defendant published the following statement on her Twitter profile at <https://twitter.com/isislovecruft/status/1093033203219148800>:

> "This is not even touching upon the stories of the rape and assault survivors of you and @petertodd and @ioerror and you all have been seen to behave conveniently alike and seen to dutifully protect one another 🙃 ."

37.     On February 8, 2019, Defendant published the following statement on her

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

Twitter profile at <https://twitter.com/isislovecruft/status/1094091846047985666> as a follow up to her February 5, 2019 statement:

> "i love watching the men in my industry who've sexually abused me and many others squirm as I take them out one by one while they nervously await their turn [¶] hahahahahahahaha eat goat dung you epoxy brained cowards."

38.     On February 20, 2019, Defendant published the following statement on her Twitter profile at <https://twitter.com/isislovecruft/status/1098270385148022784>:

> "Nadim Kobeissi is a serial rapist and abuser who defends other rapists including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my face and force kissed me at a conference and i absolutely believe the multiple survivors i've personally spoken with since then."

39.     On February 20, 2019, Defendant published the following statement on her Twitter profile at <https://twitter.com/isislovecruft/status/1098280935353606144>:

> "yes, similar to Nadim, i personally have a story about Peter Todd and i've personally spoken with survivors with absolutely awful and horrifying reports who are terrified of him and of coming forward (rightly so) [¶] i however am not afraid and shitty dudes are going down"

(the "Statement(s)").

40.     The Statements contain and comprise false assertions of fact.

41.     Contrary to the Statements, Todd has not raped Defendant or anybody else.

42.     Contrary to the Statements, Todd has not sexually assaulted or otherwise assaulted Defendant or anybody else.

43.     Defendant's Twitter profile has over 20,000 followers.

44.     Numerous people have viewed Defendant's Statements, and numerous people have publicly commented on Defendant's Statements.

45.     Defendant knew that her Statements were false when she made them because Defendant knew that Todd had never raped her or sexually abused her.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1  Alternatively or additionally, Defendant acted in reckless disregard of the falsity of her

2  Statements when she published them because the Statements falsely represent that

3  Todd engaged in the most serious of misconduct, because Defendant had no credible

4  evidence supporting her Statements when she published them, and because Defendant's

5  social history with Todd contradicted the Statements.

6      46.   As of the filing of this Complaint, the Statements remain publicly viewable

7  on Defendant's Twitter profile.

8      47.   Todd has been harmed by Defendant's Statements, including shame,

9  embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or

10  reputation among his friends, peers, and professional community.

11      48.   Additionally, and on information and belief, Todd has lost business and

12  professional opportunities, including conference speakerships, because of Defendant's

13  Statements.

14                    **FIRST CAUSE OF ACTION**

15                  **(Defamation Under California Law)**

16      49.   Todd repeats and incorporates by reference the allegations in Paragraphs

17  1–48 above.

18      50.   Todd is a private figure in that he has not voluntarily injected himself into a

19  public controversy, and he has not achieved fame that reaches widely and pervasively

20  throughout society.

21      51.   Defendant published the defamatory Statements about Todd in at least the

22  four Twitter posts identified herein and dated February 5, 2019, February 8, 2019, and

23  February 20, 2019 (2).

24      52.   Numerous people have viewed the Statements on Defendant's Twitter

25  profile.

26      53.   The Statements contain false assertions of fact, including that Todd raped

27  and/or sexually assaulted Defendant and/or other people.

28      54.   The Statements are false in that Todd has never raped or sexually

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

assaulted Defendant or any other person.

55.     Defendant acted with malice when she published the defamatory Statements. To wit, Defendant knew that her defamatory Statements were false when she made them because Defendant knew the true state of affairs relating to Todd. In the alternative, Defendant acted recklessly regarding the falsity of her Statements where the Statements alleged that Todd engaged in the most serious of misconduct, where Defendant had no credible evidence supporting her Statements, and where Defendant's social history with Todd contradicted the Statements.

56.     Defendant acted without any privilege when she published the defamatory Statements.

57.     The defamatory Statements constitute defamation per se because the Statements: a) falsely charge Todd with committing illegal acts (i.e., rape; sexual assault), b) contain charges by implication from the language employed such that the reader would understand the defamatory meaning without the necessity of knowing extrinsic explanatory matter, and c) by natural consequence would cause Todd actual damages.

58.     On information and belief, Defendant published the defamatory Statements willfully and maliciously with the intent to harm Todd.

59.     As a result of Defendant's defamatory Statements, Todd has suffered shame, embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or reputation among his friends, peers, and in his professional community.

60.     Additionally, on information and belief, Todd has lost professional opportunities, including conference speakerships, because of Defendant's Statements.

61.     Defendant's defamatory Statements remain viewable on her public Twitter profile as of the filing of this Complaint and continue to cause harm to Todd that cannot be addressed by monetary damages alone.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Peter Todd respectfully requests that the Court enter judgment in favor of Plaintiff and against Defendant and award the following relief to

Plaintiff and against Defendant:

1.     A permanent injunction requiring Defendant to remove defamatory publications she has made about Plaintiff;

2.     An award of damages to Plaintiff and against Defendant in an amount to be proved at trial, comprising the following:

      a.     Compensatory damages under California law, including California Civil Code section 3281;

      b.     Punitive damages pursuant to California Civil Code section 3294;

      c.     Plaintiff's costs of suit;

      d.     Pre-judgment interest to the extent allowed by law; and

3.     Such other and additional relief as the Court deems just and proper.

Respectfully Submitted,

DATED: April 3, 2019                              **KRONENBERGER ROSENFELD, LLP**

By: _____s/Jeffrey M. Rosenfeld_____
                    Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd



## DEMAND FOR JURY TRIAL

Plaintiff, by and through his undersigned counsel, hereby demands a trial by jury for all questions of fact that can be decided by a jury in the above-entitled action.

Respectfully Submitted,

DATED: April 3, 2019                         **KRONENBERGER ROSENFELD, LLP**

By: _____s/Jeffrey M. Rosenfeld_____
                     Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd

JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Peter Todd, an individual

**(b)** County of Residence of First Listed Plaintiff   Ontario, Canada
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kronenberger Rosenfeld, LLP, 150 Post St., Suite 520,
San Francisco, CA 94108; 415-955-1155

## DEFENDANTS
Sarah Michelle Reichwein aka Isis Agora Lovecruft, an individual

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1 ☐ U.S. Government Plaintiff   3 ☐ Federal Question
   *(U.S. Government Not a Party)*

2 ☐ U.S. Government Defendant   4 ☒ Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 ☐ | 1 ☒ | Incorporated *or* Principal Place of Business In This State | 4 ☐ | 4 ☐ |
| Citizen of Another State | 2 ☐ | 2 ☐ | Incorporated *and* Principal Place of Business In Another State | 5 ☐ | 5 ☐ |
| Citizen or Subject of a Foreign Country | 3 ☒ | 3 ☐ | Foreign Nation | 6 ☐ | 6 ☐ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | ☒320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | | | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | **PERSONAL PROPERTY** | 740 Railway Labor Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | **SOCIAL SECURITY** | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 360 Other Personal Injury | 371 Truth in Lending | 790 Other Labor Litigation | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 362 Personal Injury -Medical Malpractice | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | 385 Property Damage Product Liability | | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **IMMIGRATION** | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 462 Naturalization Application | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | 465 Other Immigration Actions | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒1 Original Proceeding   2 ☐ Removed from State Court   3 ☐ Remanded from Appellate Court   4 ☐ Reinstated or Reopened   5 ☐ Transferred from Another District *(specify)*   6 ☐ Multidistrict Litigation–Transfer   8 ☐ Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Defamation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S), IF ANY *(See instructions):*
JUDGE                           DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA-MCKINLEYVILLE

DATE   04/03/2019        SIGNATURE OF ATTORNEY OF RECORD   s/Jeffrey M. Rosenfeld

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-CAND 44

**Authority For Civil Cover Sheet.** The JS-CAND 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

II. **Jurisdiction.** The basis of jurisdiction is set forth under Federal Rule of Civil Procedure 8(a), which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

(1) <u>United States plaintiff</u>. Jurisdiction based on 28 USC §§ 1345 and 1348. Suits by agencies and officers of the United States are included here.

(2) <u>United States defendant</u>. When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

(3) <u>Federal question</u>. This refers to suits under 28 USC § 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

(4) <u>Diversity of citizenship</u>. This refers to suits under 28 USC § 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS-CAND 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.

(1) <u>Original Proceedings</u>. Cases originating in the United States district courts.

(2) <u>Removed from State Court</u>. Proceedings initiated in state courts may be removed to the district courts under Title 28 USC § 1441. When the petition for removal is granted, check this box.

(3) <u>Remanded from Appellate Court</u>. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

(4) <u>Reinstated or Reopened</u>. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

(5) <u>Transferred from Another District</u>. For cases transferred under Title 28 USC § 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

(6) <u>Multidistrict Litigation Transfer</u>. Check this box when a multidistrict case is transferred into the district under authority of Title 28 USC § 1407. When this box is checked, do not check (5) above.

(8) <u>Multidistrict Litigation Direct File</u>. Check this box when a multidistrict litigation case is filed in the same district as the Master MDL docket.

<u>Please note that there is no Origin Code 7</u>. Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** <u>Example</u>: U.S. Civil Statute: 47 USC § 553. <u>Brief Description</u>: Unauthorized reception of cable service.

VII. **Requested in Complaint.** <u>Class Action</u>. Place an "X" in this box if you are filing a class action under Federal Rule of Civil Procedure 23.

<u>Demand</u>. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.

<u>Jury Demand</u>. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-CAND 44 is used to identify related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

IX. **Divisional Assignment.** If the Nature of Suit is under Property Rights or Prisoner Petitions or the matter is a Securities Class Action, leave this section blank. For all other cases, identify the divisional venue according to Civil Local Rule 3-2: "the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated."

**Date and Attorney Signature.** Date and sign the civil cover sheet.

1  **KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
3  150 Post Street, Suite 520
San Francisco, CA 94108
4  Telephone: (415) 955-1155
Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
jeff@KRInternetLaw.com
6  liana@KRInternetLaw.com
7
8  Attorneys for Plaintiff Peter Todd
9
10
11
12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| **PETER TODD**, an individual, | Case No. 3:19-cv-01751 |
| Plaintiff, | **PLAINTIFF PETER TODD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| **SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual, | |
| Defendant. | |

**PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully Submitted,

DATED: April 3, 2019                    **KRONENBERGER ROSENFELD, LLP**

By: _____s/Jeffrey M. Rosenfeld_____
                    Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:19-cv-01751-DMR Todd v. Reichwein Case Assigned by Intake |
| **Date:** | Wednesday, April 3, 2019 12:48:10 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 4/3/2019 at 12:47 PM and filed on 4/3/2019
**Case Name:**        Todd v. Reichwein
**Case Number:**    3:19-cv-01751-DMR
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**Case assigned to Magistrate Judge Donna M. Ryu.**

**Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.**

**Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/17/2019. (ajsS, COURT STAFF) (Filed on 4/3/2019)**

**3:19-cv-01751-DMR Notice has been electronically mailed to:**

Jeffrey Michael Rosenfeld      Jeff@KRInternetlaw.com

**3:19-cv-01751-DMR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER TODD,

             Plaintiff,

    v.

SARAH MICHELLE REICHWEIN,

             Defendant.

Case No. 19-cv-01751-DMR

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Donna M. Ryu . When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal. All other parties must file a consent or declination within 14 days of appearing in the case. All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's Internet website: http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 4/3/2019 | Complaint Filed | |
| 6/12/2019 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 6/26/2019 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 7/3/2019 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Courtroom 4, 3rd Floor<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT OF CASE
<u>TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL</u>

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to a Magistrate Judge.

Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions. Appeal will be directly to the United States Court of Appeals for the Ninth Circuit.

Attached is a form to complete to indicate whether you consent to proceed before the assigned magistrate judge or decline to proceed before the assigned magistrate judge. This form is also available from the Court's website: <u>cand.uscourts.gov/civilforms</u>. You are free to withhold consent without adverse consequences. If any party declines, the case will be reassigned to a district judge.

If you are the plaintiff or removing party in this case, you must file your consent/declination form within 14 days of receipt of this notice. Each other party must file its consent/declination form within 14 days of appearing in the case.

The plaintiff or removing party must serve a copy of this notice upon all other parties to this action.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  | Case No. C |
|---|---|
| Plaintiff(s) | CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| v. | |
| Defendant(s). | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

## OR

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____     NAME: _____

COUNSEL FOR
(OR "PRO SE"): _____

_____
*Signature*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Consenting To The Jurisdiction Of A Magistrate Judge




Oakland

San Francisco






San Jose

Eureka

### Phyllis J. Hamilton, Chief Judge
### Susan Y. Soong, Clerk of Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Phyllis J. Hamilton, Chief Judge
Susan Y. Soong, Clerk of Court

| San Francisco Courthouse | Oakland Courthouse |
|---|---|
| 450 Golden Gate Avenue | 1301 Clay Street, Suite 400S |
| San Francisco, California 94102 | Oakland, California 94612-5212 |
| Phone: 415-522-2000 | Phone: 510-637-3530 |
| Fax: 415-522-3605 | Fax: 510-637-3545 |
| San Jose Courthouse | Eureka Courthouse |
| 280 South First Street, Room 2112 | 3140 Boeing Avenue |
| San Jose, California 95113 | McKinleyville, California 95519 |
| Phone: 408-535-5364/5363 | Phone: 707-445-3612 |
| Fax: 408-535-5360 | Fax: 707-441-1659 |

# A MESSAGE FROM THE CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT

As you embark on civil litigation in the United States District Court for the Northern District of California—whether as a party to a lawsuit or as an attorney—I encourage you to familiarize yourself with the range of services provided by the court's magistrate judges and especially to consider consenting to have a magistrate judge handle all aspects of your case, up to and including dispositive motions, jury or court trial and the entry of judgment.



The Northern District was one of the first federal trial courts in the country to assign a wide range of civil cases directly to magistrate judges upon filing. As a consequence, the magistrate judges have direct experience with nearly all types of civil matters filed in our court. Because our court is very busy, agreeing to proceed before a magistrate judge often means that the case will be resolved more quickly than if the case remained before a district judge. If the case must be tried, your trial date will be more certain and less likely to be continued to accommodate a felony jury trial. While consent is customarily given soon after a case is filed, parties may consent to have a magistrate judge preside over their case at any point in the proceedings.

 Every magistrate judge in the Northern District underwent a highly competitive selection process and had years of experience before being appointed to the bench.

As the biographies that follow demonstrate, each is active in law school teaching and continuing legal education for attorneys. Many have been appointed to important committees within the circuit and national governing bodies and all are active in local court governance.

Each has been appointed based on detailed, confidential feedback from the bar and the community; each is equipped to handle the full range of issues presented to our court. Combined, the Northern District's magistrate judges bring thousands of hours of federal judicial experience to their work at our court.

Phyllis J. Hamilton
Chief Judge

# HOW CONSENT JURISDICTION WORKS

Under a law passed by Congress in 1976, the parties in a civil action in federal district court have the option of consenting to have the case handled by a United States magistrate judge. Magistrate judges are appointed by the district judges of each district court following a competitive merit selection process and serve for terms of eight years. Magistrate judges may be reappointed only after a rigorous review of their work that includes community input. In contrast, district judges are appointed by the President and confirmed by the Senate and serve without term limits.

With the exception of certain types of cases (including capital habeas corpus cases, securities class actions and bankruptcy appeals), when a civil action is filed in the Northern District of California, it is randomly assigned to either a district judge or a magistrate judge. For every case assigned to a magistrate judge, all parties (that is, all plaintiffs and all defendants) are asked to consent to have the case handled by a magistrate judge all the way through trial. The parties are encouraged to make a decision regarding magistrate judge jurisdiction as soon as possible and no later than the first case management conference (about 100 days after the case is filed). If any party does not consent, the case is reassigned to a district judge.

If all parties consent to magistrate judge jurisdiction, then the assigned magistrate judge presides over all aspects of the case and any appeals from magistrate judges' rulings are made directly to the Court of Appeals, as are rulings by district judges.

Sometimes cases initially assigned to district judges are reassigned to magistrate judges because all parties consent to magistrate judge jurisdiction. The district judge may invite the parties at the initial case management conference to consider consenting to the jurisdiction of a magistrate judge, and the parties may take that opportunity to do so.

The magistrate judges of the Northern District handle hundreds of civil cases every year. Each magistrate judge has an assigned courtroom and dedicated staff, including a courtroom deputy and law clerks. Because of their diverse professional experiences before and during their service as judges, this court's magistrate judges are well-qualified to preside over all types of civil litigation.

## POTENTIAL BENEFITS OF CONSENTING TO A MAGISTRATE JUDGE

When parties consent to have their case tried before a magistrate judge, they receive a date certain for trial. Because district judges must give priority to holding trials in felony criminal matters, district judges must frequently postpone scheduled civil trials. Because magistrate judges do not preside over felony criminal matters, they need not move their trial dates to accommodate criminal trials. This is one of the advantages of having a case handled by a magistrate judge rather than a district judge. In fact, the court's magistrate judges nearly always meet their scheduled trial dates.

Also, civil cases assigned to magistrate judges generally move along at a quicker pace. Because magistrate judges' trial dockets are generally less crowded than those of district court judges, magistrate judges are often able to schedule trial within one year of the filing of the complaint.



Laws And Court Rules About United States Magistrate Judge Jurisdiction ...

* Federal Magistrate Act of 1979, 28 U.S.C § 636(c)(1)

* Federal Rule of Civil Procedure 73

* Northern District of California Civil Local Rule 73

## MAGISTRATE JUDGE BIOGRAPHIES

### San Francisco Courthouse

Magistrate Judge Laurel Beeler
Magistrate Judge Jacqueline Scott Corley
Magistrate Judge Thomas S. Hixson
Magistrate Judge Sallie Kim
Magistrate Judge Elizabeth Laporte
Chief Magistrate Judge Joseph Spero

### Oakland Courthouse

Magistrate Judge Donna M. Ryu
Magistrate Judge Kandis Westmore

### San Jose Courthouse

Magistrate Judge Nathanael Cousins
Magistrate Judge Virginia K. DeMarchi
Magistrate Judge Susan van Keulen

### Eureka-McKinleyville Courthouse

Magistrate Judge Robert M. Illman



## MAGISTRATE JUDGE
## LAUREL BEELER

San Francisco Courthouse

Year Appointed: 2010

Magistrate Judge Laurel Beeler has presided as a trial and settlement judge over hundreds of civil cases, including intellectual property, civil rights, employment, and business disputes.

Judge Beeler was an assistant U.S. attorney in the Northern District, prosecuting complex white-collar cases with parallel civil components. She was the Office's Professional Responsibility Officer and Deputy Chief of the Criminal Division. She was a law clerk to the Hon. Cecil F. Poole, United States Court of Appeals for the Ninth Circuit, and the Civil Appeals Division Chief at the 9th Circuit's Office of Staff Attorneys. She trained as a mediator with the Northern District's ADR Program, the Federal Judicial Center, and Harvard Law School.

Judge Beeler is a member of the 9th Circuit Magistrate Judge Executive Board and the 9th Circuit Criminal Case Committee and is one of four national judicial liaisons to the U.S. Department of Justice/Office of Defender Services Joint Electronic Technology Working Group. She chairs the Northern District's Criminal Practice Committee and implemented the Court's reentry and diversion courts.

Judge Beeler served as President of the Federal Bar Association, co-chair of the Lawyer Representatives to the 9th Circuit, a board member of the Bar Association of San Francisco, a member of the 9th Circuit's Jury Trial Improvement Committee and a member of the Executive Committee of the Edward J. McFetridge American Inn of Court. In 2006, Judge Beeler received the Northern District Judicial Conference's Public Service Award. In 2012, she was named one of The Recorder's "2012 Women Leaders in Law." In 2015, she received the Barrister's Choice Award from the Bar Association of San Francisco. Judge Beeler taught civil trial practice at U.C. Berkeley School of Law and Criminal Procedure at U.C. Hastings College of the Law. She has led rule-of-law projects in Indonesia, Vietnam, Cambodia, Jordan, the Philippines, Ukraine, and Turkey.

Judge Beeler graduated with honors from the University of Washington School of Law, where she was Order of the Coif and an Articles Editor on the *Washington Law Review*. She received her A.B. with honors from Bowdoin College.



**MAGISTRATE JUDGE
JACQUELINE SCOTT CORLEY**

San Francisco Courthouse

Year Appointed: 2011

Magistrate Judge Jacqueline Scott Corley has been on the bench since 2011 and has presided over nearly every type of civil action at all stages of the proceedings, from motions to dismiss through jury trial. She has also served as a settlement judge in hundreds of cases.

Just prior to taking the bench, Judge Corley was a partner at Kerr & Wagstaffe, LLP in San Francisco as a civil litigator with an emphasis on federal practice. She represented individuals, government entities, and institutions as plaintiffs and defendants in a variety of matters that included trademark, copyright, patent, constitutional law, defamation, malicious prosecution, class actions, contract and probate.

From 1998 through 2009 Judge Corley served as a career law clerk to the Honorable Charles R. Breyer. She also served on the Northern District of California Alternative Dispute Resolution mediation and early neutral evaluation panels from 2006 though her appointment.

Judge Corley received her undergraduate degree from the University of California Berkeley and her J.D. from Harvard Law School, magna cum laude, where she was an editor and Articles Chair of the *Harvard Law Review*. Upon graduation she served as a law clerk to the Honorable Robert E. Keeton of the United States District Court for the District of Massachusetts. She then practiced complex commercial litigation and white collar criminal defense at Goodwin, Procter LLP in Boston and was a litigation associate at Coblentz, Patch, Duffy & Bass LLP in San Francisco before joining Judge Breyer in 1998.



### MAGISTRATE JUDGE
### THOMAS S. HIXSON

San Francisco Courthouse

Year Appointed: 2018

Magistrate Judge Thomas S. Hixson joined the Court in 2018 following nearly 20 years as a litigator in private practice in San Francisco.

Before taking the bench, Magistrate Judge Hixson was a partner at Morgan, Lewis & Bockius, LLP, and before then an associate and then partner at Bingham McCutchen LLP, and prior to that an associate at McCutchen, Doyle, Brown & Enersen, LLP. His practice encompassed complex litigation in federal and state courts in fields including intellectual property, antitrust and unfair competition, energy regulation, water management and telecommunications.

Magistrate Judge Hixson is a past chair of the California State Bar Antitrust and Unfair Competition Law Section (now the Antitrust, UCL and Privacy Section of the California Lawyers Association). He has contributed to the Section's treatise, California State Antitrust & Unfair Competition Law, published by Matthew Bender. His pro bono work while in private practice included serving as counsel in a complex challenge to telecommunications marketing practices before the California Public Utilities Commission and assisting tenants facing eviction via the San Francisco Superior Court's Housing Negotiation Project. He also served on the Board of Directors of the AIDS Legal Referral Panel.

Magistrate Judge Hixson earned his undergraduate and law degrees, both magna cum laude, from Harvard. The year after graduating from law school, he served as a law clerk to Ninth Circuit Court of Appeals Judge A. Wallace Tashima in Pasadena .



## MAGISTRATE JUDGE
## SALLIE KIM

San Francisco Courthouse

Year Appointed: 2015

Magistrate Judge Sallie Kim brings a broad range of civil and criminal litigation experience to the bench, with a special emphasis on civil cases in federal court.

Judge Kim graduated from Princeton University in 1986 and from Stanford Law School in 1989. Upon graduation from law school, she served as law clerk to United States District Judge Spencer Williams of this Court. She then entered private civil litigation practice in Palo Alto. From 1995-99, Judge Kim served as Associate and Assistant Dean for Student Affairs at Stanford Law School, after which she returned to private civil litigation practice and became a partner with the law firm of GCA Law Partners, LLP in 2002. She practiced at GCA Law Partners until she joined the Court in 2015.

Judge Kim's recent professional activities outside of regular civil litigation practice have included service in the following capacities: Co-Director of the Trial Advocacy Program and Lecturer in Law at Stanford Law School beginning in 2014; the Interim Title IX Coordinator for Stanford University in 2013 and 2014; and Volunteer Deputy District Attorney for Santa Clara County for 14 weeks in 2010.



MAGISTRATE JUDGE

ELIZABETH D. LAPORTE

San Francisco Courthouse

Year Appointed: 1998

Magistrate Judge Elizabeth D. Laporte has presided over numerous civil cases through trial or other disposition since her appointment in 1998, including patent, trademark, copyright, employment, civil rights and environmental cases and has conducted over 1000 settlement conferences. She received the Judicial Leadership award for the Electronic Discovery Institute in 2015.

A 1982 graduate of Yale Law School and a Marshall Scholar, she clerked for the Honorable Marilyn Hall Patel of this Court. She was a partner at the boutique litigation firm of Turner & Brorby and an Administrative Law Judge for the California Department of Insurance. From 1996-98, she was the first Chief of Special Litigation for the San Francisco City Attorney's Office, and was named a Lawyer of the Year by California Lawyer.

Judge Laporte serves on the editorial board of the Federal Courts Law Review, the Board of Governors for the Northern California Chapter of the Association of Business Trial Lawyers and the Judicial Advisory Board of The Sedona Conference.

Judge Laporte is the immediate past Chief Magistrate Judge and has served as the Court's Alternative Dispute Resolution Magistrate Judge and chaired the Rules Committee's E-Discovery Subcommittee. At the Ninth Circuit Court of Appeals, Judge Laporte has chaired the Magistrate Judge Executive Board and served on the Jury Trial Improvement Committee. She regularly speaks at legal conferences and judicial education programs on e-discovery, employment law, intellectual property, settlement, and other topics and has authored articles on patent litigation, settlement and e-discovery.



### CHIEF MAGISTRATE JUDGE
### JOSEPH C. SPERO

San Francisco Courthouse

Year Appointed: 1999

Chief Magistrate Judge Joseph C. Spero has presided as trial judge in criminal and civil cases in a variety of subject areas, including patent, employment, civil rights, commercial contract, trademark, and federal misdemeanor cases. He has also served as a settlement judge in over 1500 cases.

Judge Spero serves on the Court's Executive Committee, as Chair of the Court's Reentry Committee and of the Diversion Committee, and has served as Chair of the Court's Technology Committee, and as Liaison Judge for Pretrial Services and Probation. He also has served on various circuit and national committees including the Magistrate Judges Advisory Group of the Administrative Office of the Courts, the Magistrate Judge Executive Board, and the Capital Case Committee of the Ninth Circuit.

A 1981 graduate of Columbia University School of Law, he clerked for the United States Court of Appeals for the Ninth Circuit. He worked as an associate at Skadden, Arps, Slate, Meagher & Flom, and as associate then partner at Coblentz, Cahen, McCabe & Breyer (now Coblentz, Patch, Duffy & Bass).

While in private practice, he trained as a mediator at Harvard Law School and served as a mediator in the Northern District's Alternative Dispute Resolution Program. He also served as a Judge Pro-Tem for the San Francisco County Superior Court.

Judge Spero served as pro bono counsel in a variety of cases. He received the Thurgood Marshall Award from the Bar Association of the City of New York.



**MAGISTRATE JUDGE
DONNA M. RYU**

Oakland Courthouse

Year Appointed: 2010

Magistrate Judge Donna M. Ryu joined the Northern District bench in March 2010, and has presided over consent cases in a wide variety of fields, including commercial disputes, intellectual property, employment, civil rights, insurance, personal injury, environmental, maritime, and constitutional law. She conducts settlement conferences in all major practice areas, and manages discovery in complex matters, including multi-district litigation. Judge Ryu has served on numerous court committees, including Local Rules, Subcommittee on E-Discovery, and Pro Bono Projects, among others. She also presides over the Oakland Reentry Court.

Judge Ryu began her career as a commercial litigator at a large San Francisco firm before joining an Oakland-based firm specializing in class actions, and later founding a small firm. She has extensive experience in complex civil litigation, including discovery, motions and trials.  Prior to taking the bench, Judge Ryu was a Clinical Professor of Law at U.C. Hastings, and before that at Golden Gate University Law School.

She has been honored as a California Lawyer of the Year in Employment Law. She is the recipient of the Asian American Bar Association's Joe Morozumi Award for Exceptional Legal Advocacy, the Rutter Award for Excellence in Teaching, and the National Asian Pacific American Bar Association's Trailblazers Award. She co-designed a national training institute on class actions, and has written and lectured in the areas of employment law, e-discovery, pretrial practice, attorneys' fees, class actions, ethics, and professionalism.

Judge Ryu graduated with honors from Yale University, and received her law degree in from U.C. Berkeley Law School, where she continues to teach as a Lecturer.



## MAGISTRATE JUDGE
## KANDIS A. WESTMORE

Oakland Courthouse

Year Appointed: 2012

Magistrate Judge Kandis A. Westmore was appointed in February 2012 and is assigned to the Oakland Division. Judge Westmore served as a law clerk with the Contra Costa County Public Defender's Office before beginning her legal career at an Oakland-based boutique law firm specializing in plaintiffs' civil rights litigation.

She joined the Oakland City Attorney's Office in 1999 as a Deputy City Attorney. During her 13 year tenure with the City, she advised City agencies and served as both a trial attorney and a law and motion attorney, where she filed suit on behalf of the City and defended the City and its employees on a wide range of matters in federal and state trial and appellate courts, including civil rights, personal injury, inverse condemnation, labor and employment, and complex litigation. Judge Westmore has been publicly recognized by community organizations, the City of Oakland, and elected officials for her contributions and service to the City of Oakland and its residents.

Prior to taking the bench, Judge Westmore served as President-Elect of the Alameda County Bar Association (ACBA), and volunteered for the ACBA Volunteer Legal Services Corporation's Pro Bono Program representing low-income individuals in family law cases. She currently serves as a member of the court's Community Outreach Committee and co-leads the court's Conviction Alternatives Program (CAP).

She is also an adjunct professor at Golden Gate University School of Law, where she teaches Honors Evidence.

Judge Westmore received her B.A. from U.C. Berkeley in 1989, and her J.D. from the University of San Francisco, School of Law in 1997, all while working full-time and being a wife and mother of two young children. As a law student, Judge Westmore served as a judicial extern to the Honorable Saundra Brown Armstrong of this Court.



## MAGISTRATE JUDGE NATHANAEL COUSINS

San Jose Courthouse

Year Appointed: 2011

Magistrate Judge Nathanael Cousins has his chambers in San Jose, but he has served in each courthouse in the Northern District of California, from Salinas to Eureka.

He joined the Court from the U.S. Department of Justice, where he worked as an Assistant U.S. Attorney (San Jose and San Francisco offices) and Antitrust Division Trial Attorney (San Francisco). In those positions, he had criminal jury trials before many of the Judges of this Court. He was part of the team that prosecuted global price-fixing cartels in memory chip markets. He also coordinated Operation Ceasefire, a community program to reduce gang violence in Monterey County.

Immediately before joining the Department of Justice, he worked as a civil litigation associate and then partner in the Chicago office of Kirkland & Ellis, and before that he was a litigation associate in the Los Angeles office of Greenberg Glusker. His civil litigation cases focused on antitrust, class actions, consumer fraud, securities fraud, and civil rights. He was pro bono class counsel for inmates at an Illinois state prison.

Judge Cousins graduated from the University of California, Hastings College of the Law. After law school, he clerked for the Hon. F.A. Little, Jr., Chief Judge of the U.S. District Court, Western District of Louisiana. He received his undergraduate degree in political science from Stanford. While in school, he studied abroad in Russia and the Netherlands.

Judge Cousins has taught legal writing, moot court, and antitrust law at Hastings, and participates regularly in moot court and trial training programs at Bay Area law schools. He also coaches basketball and soccer.



**MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI**

San Jose Courthouse

Year Appointed: 2018

Magistrate Judge Virginia DeMarchi joined the court in 2018 after 22 years as a litigator in private practice in Silicon Valley.

Before taking the bench, Magistrate Judge DeMarchi was a partner with Fenwick & West LLP where she represented technology and life sciences companies in patent infringement and other intellectual property matters in a wide range of industries, including e-commerce, computer hardware and software, industrial enzymes, pharmaceuticals, medical devices, financial services, communications, and consumer products. She also served as general counsel to the firm and as a member of the executive committee.

In addition to her private law practice, Magistrate Judge DeMarchi served for nearly 10 years on the board of directors for the Law Foundation of Silicon Valley and has been active in pro bono representation of federal and state inmates and victims of domestic violence.

Before joining Fenwick & West, Magistrate Judge DeMarchi served for two years as a trial attorney with the Civil Division of the United States Department of Justice in Washington, D.C. and clerked for District Judge Steven J. McAuliffe in the District of New Hampshire. Magistrate Judge DeMarchi earned her law degree cum laude from Harvard Law School and her undergraduate degree with honors from Stanford University.



## MAGISTRATE JUDGE
## SUSAN VAN KEULEN

San Jose Courthouse

Year Appointed: 2017

Magistrate Judge Susan van Keulen joined the Court following 28 years as a commercial and intellectual property litigator in Silicon Valley.

Magistrate Judge van Keulen's private law practice focused substantially on intellectual property cases in federal and state courts and in private arbitrations, with particular experience handling technology and commercial disputes involving semiconductor, computer, and electronics technologies. Magistrate Judge van Keulen prepared dozens of cases for trial and served as lead trial counsel in a number of cases in the Northern District. As an active part of her practice, she has also regularly represented pro bono clients in cases involving landlord-tenant disputes, immigration issues and legal remedies for domestic violence.

In addition to her active law practice, Magistrate Judge van Keulen served on the Northern District's Patent Local Rules Advisory Subcommittee from 2006 to 2014 and has lectured and written widely on antitrust and patent law and federal procedure.

Magistrate Judge van Keulen graduated from the University of California, Davis and UCLA School of Law, then practiced law with the Thelen law firm (1988-2008) and then as a partner with O'Melveny & Myers where she served as Litigation Practice Leader at the Silicon Valley office until taking the bench.



**MAGISTRATE JUDGE
ROBERT M. ILLMAN**

Eureka-McKinleyville Courthouse

Year Appointed: 2017

Magistrate Judge Robert M. Illman was appointed to the bench in 2017.

Prior to taking the bench, Judge Illman served as a law clerk to Magistrate Judge Nandor J. Vadas in the Northern District of California from 2014 to 2017, and to Chief Magistrate Judge Wallace Capel, Jr. of the United States District Court for the Middle District of Alabama from 2007 to 2014. Prior to that, Judge Illman served as an Assistant Federal Public Defender in Montgomery, Alabama, from 2003 to 2007. In that role he represented indigent defendants charged with various crimes in federal trial and appellate courts, as well as representing Alabama's death row inmates in their federal habeas corpus litigation. Through his broad background as an attorney working for and practicing in the federal courts, Judge Illman has developed extensive experience in all manner of cases brought before the district court.

Judge Illman graduated with a degree in history from Covenant College in Lookout Mountain, Georgia, and from the University of Alabama School of Law in Tuscaloosa, Alabama.

All new civil and criminal actions arising in the counties of Del Norte, Lake, Humboldt, and Mendocino are assigned directly to Judge Illman, subject to consent under 28 USC § 636(c)(1). Magistrate Judge Illman can hold case management conferences and hear many types of motions by video-conference if parties prefer to appear in San Francisco rather than travel to McKinleyville. In addition, parties can schedule dispositive motions to be heard on days when Judge Illman is in San Francisco.



If you have additional questions about magistrate judge
jurisdiction, please contact the Clerk's Office:

Phone: 415-522-2045

Fax: 415-522-2176

This brochure is available on the Court's website: cand.uscourts.gov.

Print copies are available at all of the Court's four courthouses.

The magistrate judge portraits in this brochure
were taken by Roslyn Banish.

The courthouse photos were taken by court staff members.

Date of printing: **October 25, 2018**

**STANDING ORDER FOR**
**MAGISTRATE JUDGE DONNA M. RYU**
(Revised March 6, 2019)


Parties shall comply with the procedures in the Federal Rules of Civil or Criminal Procedure, the Northern District of California's Local Rules and General Orders, and this standing order, all of which are available at http://www.cand.uscourts.gov.  Failure to comply may result in monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

**CALENDAR DATES AND SCHEDULING**

1.      Civil and criminal motions normally are heard on the second and fourth Thursdays of the month at 11:00 a.m.  Criminal motions may also be heard directly following the criminal calendar, when Judge Ryu is on criminal calendar duty.  Civil case management conferences are heard on the first, third, and fifth Wednesdays of the month at 1:30 p.m.

2.      Parties should notice motions (other than discovery motions) pursuant to the local rules.  Parties need not reserve a hearing date, but should confirm availability at http://www.cand.uscourts.gov by consulting Judge Ryu's calendar and scheduling notes.  The court may reset hearing dates as the court's calendar requires.  Parties seeking to enlarge a filing deadline by filing a motion for administrative relief pursuant to Civil Local Rule 7-11 should file the motion in advance of the filing deadline, rather than on the day a filing is due.  Requests that, in effect, do not leave at least two weeks between the filing of the last brief and the scheduled hearing date are routinely denied.

3.      For scheduling questions, please call Judge Ryu's courtroom deputy, Ivy Garcia, at (510) 637-3639.

**CONSENT CASES**

4.      In civil cases that are randomly assigned to Judge Ryu for all purposes, each party should file a written consent to the assignment of a United States Magistrate Judge for all purposes, or written declination of consent, as soon as possible.  If a party files a dispositive motion (such as a motion to dismiss or a motion for remand), the moving party must file the consent or declination simultaneously with the motion.  In no event shall the consent or declination be filed later than the deadlines specified in Civil L.R. 73-1(a)(1) and (2).

**CHAMBERS COPIES AND PROPOSED ORDERS**

5.      Pursuant to Civil L.R. 5-1(e)(7) and 5-2(b), parties must lodge an extra paper copy of certain filings and mark it as a copy for "**DMR Chambers**."  All chambers copies should be double-sided (when possible), three-hole punched along the left side of the page, and should bear the ECF filing "stamp" (case number, docket number, date, and ECF page number) along the top of the page.  All exhibits shall be clearly delineated with labels along the right side.  If the filing includes exhibits over two inches thick, the parties shall place the chambers copy in a binder.

1

6.      Any stipulation or proposed order submitted by an e-filing party shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing attachment on the same day the document is e-filed. This address should only be used for this stated purpose unless otherwise directed by the court.

**CIVIL CASE MANAGEMENT**

7.      No later than seven days before the initial case management or status conference, the parties shall file a Joint Case Management Statement in full compliance with the Court's Standing Order for All Judges of the Northern District of California governing "Contents of Joint Case Management Statement," available on the Court's website.

8.      Parties may not continue a case management conference without court approval.  Each party shall be represented in person at the Case Management Conference by counsel (or a party if in pro se), who shall (1) be prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements; and (2) have full authority to enter stipulations and make admissions pursuant to that order.  Permission for a party to attend by telephone may be granted, in the court's discretion, upon written request made with reasonable advance notice if the court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective conference.  The facts establishing good cause must be set forth in the request.

9.      All hearings and case management conferences are audio recorded.  They are not necessarily reported by a court reporter.  Audio recordings of case management conferences generally are uploaded to and available through ECF.  Parties may request a copy of audio recordings or transcriptions by following the procedures set forth at http://cand.uscourts.gov/transcripts.

10.      ECF Filings: All exhibits to motions and/or discovery disputes should be separately filed on ECF (for example, if the motion is Docket No. 30, and the declaration with 10 exhibits is Docket No. 31, Exhibit A would be filed as Docket No. 31-1, Exhibit B would be Docket No. 31-2, and so on).  **All exhibits shall also be filed in a searchable OCR format where possible.**

11.      Motions to File Under Seal: Parties are reminded that court proceedings are presumptively public, and no document shall be filed under seal without request for a court order that is narrowly tailored to cover only the document, the particular portion of the document, or category of documents for which good cause exists for filing under seal.  If a party wishes to file a document under seal, that party shall first file an administrative motion to seal in accordance with Local Rule 79-5.

The parties need not file paper copies of the administrative motion to seal with the clerk's office.  The parties only need to submit chambers copies of the administrative motion to seal and related filings.  Chambers copies should include all material — both redacted and unredacted — so that the chambers staff does not have to re-assemble the whole brief or declaration, although chambers copies should clearly delineate which portions are confidential (via highlighting).  Chambers copies with confidential materials will be handled like all other chambers copies of materials without special restriction, and will typically be recycled, not shredded.  If the parties wish to dispose of documents filed under seal in some other way, they must expressly indicate as much in their sealing motion and make arrangements to pick up the documents upon disposition of the motion.

12.      Litigants and lawyers may provide preferred pronouns by filing a letter or adding the pronouns in the name block on the pleadings.

**CIVIL DISCOVERY**

13.      In order to respond to discovery disputes in a flexible, cost-effective and efficient manner, the court uses the following procedure.  The parties shall not file formal discovery motions.  Instead, as required by the federal and local rules, the parties shall first meet and confer to try to resolve their disagreements.  The meet and confer session must **be in person or by telephone**, and may not be conducted by letter, e-mail, or fax.  If disagreements remain, the parties shall file a joint letter **no later than five business days** after the meet and confer session, unless otherwise directed by the court.  **Lead trial counsel for both parties must sign the letter**, which shall include an attestation that the parties met and conferred in person or by telephone regarding all issues prior to filing the letter.  **The letter must also include a paragraph listing relevant case management deadlines**, including (1) the fact and expert discovery cut-off dates; (2) the last day to hear or file dispositive motions; (3) claim construction or class certification briefing deadlines and hearing dates; and (4) pretrial conference and trial dates.  **Going issue-by-issue**, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and **provide each party's final proposed compromise** before moving to the next issue.  The joint letter shall not exceed **five** pages (12-point font or greater; margins no less than one inch) without leave of court.  **Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.**  In the rare instance that a joint letter is not possible, each side may submit a letter not to exceed **two** pages, which shall include an explanation of why a joint letter was not possible.  The parties shall submit one exhibit that sets forth each disputed discovery request in full, followed immediately by the objections and/or responses thereto.  No other information shall be included in the exhibit.  No other exhibits shall be submitted without prior court approval.  The court will review the submission(s) and determine whether formal briefing or proceedings are necessary.  **Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief".**

14.      It is often efficient and beneficial for counsel to appear in person at discovery hearings.  This provides the opportunity to engage counsel, where appropriate, in resolving aspects of the discovery dispute while remaining available to rule on disputes that counsel are not able to resolve themselves.  **For this reason, the court expects counsel to appear in person.**  Permission to attend by telephone may be granted upon advance written request if the court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective discovery hearing.  The facts establishing good cause must be set forth in the request.

15.      If parties believe a **protective order** is necessary, they shall, where practicable, use one of the model stipulated protective orders (available athttp://cand.uscourts.gov/model-protective-orders).  Parties shall file one of the following with their proposed protective order: (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case-identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order; or (c) a declaration explaining why use of one of the model orders is not practicable.

16.    If a party withholds responsive information by claiming that it is privileged or otherwise protected from discovery, that party shall produce a **privilege log** as quickly as possible, **but no later than fourteen days after its disclosures or discovery responses are due**, unless the parties stipulate to or the Court sets another date.  Privilege logs must be sufficiently detailed for the opposing party to assess whether the assertion of privilege is justified.  Unless the parties agree to alternative logging methods, the log should include: (a) the title and description of the document, including number of pages or Bates-number range; (b) the subject matter addressed in the document; (c) the identity and position of its author(s); (d) the identity and position of all addressees and recipients; (e) the date the document was prepared and, if different, the date(s) on which it was sent to or shared with persons other than its author(s); and (f) the specific basis for the claim that the document is privileged or protected.

Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.  Failure to timely furnish a privilege log may be deemed a waiver of the privilege or protection.

**SELF REPRESENTED (PRO SE) PARTIES**

17.    Parties representing themselves should visit the Quick Link titled "If You Don't Have a Lawyer" on the Court's homepage, http://cand.uscourts.gov/proselitigants. The link discusses the Court's "Legal Help Center" for unrepresented parties, and provides addresses and contact information for the three branches, which are located in the San Francisco, Oakland and San Jose courthouses.

**LAWYER DEVELOPMENT**

18.    The court strongly encourages parties to contribute to the development of the bar by permitting less experienced lawyers and lawyers from historically under-represented groups to argue motions, have a significant participatory role in settlement conferences, and examine witnesses at trial.

IT IS SO ORDERED.

_____
DONNA M. RYU
United States Magistrate Judge

1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7                                        | Case No.  C-xx-xxxxx (DMR)
                 Plaintiff,              |
8                                        |
            v.                           | **NOTICE OF SETTLEMENT**
9                                        | **CONFERENCE AND SETTLEMENT**
                                         | **CONFERENCE ORDER (REV. 3/6/19)**
10               Defendant.              |
11

12        TO ALL PARTIES AND COUNSEL OF RECORD:

13        The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

14 You are hereby notified that a settlement conference is scheduled for __, **at ____a.m.**, at the U.S.

15 District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor

16 information, please check the court's on-line calendar at http://www.cand.uscourts.gov) on Friday,

17 prior to the scheduled hearing date.

18        If all parties, counsel, and other mandatory attendees are **not** available on the above date,

19 counsel shall notify the court in writing **within 3 business days.**  The parties should be mindful of

20 any time limits set by the judge to whom the case is assigned.  **If written notice is not provided**

21 **within 3 business days, the settlement conference date as stated above shall remain in effect.**

22        It is the responsibility of counsel to ensure that whatever formal or informal discovery is

23 needed for all sides to evaluate the case for settlement purposes is completed by the date of the

24 settlement conference.

25 **A.    Meet and Confer Requirement.**

26        No later than **fourteen (14) calendar days before** the settlement conference and prior to

27 the preparation of their Exchanged Settlement Conference Statements and Confidential Settlement

28 Letters, counsel for the parties must meet and confer (in person or by phone) to discuss matters

United States District Court
Northern District of California

pertinent to improving the prospects that the settlement negotiations will be productive.  During the meet and confer, counsel may address any subjects they feel are appropriate, but they **must** discuss the following:

   1.   Who will attend the conference on behalf of each party, including counsel and identification of the person(s) with full authority to make the final decision as to whether any settlement offer is made, accepted, or rejected (e.g., either the party or another person(s) if full authority does not rest with the party).

   2.   Which persons or entities must approve a proposed settlement agreement before it can be executed, as well as the nature and duration of any such approval process.

   3.   Whether insurance is available to cover all or part of the claimed losses or to fund all or part of any party's defense; whether tenders have been made to any insurance companies; and if insurance is available, the name of and position held by each claims representative who will be attending the settlement conference.

   4.   Whether it would be useful for settlement demands and/or offers to be made before the settlement conference is convened.

   5.   Whether there are particular documents or other tangible things that should be brought to the conference (e.g., to educate the settlement judge or to support or explain significant contentions).

   6.   Any unusual issues or factors that could come into play in the settlement negotiations or any especially sensitive matters that other counsel should be alerted to before the conference.

**B.**   <u>**Lodged Settlement Conference Documents.**</u>

   **No later than ten (10) calendar days prior to the settlement conference**, each party shall submit the following:

   (1) an **Exchanged Settlement Conference Statement**; and

   (2) a **Confidential Settlement Letter.**

   **A hard copy of each** document shall be **LODGED (not filed)** with the U.S. District Court Clerk's Office in **Oakland**, located at 1301 Clay Street, Suite 400S, 4th Floor, Oakland, California

United States District Court
Northern District of California

94612.  The documents shall be submitted in a sealed envelope addressed to Magistrate Judge Ryu and prominently marked "**SETTLEMENT CONFERENCE DOCUMENTS - DO NOT FILE.**" **In addition** to the hard copy version, **an electronic copy** shall be submitted to **DMRsettlement@cand.uscourts.gov.**

    1.    **Exchanged Settlement Conference Statements.**

Counsel **shall serve** a copy of the Settlement Conference Statement on all parties. Furthermore, counsel are **strongly encouraged** prior to the settlement conference to share with their clients the contents of the Settlement Conference Statement(s) received from opposing counsel.

The Settlement Conference Statement shall not exceed ten (10) pages of text.  Parties are encouraged to include as exhibits any key documents and deposition excerpts up to twenty (20) pages.  The Settlement Conference Statement **shall include** the following:

    a.    A brief statement of the facts of the case.

    b.    A brief statement of the **principal** claims and defenses.

    c.    A description of the **key** factual and legal issues that are in dispute and a plain and concise statement of the **specific** evidence relevant to their determination.  Portions of any exhibits relied upon by the parties shall be referenced and highlighted.

    d.    A summary of the proceedings to date and a description of any pending motions.

    e.    The bases for any damages calculations and a description of any non-monetary relief sought or non-monetary components of settlement offers or demands.

    f.    A description of each component of each party's most recently communicated settlement demand or offer (describing specifically any non-monetary terms that were demanded or offered).

    g.    For each party, a list of the names, titles, and positions of all persons who will be attending the conference.

    h.    Where the party is a governmental entity, a description of which persons or entities must approve a proposed settlement agreement before it can be executed, as well as the

United States District Court
Northern District of California

3

1   nature and duration of that approval process.

2         **2.**     **Confidential Settlement Letters.**

3         The Confidential Settlement Letter **shall not be served** upon other parties.   The

4   Confidential Settlement Letter shall not exceed five (5) pages of text and **shall include** the

5   following:

6              a.     Separately for each principal claim and defense, a forthright evaluation of

7   the strengths and weaknesses and likelihood that the party submitting the Confidential Letter will

8   prevail.  Citations to any key legal authorities relied upon by the parties as part of this evaluation

9   shall be provided.

10             b.     An estimate of the out-of-pocket expenses, attorneys' fees, and time: (a)

11  **spent to date** and (b) **to be expended** for further discovery, pretrial, and trial.  If plaintiff seeks

12  attorneys' fees and costs, plaintiff's counsel shall be prepared at the conference to provide

13  sufficient information to enable the fee claim to be evaluated for purposes of settlement.

14             c.     A history of past settlement discussions (without revealing communications

15  whose disclosure to a settlement judge is prohibited), a description of the principal obstacles

16  (factual, legal, or other) to reaching agreement, and the reason the parties' assessments of the

17  settlement value of the case differ.

18             d.     A realistic settlement figure or terms (including any non-monetary terms)

19  that, given all the circumstances, the party submitting the Confidential Letter would consider

20  seriously.

21             e.     Where the party is insured or is a governmental entity, any foreseeable

22  barriers to insurance coverage or approval of a proposed settlement, or special concerns that the

23  insurer or governmental entity might want addressed.

24             f.     A brief discussion of any of the subjects identified in Section A of this

25  Order that might be significant in the settlement dynamic.

26  **C.**   **Mandatory Personal Attendance.**

27        **Lead trial counsel** shall appear at the settlement conference with the **parties and with the**

28  **person(s) having full authority** to make the final decision as to whether any settlement offer is

United States District Court
Northern District of California

4

made, accepted, or rejected (if full authority does not rest with the party).  A person who needs to call another person not present before making, accepting, or rejecting any settlement offer does **not** have such full authority.  If a party is a **governmental entity**, its governing body shall designate one of its members or a senior executive to appear at the settlement conference with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval.  An **insured party** shall appear with a representative of the carrier with **full authority to negotiate up to the limits of coverage**.

Personal attendance is mandatory and will rarely be excused by the court, and then only upon a written request that is timely under the circumstances and that demonstrates extraordinary hardship.  Personal attendance may be excused only upon written authorization from the court.  If the court permits attendance by telephone, the person who is excused from personally appearing must be available to participate by telephone throughout the entire conference.

**D.    Duration and Content of Settlement Conference.**

It is not unusual for settlement conferences to last three (3) or more hours.  Parties and their representatives should be prepared to devote the entire day to the conference if necessary. Parties are encouraged to participate in the settlement conference and frankly discuss their case. Statements they make during the conference will not be admissible at trial in the event the case does not settle.  The parties and their representatives should be prepared to discuss such issues as their settlement objectives; any impediments to settlement they perceive; whether they have enough information to discuss settlement and if not, what additional information is needed; and the possibility of a creative resolution of the dispute.

**E.    Continuances.**

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible after consultation with the opposing party but well in advance of the scheduled conference date.  The request must demonstrate **a compelling reason for a continuance and shall state whether it is joined or opposed by the other party(ies).** Submission of such request shall be **filed** with the court.  **Parties must appear on the calendared**

United States District Court
Northern District of California

1   **date unless the court issues an Order continuing the matter.**

2       If the date to which a continuance is sought would be past a deadline for holding the

3   settlement conference that was set by the judge to whom the case is assigned for trial, the party

4   seeking the continuance must secure permission from the trial judge to hold the settlement

5   conference during the proposed new time frame **before seeking the continuance from Judge**

6   **Ryu.**  A writing evidencing the trial judge's extension of the deadline must accompany the party's

7   request to Judge Ryu for the continuance.

8       The parties shall immediately notify Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510)

9   637-3639, if this case settles prior to the date set for the settlement conference.

10      Any failure to comply with the requirements of this Order may subject the parties and/or

11  counsel to sanctions.

12

13      **IT IS SO ORDERED.**

14  Dated:

15  _____

16  DONNA M. RYU
    United States Magistrate Judge

### NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU

## I. POLICY GOVERNING TELEPHONIC APPEARANCES

A party representative (or a party if *in pro* se) generally must appear in person for a hearing or case management conference.  Permission to attend by telephone may be granted, in the Court's discretion, upon written request made at least two weeks in advance of the hearing if the Court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing or conference.  The facts establishing good cause must be set forth in the request.  All telephonic appearances must be made through **CourtCall**, an independent conference call company, pursuant to the procedures set forth in Section II.  If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the Court may pass the matter or may treat the failure to respond as a failure to appear.  Scheduling simultaneous telephonic appearances in multiple courts does not excuse a failure to appear.  Individuals making use of the conference call service are cautioned that they do so at their own risk.  Hearings generally will not be rescheduled due to missed connections.

## II. SCHEDULING A TELEPHONIC APPEARANCE.

**By Telephone:** Absent an emergency, telephone appearances may be arranged by calling **CourtCall at (866) 582-6878 at least three business days** prior to the hearing date.

## III. PROCEDURE FOR TELEPHONIC APPEARANCE.

CourtCall will provide counsel with written confirmation of a telephonic appearance, and give counsel a number to call to make the telephonic appearance.  It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

**CourtCall does not place a call to counsel**.

You are responsible for making payment arrangements with CourtCall.  If you do not timely call and connect with the CourtCall operator, you will be billed for the call and the hearing may proceed in your absence.

Telephonic appearances are connected directly with the courtroom's public address system and electronic recording equipment so that a normal record is produced.  To ensure the quality of the record, the use of car phones, cellular phones, speakerphones, public telephone booths, or phones in other public places is prohibited except in the most extreme emergencies.  Participants should be able to hear all parties without difficulty or echo.

At the time of your hearing, you may initially be in the listening mode in which case you will be able to hear the case before yours just as if you were in the courtroom.  After your call is connected to the courtroom, the Judge will call the case, request appearances, and direct the manner in which the hearing proceeds.  Each time you speak, you should identify yourself for the record.  The court's teleconferencing system allows more than one speaker to be heard, so the Judge can interrupt a speaker to ask a question or redirect the discussion.  When the Judge informs the participants that the hearing is completed, you may disconnect and the next case will be called.

Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement.  Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person's conduct makes telephonic appearances inappropriate.  Sanctions may include dropping a matter from calendar, continuing the hearing, proceeding in the absence of an unavailable participant, a monetary sanction, and/or a permanent prohibition against a person appearing telephonically.

***Court Call Telephone Appearance Procedure***
3/6/2019

# STANDING ORDER FOR ALL JUDGES
## OF THE NORTHERN DISTRICT OF CALIFORNIA
## CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

All judges of the Northern District of California require identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. Motions: All prior and pending motions, their current status, and any anticipated motions.

5. Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. Evidence Preservation: A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

7. Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, and a description of the disclosures made.

8. Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.

9. Class Actions: If a class action, a proposal for how and when the class will be certified, and whether all attorneys of record for the parties have reviewed the Procedural Guidance for Class Action Settlements.

10. Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. Relief: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

*Effective November 1, 2018*

12. <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment. ___ Yes ___ No

14. <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. <u>Expedited Trial Procedure</u>: Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64 Attachments B and D.

17. <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. In any proposed class, collective, or representative action, the required disclosure includes any person or entity that is funding the prosecution of any claim or counterclaim.

20. <u>Professional Conduct</u>: Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

# United States District Court
# Northern District of California

## ECF Registration Information

Electronic Case Filing (ECF or "e-filing") is mandatory for all civil cases in this court. Please refer to Civil Local Rule 5-1 for the Court's rules pertaining to electronic filing. Effective August 19, 2013, e-filing of initiating documents (complaints; notices of removal) is allowed, but is not mandatory; all other documents must be e-filed in civil cases.

Parties who are representing themselves pro se (without attorney representation) are not required to e-file and, in fact, may e-file only with the permission of the assigned judge.

Please review and attend to the following important notes and tasks:

* Serve this ECF Registration Information Handout on all parties in the case along with the complaint or removal notice and the other documents generated by the court upon filing.

* If not already registered, each attorney in the case must register to become an e-filer at cand.uscourts.gov/ECF. Your ECF registration is valid for life in this district; please do not register more than once.

IMPORTANT NOTICE: by signing and submitting to the court a request for an ECF user id and password, you consent to entry of your email address into the court's electronic service registry for electronic service on you of all e-filed papers, pursuant to rules 77 and 5(b)(2)(d) of the Federal Rules of Civil Procedure.

* If you are a party and do not have an attorney and would like to e-file in the case, please visit cand.uscourts.gov/ECF/proseregistration for instructions and information. Unless and until the assigned judge has given you permission to e-file, you are required to file and serve papers in hard copy (paper) form.

* Access dockets and documents using your PACER (Public Access to Court Electronic Records) account. If your firm already has a PACER account, please use that account. It is not necessary to have individual PACER accounts for each user in your office. To set up an account, visit: pacer.gov or call (800) 676-6856.

ECF interactive tutorials, instructions for e-filing and other information are available at: cand.uscourts.gov/ECF.

# Filing Procedures (Oakland)

**To supplement the local rules, the following guidelines have been provided to ensure that the filing process is accomplished with ease and accuracy. For additional information or assistance, please call the Clerk's Office during office hours.**

1. Manually filed documents are filed in the Clerk's Office at the location of the chambers of the judge to whom the action has been assigned. We do not accept filings for cases assigned to judges or magistrate judges in the San Francisco or San Jose division, per Civil Local Rule 3-2(b)

2. This office will retain the original and one copy of most documents submitted. We will conform as many copies as you bring for your own use. Related cases require an extra copy for **each** related action designated.

3. The retained copy goes directly to the assigned Judge. Courtesy copies, or instructions for couriers to deliver a copy directly to chambers are inappropriate, unless you have been instructed to do so by court order.

4. To facilitate the file stamping process, each original document must be submitted on top of its copies. In other words, group like documents together, as opposed to a set of originals and separate sets of copies.

5. The case number must indicate whether it is a civil or criminal matter by the inclusion of **C** or **CR** at the beginning of the number. Miscellaneous and foreign judgment matters should also be indicated with initials **MISC** at the end of the case number. The case number must include the initials of the judge and/or magistrate judge.

6. Documents containing hearing dates should include the appropriate judge or magistrate judge involved in a particular matter or before whom an appearance is being made. This is especially important when submitting Settlement Conference Statements.

7. Documents are to be stapled or acco-fastened at the top. Backings, bindings and covers are not required. Two holes punched at the top of the original document will facilitate processing.

8. Appropriately sized, stamped, self-addressed return envelopes are to be included with proposed orders or when filing documents by mail.

9. Proofs of service should be attached to the back of documents. If submitted separately, you must attach a pleading page to the front of the document showing case number and case caption.

10. There are no filing fees once a case has been opened, aside from the fee for a Notice of Appeal.

11. New cases must be accompanied by a completed and signed Civil Cover Sheet, the filing fee or fee waiver request form and an original plus **two** copies of the complaint and any other documents. For Intellectual Property cases, please provide an original plus **three** copies of the complaint. Present new cases for filing before 3:30 p.m.

12. Copies of forms may be obtained at no charge. They may be picked up in person from the Clerk's Office or with a written request accompanied by an appropriate sized, stamped, self-addressed envelope for return. In addition, copies of the Local Rules may be obtained, free of charge, in the Clerk's Office or by sending a written request, along with a self-addressed, 10" x 14" return envelope, stamped with $7.50 postage to: Clerk, U.S. District Court, 1301 Clay Street, Suite 400South, Oakland, CA 94612.

13. Two computer terminals that allow public access to case dockets and information regarding files at the Federal Records Center (FRC) are located in the reception area of the Clerk's Office. Written instructions are posted by the terminals. Outside of the Clerk's Office, electronic access to dockets is available through PACER (www.pacer.gov). To obtain information or to register call 1-800-676-6851.

14. A file viewing area is located adjacent to the reception area. Files may be viewed in this area after signing the log sheet and presenting identification. Under no circumstances are files to be removed from the viewing room. (Hours for Oakland are 9:00 a.m. to 4:00 p.m.)

15. The Clerk's Office can only accept payment by exact change, check or credit card, made payable to Clerk, U.S. District Court. No change can be made for fees or the public copy machine.

16. A coin/card operated copy machine is located in the file viewing area for public use, at twenty-five cents ($.25) per page. Personal copiers may be brought in at anytime during normal operating hours.

17. Drop Boxes for filing are available when the Clerk's Office is closed.

---

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____

*Signature of the attorney or unrepresented party*

_____

*Printed name*

_____

*Address*

_____

*E-mail address*

_____

*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>_____<br>Plaintiff<br>v.<br>_____<br>Defendant</td><td>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. _____</td></tr>
</table>

## WAIVER OF THE SERVICE OF SUMMONS

To: _____
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____        _____
                                                                        *Signature of the attorney or unrepresented party*

_____        _____
*Printed name of party waiving service of summons*                    *Printed name*

                                                                         _____
                                                                        *Address*

                                                                         _____
                                                                        *E-mail address*

                                                                         _____
                                                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit N

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter Todd, an individual, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Sarah Michelle Reichwein, aka Isis Agora Lovecruft
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:      04/16/2019

_____
*Signature of the attorney or unrepresented party*

Jeffrey M. Rosenfeld
*Printed name*

150 Post St., Suite 520
San Francisco, CA 94108
_____
*Address*

jeff@KRInternetLaw.com
*E-mail address*

415-955-1155
*Telephone number*

1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   Liana W. Chen (Bar No. 296965)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
6  liana@KRInternetLaw.com
7
8  Attorneys for Plaintiff Peter Todd
9
10
11
12                        **UNITED STATES DISTRICT COURT**
13                       **NORTHERN DISTRICT OF CALIFORNIA**
14
   **PETER TODD**, an individual,                Case No. 3:19-cv-01751
15
            Plaintiff,
16                                               **COMPLAINT FOR INJUNCTIVE
       v.                                        RELIEF AND DAMAGES**
17
   **SARAH MICHELLE REICHWEIN** aka **ISIS**     **DEMAND FOR JURY TRIAL**
18  **AGORA LOVECRUFT**, an individual,
19
            Defendant.
20
21
22
23
24
25
26
27
28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1    Plaintiff Peter Todd, an individual, by and through his attorneys of record, states

2    and alleges as follows:

3                                   **INTRODUCTION**

4        1.    Plaintiff Peter Todd ("Plaintiff" or "Todd") is a former Bitcoin Core developer

5    and an applied cryptography consultant. Todd regularly speaks at conferences

6    throughout the world regarding his work in cryptography.

7        2.    Defendant Sarah Michelle Reichwein ("Defendant"), who goes by the

8    fictitious name Isis Agora Lovecruft, is a self-described "anarchist; hacker; once-upon-a-

9    time theoretical physicist." Like Todd, Defendant regularly attends cryptography

10   conferences.

11       3.    Todd and Defendant are acquaintances, having interacted on multiple

12   occasions at cryptography conferences and social events.

13       4.    In or around June 2016, Defendant publicly accused third party Jacob

14   Appelbaum of sexually assaulting her.

15       5.    When Todd did not publicly condemn Appelbaum, Defendant published

16   false statements about Todd on her Twitter profile accusing Todd of rape and sexual

17   assault.

18       6.    Defendant's statements are false as Todd has never raped or sexually

19   assaulted anyone.

20       7.    Defendant's statements accusing Todd of rape and sexual assault remain

21   publicly viewable on Defendant's Twitter profile.

22       8.    Todd has been harmed and continues to be harmed by Defendant's

23   defamatory statements.

24                             **JURISDICTION AND VENUE**

25       9.    This Court has subject matter jurisdiction over this action pursuant to 28

26   U.S.C. §1332. Plaintiff Peter Todd is a citizen of a foreign state, namely Canada, and has

27   not been admitted for permanent residence in the United States. On information and

28   belief, Defendant is a citizen of California in that she is a citizen of the U.S. and a

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1   domiciliary of California. The matter in controversy exceeds the sum or value of $75,000,

2   exclusive of interest and costs.

3         10.    Venue is proper pursuant to 28 U.S.C. §1391 because, on information and

4   belief, Defendant resides in this district.

5         11.    This Court has personal jurisdiction over Defendant, because, on

6   information and belief, Defendant resides in California and has substantial, continuous,

7   and systematic contacts with California.

8                    **INTRADISTRICT ASSIGNMENT**

9         12.    Because a substantial part of the events which give rise to Plaintiff's claim

10   occurred in Alameda County, pursuant to Local Civil Rule 3-2, this action should be

11   assigned to the San Francisco or Oakland Division.

12                         **PARTIES**

13         13.    Plaintiff Peter Todd is an individual and a citizen of Canada, residing in

14   Ontario, Canada.

15         14.    On information and belief, Defendant Sarah Michelle Reichwein, who goes

16   by the fictitious name Isis Agora Lovecruft, is an individual, a U.S. citizen, and a

17   domiciliary of California.

18                   **FACTUAL ALLEGATIONS**

19         15.    Todd is a Bitcoin enthusiast and expert, consultant, and a leading developer

20   of cryptocurrency and blockchain software.

21         16.    Todd is highly-regarded in the cryptography and cryptocurrency sectors for

22   his expertise in the security properties of the Bitcoin network and other decentralized

23   technologies.

24         17.    Given his standing in the cryptography and cryptocurrency sectors, Todd is

25   regularly invited to speak at cryptography conferences throughout the world.

26         18.    Additionally, Todd provides professional consulting services in

27   cryptography and cryptocurrency, for which he receives a premium in compensation

28   based on his knowledge and experience.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1      19.    Todd has developed a large online following, and he regularly posts to his
2    Twitter profile under the handle @peterktodd, where he has numerous followers in the
3    cryptography and cryptocurrency sectors.

4      20.    Todd's reputation, including his online reputation, are important aspects of
5    his standing in the cryptography community and his ability to maintain his consulting
6    profession.

7      21.    Defendant is a self-described "anarchist; hacker; once-upon-a-time
8    theoretical physicist."

9      22.    Defendant previously worked for The Tor Project, Inc., the goal of which is
10    to provide a way of using the Internet with as much privacy as possible, including by
11    routing Internet traffic through multiple servers and encrypting it each step of the way.

12      23.    Like Todd, Defendant regularly attends cryptography conferences.

13      24.    Todd initially met Defendant at the Summer 2014 Tor Dev Meeting, a
14    conference regarding the anonymizing software Tor.

15      25.    Defendant disclosed her name to Todd as "Isis Agora Lovecruft." Todd
16    recognized the name as a pseudonym, as the use of pseudonyms is a common practice
17    in the cryptography community. Todd only discovered Defendant's actual name right
18    before filing this Complaint, after he engaged a private investigator to find that information
19    for purposes of bringing this lawsuit.

20      26.    Between 2014 and 2016, Todd and Defendant had intermittent in-person
21    contact when they attended cryptography conferences.

22      27.    Additionally, between 2014 and 2016, Todd and Defendant spent time
23    together socially on a few occasions.

24      28.    Todd and Defendant also engaged in semi-regular online communications,
25    including via Twitter and Pond, an encrypted messaging application.

26      29.    On or around June 15, 2016, Defendant publicly published on her Twitter
27    profile that third party Jacob Appelbaum had sexually assaulted her. Appelbaum is a
28    cryptography expert and was a core member of the Tor Project.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1    30.    Initially, Todd published statements to Defendant commending her on her
2  bravery and denouncing sexual violence. Defendant reflected her approval of Todd's
3  statements, liking one of Todd's Twitter comments.

4    31.    In August 2016, Todd publicly stated that he did not know what was true
5  regarding Defendant's and others' allegations against Appelbaum.

6    32.    Around that same time, Defendant blocked Todd from viewing her Twitter
7  profile.

8    33.    In May 2017, Todd communicated with Defendant through Github, a
9  professional platform designed for public software development. More specifically, Todd
10  requested more information from Defendant regarding a software programming issue,
11  namely, "how the callee is supposed to ensure that the bytes represent a valid
12  CompressedEdwardsY."

13    34.    In response to Todd's request, Defendant published the following
14  statement:

15        "First things first: **@petertodd**, you've publicly, repetitively defended a man
16        who raped me and several other people, and disparaged the victims who
17        were brave enough to come forward with their stories. **Do not speak to**
18        **me. Do not use work as an excuse to speak to me. Do not use**
19        **cryptography as an excuse to speak to me.**"

20  (emphasis in original).

21    35.    Thereafter, Todd did not initiate any contact with Defendant, either in person
22  or electronically.

23    36.    On February 5, 2019, Defendant published the following statement on her
24  Twitter profile at <https://twitter.com/isislovecruft/status/1093033203219148800>:

25        "This is not even touching upon the stories of the rape and assault survivors
26        of you and @petertodd and @ioerror and you all have been seen to behave
27        conveniently alike and seen to dutifully protect one another ☁ ."

28    37.    On February 8, 2019, Defendant published the following statement on her

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1 Twitter profile at <https://twitter.com/isislovecruft/status/1094091846047985666> as a
2 follow up to her February 5, 2019 statement:

3 "i love watching the men in my industry who've sexually abused me and
4 many others squirm as I take them out one by one while they nervously
5 await their turn [¶] hahahahahahahaha eat goat dung you epoxy brained
6 cowards."

7 38. On February 20, 2019, Defendant published the following statement on her
8 Twitter profile at <https://twitter.com/isislovecruft/status/1098270385148022784>:

9 "Nadim Kobeissi is a serial rapist and abuser who defends other rapists
10 including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my
11 face and force kissed me at a conference and i absolutely believe the
12 multiple survivors i've personally spoken with since then."

13 39. On February 20, 2019, Defendant published the following statement on her
14 Twitter profile at <https://twitter.com/isislovecruft/status/1098280935353606144>:

15 "yes, similar to Nadim, i personally have a story about Peter Todd and i've
16 personally spoken with survivors with absolutely awful and horrifying reports
17 who are terrified of him and of coming forward (rightly so) [¶] i however am
18 not afraid and shitty dudes are going down"

19 (the "Statement(s)").

20 40. The Statements contain and comprise false assertions of fact.

21 41. Contrary to the Statements, Todd has not raped Defendant or anybody else.

22 42. Contrary to the Statements, Todd has not sexually assaulted or otherwise
23 assaulted Defendant or anybody else.

24 43. Defendant's Twitter profile has over 20,000 followers.

25 44. Numerous people have viewed Defendant's Statements, and numerous
26 people have publicly commented on Defendant's Statements.

27 45. Defendant knew that her Statements were false when she made them
28 because Defendant knew that Todd had never raped her or sexually abused her.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1   Alternatively or additionally, Defendant acted in reckless disregard of the falsity of her
2   Statements when she published them because the Statements falsely represent that
3   Todd engaged in the most serious of misconduct, because Defendant had no credible
4   evidence supporting her Statements when she published them, and because Defendant's
5   social history with Todd contradicted the Statements.

6       46.    As of the filing of this Complaint, the Statements remain publicly viewable
7   on Defendant's Twitter profile.

8       47.    Todd has been harmed by Defendant's Statements, including shame,
9   embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or
10  reputation among his friends, peers, and professional community.

11      48.    Additionally, and on information and belief, Todd has lost business and
12  professional opportunities, including conference speakerships, because of Defendant's
13  Statements.

14                          **FIRST CAUSE OF ACTION**

15                      **(Defamation Under California Law)**

16      49.    Todd repeats and incorporates by reference the allegations in Paragraphs
17  1–48 above.

18      50.    Todd is a private figure in that he has not voluntarily injected himself into a
19  public controversy, and he has not achieved fame that reaches widely and pervasively
20  throughout society.

21      51.    Defendant published the defamatory Statements about Todd in at least the
22  four Twitter posts identified herein and dated February 5, 2019, February 8, 2019, and
23  February 20, 2019 (2).

24      52.    Numerous people have viewed the Statements on Defendant's Twitter
25  profile.

26      53.    The Statements contain false assertions of fact, including that Todd raped
27  and/or sexually assaulted Defendant and/or other people.

28      54.    The Statements are false in that Todd has never raped or sexually

Case No. 3:19-cv-01751                    6        **COMPLAINT FOR INJUNCTIVE RELIEF**
                                                   **AND DAMAGES; JURY DEMAND**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1    assaulted Defendant or any other person.

2        55.    Defendant acted with malice when she published the defamatory
3    Statements. To wit, Defendant knew that her defamatory Statements were false when
4    she made them because Defendant knew the true state of affairs relating to Todd. In the
5    alternative, Defendant acted recklessly regarding the falsity of her Statements where the
6    Statements alleged that Todd engaged in the most serious of misconduct, where
7    Defendant had no credible evidence supporting her Statements, and where Defendant's
8    social history with Todd contradicted the Statements.

9        56.    Defendant acted without any privilege when she published the defamatory
10   Statements.

11       57.    The defamatory Statements constitute defamation per se because the
12   Statements: a) falsely charge Todd with committing illegal acts (i.e., rape; sexual assault),
13   b) contain charges by implication from the language employed such that the reader would
14   understand the defamatory meaning without the necessity of knowing extrinsic
15   explanatory matter, and c) by natural consequence would cause Todd actual damages.

16       58.    On information and belief, Defendant published the defamatory
17   Statements willfully and maliciously with the intent to harm Todd.

18       59.    As a result of Defendant's defamatory Statements, Todd has suffered
19   shame, embarrassment, hurt feelings, anxiety, mortification, embarrassment, and loss or
20   reputation among his friends, peers, and in his professional community.

21       60.    Additionally, on information and belief, Todd has lost professional
22   opportunities, including conference speakerships, because of Defendant's Statements.

23       61.    Defendant's defamatory Statements remain viewable on her public Twitter
24   profile as of the filing of this Complaint and continue to cause harm to Todd that cannot
25   be addressed by monetary damages alone.

26                          **PRAYER FOR RELIEF**

27       WHEREFORE, Plaintiff Peter Todd respectfully requests that the Court enter
28   judgment in favor of Plaintiff and against Defendant and award the following relief to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1    Plaintiff and against Defendant:

2        1.    A permanent injunction requiring Defendant to remove defamatory

3    publications she has made about Plaintiff;

4        2.    An award of damages to Plaintiff and against Defendant in an amount to be

5    proved at trial, comprising the following:

6                a.    Compensatory damages under California law, including California

7                      Civil Code section 3281;

8                b.    Punitive damages pursuant to California Civil Code section 3294;

9                c.    Plaintiff's costs of suit;

10               d.    Pre-judgment interest to the extent allowed by law; and

11       3.    Such other and additional relief as the Court deems just and proper.

12

13   Respectfully Submitted,

14   DATED: April 3, 2019                        **KRONENBERGER ROSENFELD, LLP**

15

16                                               By: _____s/Jeffrey M. Rosenfeld_____

17                                                         Jeffrey M. Rosenfeld

18                                               Attorneys for Plaintiff Peter Todd

19

20

21

22

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2    Plaintiff, by and through his undersigned counsel, hereby demands a trial by jury

3  for all questions of fact that can be decided by a jury in the above-entitled action.

4

5  Respectfully Submitted,

6  DATED: April 3, 2019              **KRONENBERGER ROSENFELD, LLP**

7

8                                    By: _____ s/Jeffrey M. Rosenfeld _____
                                            Jeffrey M. Rosenfeld

9

                                     Attorneys for Plaintiff Peter Todd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Peter Todd, an individual, · | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Jeffrey M. Rosenfeld
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      04/16/2019     , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

_____
*Signature of the attorney or unrepresented party*

_____      _____
*Printed name of party waiving service of summons*          *Printed name*

 

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Peter Todd, an individual, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:19-cv-01751-DMR |
| Sarah Michelle Reichwein, an individual, | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Jeffrey M. Rosenfeld
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/16/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit O



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94114                           OFFICIAL USE

Certified Mail Fee        $3.50
$                                   $2.89          0052
Extra Services & Fees (check box, add fee as appropriate)          07
☐ Return Receipt (hardcopy)        $    $0.00
☐ Return Receipt (electronic)      $    $0.00          Postmark
☐ Certified Mail Restricted Delivery $  $0.00          Here
☐ Adult Signature Required         $    $0.00          APR 18 2019
☐ Adult Signature Restricted Delivery $ $0.00          04/18/2019
Postage
$                            $2.35
Total Postage and Fees
$                            $8.65
Sent To     Sarah Michelle Reichwein
            aka Isis Agora Lovecruft
Street an    2261 Market St. Ste. 325
City, Stat   San Francisco, CA 94114-1600

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7016 0910 0000 3089 4714

Exhibit P

Exhibit Q

# ZACHARY FECHHEIMER

2005 Lyon Street, San Francisco, California 94115
Office (415) 885-5918
Fax (415) 885-0685
E-mail zafechhe@gmail.com

May 3, 2019

Jeffrey M. Rosenfeld
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

Re.: ISIS AGORA LOVECRUFT

### REPORT OF INVESTIGATION

In March of 2019, my private investigation firm was engaged by plaintiff's counsel in the case of Peter Todd v. Sarah Michelle Reichwein aka Isis Agora Lovecruft, pending in the **United States District Court** for the **Northern District** of **California** (Case No. 4:19-cv-01751-DMR), to research and provide the actual name of the person using the pseudonym Isis Agora Lovecruft along with Lovecruft's residential address.

After that engagement, my firm used commercial data sources and online search engines to determine that Isis Agora Lovecruft was believed to be an alias used by a person named **Sarah Michelle Reichwein**.

Commercial data sources and property databases were used to identify the addresses most recently used by Sarah Reichwein who was born on June 12, 1989. The addresses include the following:

The address at 2261 Market Street, San Francisco, California 94114 has been reportedly used by Sarah Reichwein since July of 2018. Investigation revealed that this is a commercial address and post office center called Mail Access.

The address at 1389 Jefferson Street, Unit C501, Oakland, California 94612 is part of an apartment complex called Domain Oakland. Counsel advised that service had already been attempted at this address without success.

Commercial data sources and property databases were used to identify the parents of Sarah Reichwein as REDACTED who own and are believed to live at REDACTED There is a homeowner's exemption filed against this property.

Jeffrey M. Rosenfeld
May 3, 2019
Re.: ISIS AGORA LOVECRUFT
Page 2

My firm provided an initial report to plaintiff's counsel on March 29, 2019.

In April of 2019, my private investigation firm was re-engaged by plaintiff's counsel to identify possible addresses where Sarah Reichwein is currently residing. I examined several sources of information for potential addresses for Sarah Reichwein. I also examined several sources of information for potential addresses for Sarah Reichwein's known personal companions in San Francisco, namely, Nicole Aptekar and Henry de Valence.

The blog of Isis Agora Lovecruft and other online news accounts were also reviewed. A search was made for any additional and publicly-viewable social media.

Commercial data sources were used to identify Nicole J. Aptekar. One of the sources identified the address at 609 Precita Avenue, San Francisco, California 94110 as the one most recently used by Aptekar. Counsel advised that they had been unsuccessful locating either Aptekar or Sarah Reichwein at this address.

Inquiries were made to the San Francisco Department of Elections to identify the address at REDACTED San Francisco, California 94103. Inquiries were also made to Google Maps to further study this address. Online inquiries were made to the website and available social media of Nicole Aptekar. This address may be used as an art studio by Nicole Aptekar.

These addresses were provided to counsel along with domain registration information about the website of Nicole Aptekar.

Commercial data sources were used to identify Henry de Valence. The only address listed for him by various sources is part of a commercial postal service at REDACTED REDACTE. San Francisco, California 94114.

Online search engines were used to discover available social media and the domain registration for his web address. Inquiries to these sites failed to reveal any additional information about his whereabouts.

My firm provided a supplemental investigative report to plaintiff's counsel on April 24, 2019.

Other than the addresses identified in the reports to plaintiff's counsel, my firm has not been able to identify any viable, current residential addresses for Sarah Reichwein.

The above-described work took more than six hours and has been or will be billed, along with database expenses, at the rate of $400 per hour.

ZACHARY FECHHEIMER

Jeffrey M. Rosenfeld
May 3, 2019
Re.: ISIS AGORA LOVECRUFT
Page 3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Zachary Fechheimer
May 3, 2019