**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT BY ALTERNATIVE MEANS OR IN THE ALTERNATIVE TO EXTEND TIME TO COMPLETE SERVICE**<br><br>Date:    June 27, 2019<br>Time:   11:00 a.m.<br>Ctrm:    3 – 4th Floor<br>Before:  Hon. Donna M. Ryu |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Civ. Rule 7-7(e), Plaintiff Peter Todd hereby withdraws his Motion for Leave to Serve Summons and Complaint on Defendant by Alternative Means or in the Alternative to Extend Time to Complete Service, which was submitted to the Court for electronic filing on May 8, 2019. [D.E. No. 8.]

Respectfully Submitted,

DATED: May 29, 2019              **KRONENBERGER ROSENFELD, LLP**

By:      s/Jeffrey M. Rosenfeld
         Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd