**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **PETER TODD**, an individual, | Case No. 4:19-cv-01751-DMR |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual, | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

I hereby certify that on May 29, 2019, I served:

**1) PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT BY ALTERNATIVE MEANS OR IN THE ALTERNATIVE TO EXTEND TIME TO COMPLETE SERVICE**

on the parties listed below as follows:

*Specially Appearing Counsel for Defendant Sarah Michelle Reichwein aka Isis Agora Lovecruft:*

Ben Rosenfeld
115 ½ Bartlett Street
San Francisco, CA 94110
ben.rosenfeld@comcast.net

[X]  BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the U.S. Postal Service the same day as it is placed for processing.

[X]  BY EMAIL, at the address(es) listed above.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: May 29, 2019

*/s/ Leah Vulić*
Leah Vulić

Case No. 4:19-cv-01751-DMR          1          CERTIFICATE OF SERVICE