**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT & REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Case No. 4:19-cv-01751-DMR         PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

Pursuant to Local Civil Rule 16-9, Plaintiff Peter Todd unilaterally submits the following status report in lieu of a formal case management statement.

On May 29, 2019, Plaintiff filed Defendant Sarah Michelle Reichwein *aka* Isis Agora Lovecruft's Waiver of the Service of Summons (the "Waiver"). [D.E. No. 10.] Plaintiff's counsel mailed the Waiver on Defendant's specially appearing counsel, Ben Rosenfeld, on May 14, 2019. Defendant's counsel executed the Waiver on behalf of Defendant on May 28, 2019. As a result, Defendant's response to the Complaint is due on July 15, 2019.

A case management conference is currently scheduled for July 3, 2019. However, given that Defendant has not yet appeared in this case, Plaintiff does not believe that the matters to be addressed before and during a Case Management Conference are relevant at this time. As such, Plaintiff requests that the Court continue the Case Management Conference currently scheduled for July 3, 2019 by approximately 60 days.

DATED: June 13, 2019

**KRONENBERGER ROSENFELD, LLP**

By: _____
Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

I hereby certify that on June 13, 2019, I served:

**1) PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT & REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the parties listed below as follows:

*Specially Appearing Counsel for Defendant Sarah Michelle Reichwein aka Isis Agora Lovecruft:*

Ben Rosenfeld
115 ½ Bartlett Street
San Francisco, CA 94110
ben.rosenfeld@comcast.net

[X]  BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the U.S. Postal Service the same day as it is placed for processing.

[X]  BY EMAIL, at the address(es) listed above.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: June 13, 2019

_____
Iyah Turminini

Case No. 4:19-cv-01751-DMR        2        **PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT**