UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TODD,<br><br>    Plaintiff,<br><br>  v.<br><br>SARAH MICHELLE REICHWEIN,<br><br>    Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**CLERK'S NOTICE RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

The court is in receipt of Plaintiff's case management statement and request to continue the Initial Case Management Conference (Docket No. 13). The request is granted. The Initial Case Management Conference currently set for July 3, 2019 at 1:30 p.m. has been continued to September 4, 2019 at 1:30 p.m. before Magistrate Judge Donna M. Ryu in Courtroom No. 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, CA 94612. The joint case management conference statement is due on August 28, 2019.

Plaintiff shall serve the Defendant with a copy of this Clerk's Notice and file a proof of service with the court.

Dated: June 17, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU