Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>　　　Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**NOTICE OF APPEARANCE OF MICHAEL S. KWUN ON BEHALF OF DEFENDANT** |

/ / /

/ / /

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Michael S. Kwun of Kwun Bhansali Lazarus LLP, hereby enters an appearance as counsel for Defendant in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

**Michael S. Kwun**
**mkwun@kblfirm.com**
**KWUN BHANSALI LAZARUS LLP**
**555 Montgomery St., Suite 750**
**San Francisco, CA 94111**
**Tel: (415) 630-2350**

Dated: July 15, 2019            KWUN BHANSALI LAZARUS LLP

                                By: /s/ Michael S. Kwun
                                    Michael S. Kwun

                                Attorneys for Defendant
                                ISIS LOVECRUFT