1 | Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
2 | Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
3 | KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
4 | San Francisco, CA 94111
Tel: (415) 630-2350
5 |
Ben Rosenfeld (SBN 203845)
6 | ben.rosenfeld@comcast.net
ATTORNEY AT LAW
7 | 3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
8 | Tel: (415) 285-8091
Fax: (415) 285-8092
9 |
Attorneys for Defendant
10 | ISIS LOVECRUFT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **NOTICE OF APPEARANCE OF NICHOLAS A. ROETHLISBERGER ON BEHALF OF DEFENDANT** |
| vs. | |
| SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual, | |
| Defendant. | |

/ / /

/ / /

NOTICE OF APPEARANCE OF NICHOLAS A. ROETHLISBERGER ON BEHALF OF DEFENDANT
(No. 4:19-cv-01751-DMR)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Nicholas A. Roethlisberger of Kwun Bhansali Lazarus LLP, hereby enters an appearance as counsel for Defendant in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

**Nicholas A. Roethlisberger**
nroethlisberger@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Dated: July 15, 2019                    KWUN BHANSALI LAZARUS LLP

                                        By: /s/ Nicholas Roethlisberger
                                            Nicholas Roethlisberger

                                        Attorneys for Defendant
                                        ISIS LOVECRUFT