Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>    Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

/ / /

/ / /

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the |
| 2 | named parties, there is no such interest to report. |

Dated: July 15, 2019          KWUN BHANSALI LAZARUS LLP

By: /s/ Nicholas Roethlisberger
       Nicholas Roethlisberger

Attorneys for Defendant
ISIS LOVECRUFT