Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>    Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**[PROPOSED] ORDER RE SPECIAL MOTION TO STRIKE** |

/ / /

/ / /

1  Before the Court is Defendant's Motion and Special Motion to Strike. Having considered
2  the motion, the opposition, and all the written and oral evidence and argument submitted, the
3  Motion is GRANTED as the sole cause of action, for defamation, raises a matter of public
4  concern, and Defendant Peter Todd has not produced evidence sufficient to meet his burden
5  under section 425.16 of the California Code of Civil Procedure.
6  It is ORDERED that Plaintiff Peter Todd's complaint is stricken without leave to amend.

DATED:_____       _____
                                  Hon. Donna M. Ryu
                                  United States Magistrate Judge