| | |
|---|---|
| 1 | Michael S. Kwun (SBN 198945) |
| 2 | mkwun@kblfirm.com<br>Nicholas A. Roethlisberger (SBN 280497) |
| 3 | nroethlisberger@kblfirm.com<br>KWUN BHANSALI LAZARUS LLP |
| 4 | 555 Montgomery St., Suite 750<br>San Francisco, CA 94111 |
| 5 | Tel: (415) 630-2350 |
| 6 | Ben Rosenfeld (SBN 203845)<br>ben.rosenfeld@comcast.net |
| 7 | ATTORNEY AT LAW<br>3330 Geary Blvd., 3rd Floor East |
| 8 | San Francisco, CA 94118<br>Tel: (415) 285-8091 |
| 9 | Fax: (415) 285-8092 |
| 10 | Attorneys for Defendant<br>ISIS LOVECRUFT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **NOTICE OF APPEARANCE OF BEN ROSENFELD ON BEHALF OF DEFENDANT** |
| v. | |
| ISIS LOVECRUFT, | |
| Defendant. | |

NOTICE OF APPEARANCE OF BEN ROSENFELD ON BEHALF OF DEFENDANT
(No. 4:19-cv-01751-DMR)

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ben Rosenfeld, Attorney at Law, hereby enters an appearance as counsel for Defendant in the above-captioned action.  Please serve Mr. Rosenfeld all papers in this action using the following contact information:

> Ben Rosenfeld, Attorney
> ben.rosenfeld@comcast.net
> 3330 Geary Blvd., 3rd Floor East
> San Francisco, CA 94118
> Tel: (415) 285-8091
> Fax: (415) 285-8092

Dated: July 16, 2019            *s/ - Ben Rosenfeld*
                                 Ben Rosenfeld, Attorney