Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| PETER TODD, | Case No.: 4:19-cv-01751-DMR |
|---|---|
| Plaintiff, | **STIPULATION RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF (L.R. 7-11)** |
| v. | |
| ISIS LOVECRUFT, | |
| Defendant. | |

The parties, through their undersigned counsel, hereby stipulate that Document No. 20-4 filed in this case may be sealed, provided that defendant publicly re-file all of the same pages of Document No. 20-4, redacting only the seventh and eighth words in paragraph 3a of Jane Doe's declaration.

1

Respectfully Submitted,

KWUN BHANSALI LAZARUS LLP
BEN ROSENFELD

July 23, 2019    By:    *s/ Ben Rosenfeld*
                        Ben Rosenfeld

Attorneys for Defendant ISIS LOVECRUFT


KRONENBERGER ROSENFELD, LLP

July 23, 2019    By:    *s/ Jeffrey M. Rosenfeld*
                        Jeffrey M. Rosenfeld

Attorneys for Plaintiff PETER TODD


## ATTESTATION OF SIGNATURES

I, Ben Rosenfeld, hereby attest, pursuant to N.D.C.A. Civil Local Rule 5-1(i)(3), that I obtained concurrence in the e-signing of this document from each signatory hereto in addition to me.

July 23, 2019    By:    *s/ Ben Rosenfeld*
                        Ben Rosenfeld

Attorneys for Defendant ISIS LOVECRUFT