Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD,<br><br>         Plaintiff,<br><br>    v.<br><br>ISIS LOVECRUFT,<br><br>         Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**DECLARATION OF BEN ROSENFELD IN SUPOPORT OF DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br>**(L.R. 7-11)** |

I, Ben Rosenfeld, hereby declare:

1. I am an individual, over the age of 18, and co-counsel for Defendant Isis Agora Lovecruft in the above-entitled action. If called as a witness, I could and would testify competently as follows.

2. On July 14, 2019, I obtained the Declaration of Jane Doe (a pseudonym), a woman who told the defendant that the plaintiff, Peter Todd, had raped her. On July 15,

1

2019, we filed Jane Doe's declaration as Exhibit A to my declaration in support of defendant's Motion to Strike…Plaintiff's Complaint (Doc. No. 20-4).  Jane Doe provided her declaration on condition that her identity be concealed from the public, stating that she was extremely traumatized and expressing fear that disclosure of her identity could subject her to further trauma.

3. On July 19, 2019, I realized that a small amount of information contained in the Declaration of Jane Doe could help to reveal her identity to the public.  On the same day, I called the Clerk's office to ask what could be done.  The clerk I spoke to said that he would seal Document No. 20-4—my declaration and exhibits—in its entirety, pending this administrative motion to seal.  He explained that because my declaration and the exhibits thereto, including Jane Doe's declaration, were filed in a single document, as attachments, he would have to seal my entire declaration, rather than just Jane Doe's declaration.

4. Because we are only asking to redact just two words in Jane Doe's declaration (the seventh and eighth words in paragraph 3a), I intend, if the Court grants this request, to publicly re-file all of the same pages comprising my declaration and exhibits in Document 20-4, marking it "redacted," and redacting just the seventh and eighth words in paragraph 3a of Jane Doe's declaration.

5. I swear under penalty of perjury that the foregoing is true and correct, except as to any information stated on information and belief, and as to such information, I believe that it is true.

Sworn and subscribed to at San Francisco, California:


July 23, 2019                    By:     *s/ Ben Rosenfeld*
                                         Ben Rosenfeld

Declaration of Ben Rosenfeld ISO Defendant's Motion for Administrative Relief