Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD,<br><br>            Plaintiff,<br><br>      v.<br><br>ISIS LOVECRUFT,<br><br>            Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF (L.R. 7-11)** |

Having read and considered Defendant's Motion For Administrative Relief under Local Rule 7-11 filed on July 23, 2019, and for good cause shown, defendant's motion is granted.

Document No. 20-4 filed in this case shall be sealed.

Defendant shall publicly file, within two days of this order, a redacted version of Document No. 20-4 containing all of the same pages as the originally filed Document No.

20-4, but redacting just the seventh and eighth words in paragraph 3a of the Declaration of Jane Doe.

IT IS SO ORDERED.

Dated: _____

                                              Hon. Donna M. Ryu
                                              United States Magistrate Judge