Exhibit A

🐦 Home    ⚡ Moments

Search Twitter    Have an account? **Log in ▾**







| Tweets | Following | Followers | Likes | Lists | Moments |
|---|---|---|---|---|---|
| **12.6K** | 698 | 21.8K | 22.5K | 3 | 3 |

**Follow**

## isis agora lovecruft
@isislovecruft

anarchist; hacker; once-upon-a-time
theoretical physicist. I might be a
cryptographer but I'm not your
cryptographer. made 翻墙软件. آزادی بیان
برای همه they/them

📍 San Francisco, CA
🔗 patternsinthevoid.net
📅 Joined December 2010

🖼 1,111 Photos and videos






**Tweets**    **Tweets & replies**    **Media**

See 2 new Tweets

📌 Pinned Tweet


**isis agora lovecruft** @isislovecruft · 22 Mar 2014
x=`if(t%2)else';python3 -c"[print(t>>15&(t>>(2$x 4))%(3+(t>>(8$x 11))%4)+(t>>10)|42&t>>7&t<<9,end='')for t in range(2**20)]"|aplay -c2 -r4
💬 36    🔁 197    ♡ 581    ⬇

 
**isis agora lovecruft** @isislovecruft · 22h
there's a spider in my drink

that's how goth i am
💬 6    🔁 2    ♡ 56    ⬇

 
**isis agora lovecruft** @isislovecruft · 23h
3) please don't pile on! writing crypto code, especially when it's being compiled, is
difficult and error prone. our industry has a horrible toxicity w.r.t. "i've never
messed up" which scares newcomers away and makes everyone unhealthily
scared of ever admitting mistake
💬 4    🔁 6    ♡ 63    ⬇
Show this thread


**isis agora lovecruft** @isislovecruft · 23h
2) i'm sorry for improper disclosure! it really didn't occur to me to report as i just
assumed it was a work-in-progress port of the secp256k1 C library. thanks to
@orionwl and @real_or_random for gently pointing out my impoliteness. i
promise i'll do better next time :(
💬 1    🔁    ♡ 35    ⬇
Show this thread


**isis agora lovecruft** @isislovecruft · 23h
hey so, re: this tweet

1) i never meant to make fun of anyone's code! i just get dismayed when i have to
audit complex crypto code that isn't well-commented, and because of that, not
being able to tell immediately if this was supposed to be constant-time made me
exacerbated


**isis agora lovecruft** @isislovecruft
please no

💬 2    🔁 1    ♡ 49    ⬇
Show this thread


**isis agora lovecruft** @isislovecruft · Jul 24
it me, what the fuck,



**New to Twitter?**
Sign up now to get your own
personalized timeline!

**Sign up**

**You may also like** · Refresh

**Matthew Green**
@matthew_d_green

**37 people in san francisco**
@hdevalence

**yan**
@bcrypt

**Matthew Garrett**
@mjg59

**Micah Lee** ✓
@micahflee

**Worldwide trends**

**#NationalInternDay** 🎓
National Intern Day prompts discussion about
the importance of paid internships

**Tulo**
3,254 Tweets

**#45isapuppet**
Trump appeared in front of altered presidential
seal which read '45 is a puppet'

**Lori Harvey**
People speculate that Diddy is dating Steve
Harvey's 22-year-old daughter

**Kolasinac**
88.1K Tweets

**#ISTILLDOTONIGHT**
15.2K Tweets

**Diddy**
People speculate that Diddy is dating Steve
Harvey's 22-year-old daughter

**Zombieland 2**
The trailer for Zombieland: Double Tap has
arrived

**#ThursdayThoughts**
85.5K Tweets

**Yeri**
40.4K Tweets

© 2019 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

💬 4    🔁 2    🤍 32    ⌄

**isis agora lovecruft** @isislovecruft · Feb 25    ⌄
one of the best things about being a cryptographer is that i sometimes get messages from people who're librarians or artists or physicists or whatever like

HOMOMORPHIC ENCRYPTION OMFG

and then i get to try to guess which part they're freaking out about

💬 8    🔁 8    🤍 117    ⌄

🔁 isis agora lovecruft Retweeted

**merlin the irish wolfhound pupper** @realwolfpupy · Feb 22    ⌄
humin giv me the chicks heart. an i aet it. an i can feel it. i hav birb powerrs now

💬    🔁 1    🤍 31    ⌄

🔁 isis agora lovecruft Retweeted

**Deirdre Connolly** @durumcrustulum · Feb 20    ⌄
"An important open problem is to find an algorithm to generate random supersingular curves that doesn't reveal their endomorphism ring & we encourage the community to work on it. [If] missing, it's interesting to look for efficient multi-party algorithms for doing isogeny walks."

**IACR ePrint Updates** @IACRePrint
[New] Verifiable Delay Functions from Supersingular Isogenies and Pairings (Luca De Feo and Simon Masson and Christophe Petit and Antonio Sanso)
ia.cr/2019/166

💬    🔁 6    🤍 13    ⌄

🔁 isis agora lovecruft Retweeted

**zoe no** 🏳️‍🌈 ⚥ ⬤ @yourcompanionAI · Feb 19    ⌄
cutting people off for deadnaming and not using the correct pronouns is just dropping support for the old api

💬 3    🔁 237    🤍 728    ⌄

Show this thread

🔁 isis agora lovecruft Retweeted

**Skylar Nagao** @skygao_ · Feb 21    ⌄
Replying to @hypatiadotca
Re: Grooming. It's been three years since I stopped speaking to Nadim due to excessive verbal abuse and subtle (but numerous) forms of manipulation. These are two of 30+ emails received since then.

, but I respectfully ask for a small amount of your time s

 do with our personal lives and not at all with work/Pee

hat this email is in good faith and urge you to please ke

 are open to getting in touch

 and stalked two of our mutual friends ███████████. I've been told that you two
of these rumors (although I don't know this for certain.)

While my relationship with these two people was negative and while I regrettably was very n
them back in the day, I must tell you that I am innocent of these rumors and that they are fa
never in my life stalked or assaulted anyone and I would never do something so terrible.

It would be utterly heartbreaking to me if you believed these rumors, in spite of all the bad s





♡ 47   ⟲ 642   ♥ 2.2K   ▾

**isis agora lovecruft** @isislovecruft · Feb 14                    ⌄

when you wanted to look nice for your date but your puppy who weighs more
than you wanted to play in the mud

💬 16   ⟲ 7   ♥ 129   ▾

⟲ isis agora lovecruft Retweeted

**merlin the irish wolfhound pupper** @realwolfpupy · Feb 14      ⌄

tfw humin maeks bad pun

💬   ⟲ 2   ♥ 21   ▾

**isis agora lovecruft** @isislovecruft · Feb 13                    ⌄

this holiday is way too fucking straight

💬 4   ⟲ 7   ♥ 70   ▾

Show this thread

**isis agora lovecruft** @isislovecruft · Feb 13                    ⌄

also the "for her" section, quelle suprise

💬 7   ⟲ 4   ♥ 28   ▾

Show this thread





Show this thread

**isis agora lovecruft** @isislovecruft · Feb 9
SORRY I LITERALLY CANNOT HEAR ANY OF YOU

3          ♡ 24

Show this thread

**isis agora lovecruft** @isislovecruft · Feb 9
oh wow this is better than i thought, when i tap the buttons they disappear one by one and there's actually simply no way to load tweets, damn look at the sudden mysterious and copious free time i have for reading papers

2          ♡ 27

Show this thread

**isis agora lovecruft** @isislovecruft · Feb 9
finally, the timeline is good

**Show more Tweets**

**Show more Tweets**

**Show more Tweets**

**Show more Tweets**

**Show more Tweets**

**Show more Tweets**

Show more Tweets

Show more Tweets

Show more Tweets

💬 4      ⟲ 15      ♥ 170      ⌄

Show this thread

⟲ isis agora lovecruft Retweeted

**isis agora lovecruft** @isislovecruft · 24 Dec 2018

normal person: why can i turn pants inside out using any hole

mathematician: via manifold theory the quotient space of $\mathbb{R}^3$ embeddings of 3-punctured spheres admits a 12-element automorphism group however with noninvertable knot theory i prove not all knotted "pants" can be tur...



💬 39      ⟲ 641      ♥ 2.0K      ⌄

Show this thread

**isis agora lovecruft** @isislovecruft · Feb 8

i love watching the men in my industry who've sexually abused me and many others squirm as i take them out one by one while they nervously await their turn

hahahahahahahaha eat goat dung you epoxy brained cowards

💬 7      ⟲ 10      ♥ 198      ⌄

**isis agora lovecruft** @isislovecruft · Feb 8

from grabbing my face and kissing me when i was twenty-one at a conference and the worse behaviours towards others since, should Nadim really be a professor with the potential to advise young women and enby people? imho absolutely nope

> **Jackie** @find_evil
> @nyuniversity @NYUParis
>
> The #metoo 🗣 whisper network has heard stories about your professor Nadim Kobeissi for years now. Here is one such story....
> Show this thread

💬 1      ⟲ 15      ♥ 40      ⌄

⟲ isis agora lovecruft Retweeted

**Jackie** @find_evil · Feb 5
@nyuniversity @NYUParis

The #metoo 🗣 whisper network has heard stories about your professor Nadim Kobeissi for years now. Here is one such story.

Please fairly investigate this individual and allegations of impropriety to ensure students remain safe on campus.

💬      ⟲ 13      ♥ 52      ⌄

Show this thread

**isis agora lovecruft** @isislovecruft · Feb 6

ffs i keep accidentally holding down shift the whole time and ending up with constants with ED@%%!( in their names, help how to keyboard

isis agora lovecruft Retweeted

**Cathie** @cathieyun · Feb 4

The recording of the talk that @hdevalence and I gave at SBC - "Building, and Building on, Bulletproofs" - is online here:
youtube.com/watch?v=XckwEw...
Learn about the cool cryptography and zero knowledge proof libraries we've been working on!

💬 1     🔁 21     ♥ 58     ⬇

isis agora lovecruft Retweeted

**Tess Rinearson** ✔ @_tessr · Feb 6

💬 20     🔁 164     ♥ 749     ⬇

**isis agora lovecruft** @isislovecruft · Feb 6

time to cuddle up with a large puppy and gdb

💬 5     🔁     ♥ 45     ⬇

**isis agora lovecruft** @isislovecruft · Feb 6

i woke up still laughing about T H E   F O O T haha

💬 1     🔁     ♥ 37     ⬇

**isis agora lovecruft** @isislovecruft · Feb 5

this is not even touching upon the stories of the rape and assault survivors of you and @petertodd and @ioerror and you all have been seen to behave conveniently alike and seen to dutifully protect one another 🙄

💬     🔁 7     ♥ 31     ⬇

**isis agora lovecruft** @isislovecruft · Feb 5

just over six years ago in 2012 you grabbed my face and force kissed me at a conference in Rio. your "excuse" was that you're ~autistic~ and i knew—even then—that your excuse was only because of fear that i'd speak up. you've done FAR WORSE to others from what we've all heard twitter.com/kaepora/status...

> This Tweet is unavailable.

💬 12     🔁 102     ♥ 350     ⬇

Show this thread

isis agora lovecruft Retweeted

**isis agora lovecruft** @isislovecruft · Feb 5

Replying to @kaepora

oh no. the foot. is going down.
oh jeez.

```
THE FOOT
   i
    s
        g
         o
          i
         n
          g
   d
    o
      w
       n
```

💬 4    🔁 7    ♡ 196    ⬇️

**isis agora lovecruft** @isislovecruft · Jan 30
please give me all your worst band ideas because i might actually implement them

💬 13    🔁    ♡ 39    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
anyway this is how i ended up in a room full of two hundred panicked and blood splattered people stampeding for the exit after having a five gallon bucket of goat blood angrily dumped on my head while singing about a middle school teacher who swapped bodies with a student

💬 3    🔁 14    ♡ 92    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
me: no
bassist: but i already bought the guts
me: no i'll get goat blood in my underwear and then get goat syphilis
bassist: cmon it was fifteen dollars
me: no
bassist: *hangs up angrily*

💬 1    🔁 3    ♡ 43    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
one time our bassist called me at work and said "so i bought goat intestines and a bucket of blood"

me: umm
bassist: ok so here's what you're g—
me: no
bassist: —onna do you wrap them in cellophane under your shirt and rip it open during the set and it'll look like you're dying

💬 1    🔁 5    ♡ 38    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
when i was sixteen i made a psychedelic goth band called goosebumps and "band practice" consisted of collectively reading an R.L.Stine Goosebumps novel and writing a song about it which ended up with songs like "The Abominable Snowman of Pasadena" and "Revenge of The Lawn Gnomes"

💬 3    🔁 4    ♡ 45    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
the LA times ran a review piece on us once where they said zoophilia was taking performance art in new directions so i think we can call that chapter of my life a success

💬 3    🔁 3    ♡ 105    ⬇️

Show this thread

**isis agora lovecruft** @isislovecruft · Jan 30
usually this resulted in forty or so band members whom we would tell to all play their favourite song as loud as possible simultaneously while my friend dressed as a cow complete with rubber udders screamed about how it should be legal to marry animals







← **Thread**



**isis agora lovecruft**
@isislovecruft

Nadim Kobeissi is a serial rapist and abuser who defends other rapists including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my face and force kissed me at a conference and i absolutely believe the multiple survivors i've personally spoken with since then



# Your account has been locked.

**isis agora lovecruft**
@isislovecruft

## What happened?

We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against abusive behavior.**
   You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.



   **isis agora lovecruft**
   @isislovecruft

   hahahaha catch your fingers in a cheese grater you pathetic little rapey pile of butt dandruff https://t.co/UjWX2nhmps

   7:06 PM - 19 Feb 2019

As a result, we have locked your account.

## What you can do:

To unlock your account, you must do the following:

- Remove Tweets that violate our rules

9:17 AM · Feb 20, 2019 · Twitter for iPhone

**67** Retweets   **225** Likes

---

Search Twitter

## Relevant people



**isis agora lovecruft**
@isislovecruft    [ Follow ]

anarchist; hacker; once-upon-a-time theoretical physicist. I might be a cryptographer but I'm not your cryptographer. made 翻墙软件. آزادی بیان برای همه they/them

## Trends for you   

Trending in USA
**#45isapuppet**
17.1K Tweets


Politics
Trump appeared in front of altered presidential seal which read '45 is...

**#MiracleTreatDay**
Help Children's Miracle Network Hospitals TODAY at part. DQ stores!
🟦 Promoted by Dairy Queen

Trending in USA
**#EpsteinSuicide**
17.8K Tweets

Trending in USA
**Stormi**
16.7K Tweets

Trending in USA
**Zombieland 2**
Trending with: #ZombielandDoubleTap


Movies
The trailer for Zombieland: Double Tap has arrived

Show more

**isis agora lovecruft** @isislovecruft · Feb 20

Replying to @isislovecruft

Nadim. since i know you're reading this and telling people to report it: i'm going to start doing lightning talks at crypto conferences with more details of your horrid behaviours in order to warn your future victims, do not fuck with me

💬 3      ⟲ 16      ♡ 218      ⬆️      ▢

**marcuses jonestown massacre** @punished_marcus · Feb 20

Replying to @isislovecruft and @rechelon

>"butt dandruff"
>"abusive"

hell site

💬       ⟲       ♡ 3      ⬆️      ▢

**Cariad** 🏳️‍🌈 狐魔 @KateLibc · Feb 20

Replying to @isislovecruft

Some old tweets by him that we still kept around. We don't archive his Twitter anymore as many of us have had to focus on other things.



💬 1      ⟲ 1      ♡ 10      ⬆️      ▢

**1 more reply**

**Mr. Jack** ☠️ @g33kgmr · Feb 20

Replying to @isislovecruft

Trauma is real

💬       ⟲       ♡       ⬆️      ▢

**Thijs Triemstra** @thijstriemstra · Apr 6

Replying to @isislovecruft

peter todd sued you for this tweet 💥

💬       ⟲       ♡ 1      ⬆️      ▢

**Kevin Carson** @KevinCarson1 · Feb 20

Replying to @isislovecruft

This makes it even more horrifying that Gilmore was put up to do the same thing

💬       ⟲       ♡ 1      ⬆️      ▢

**io:r//us** @io_r_us · Feb 23

Replying to @isislovecruft and @sundhaug92

Forcing kissing a person is abuse.

And sometimes (in a gentle loving non compulsive way) how personA breaks thru to personB. Associating it to survival is inflating the conversation in a way. Life's not always what we make it, sometimes experiences baffle.

**The Žižek Vore Fetish Account (NSFW)** @SvetaPinto · Feb 21
Replying to @isislovecruft

> **buttbott** @butt_things · Dec 14, 2014
> Replying to @UJustGot_eBooks
> @SamStrife @HEELGrimmeh @Zur_EBooks @Crimson_Evil @yourwaifubot @OfficialAkrid @patthef_ebooks @UJustGot_eBooks butt dandruff
>
> ♡ 1

**The Žižek Vore Fetish Account (NSFW)** @SvetaPinto · Feb 21

> **buttbott** @butt_things · Jul 11, 2014
> Replying to @ZJemptv
> @ZJemptv butt dandruff

**@n0tj05h** @n0tj05h · Feb 21
Replying to @isislovecruft and @thegrugq
Eek. I'm sorry. Not all men are like him. I follow him too :((

**A few million pixels** @itsybitsydots · Feb 21
Replying to @isislovecruft
I can't see how your tweet is a violation of Twitter's rules either way. It could at worst be classified as saying "mean things"

More replies

**sken** @typecash · Jul 22
Replying to @isislovecruft
thats awful. you must be the most raped womyn in twitter bar none. stay strong

**Will** @_willish · Feb 20
Replying to @isislovecruft
Peter todd is a rapist?

♡ 1        ♡ 3

**isis agora lovecruft** @isislovecruft · Feb 20
yes, similar to Nadim, i personally have a story about Peter Todd and i've personally spoken with survivors with absolutely awful and horrifying reports who are terrified of him and of coming forward (rightly so)

i however am not afraid and shitty dudes are going down

♡ 3    ⟲ 2    ♡ 35

**0xPEPE** @0xPEPE · Feb 20
I was raped by satoshi nakamoto

> The following media includes potentially sensitive content.
> Change settings                                            View