Exhibit C



LOLWAT is that account?

28 Aug 2015



I have no idea, but they're awake right now.

Publicly I'm extremely dubious about saying anything about it; privately it's pretty funny.

28 Aug 2015

Huh, whatever, I guess I'll just interact with it like it's a joke account then. But I still think it's secretly you, and either way it's hilarious.

28 Aug 2015

**Lisa Cheng** @lisacheng
I ain't got no type, Bitcoiners be the only thing that I like.

 LOLWAT BITCOIN DEVS HAVE GROUPIES?!
28 Aug 2015

 What the shit. Clearly, I must not understand anything about humans or social things.
28 Aug 2015

 Oh god, if Tor developers ever get groupies, I will have to go find some more obscure crypster job.
28 Aug 2015

 Did you still want to go to the beach tomorrow? Which beach? What time? (Sorry I dropped off the conversation when you asked… I was really upset about other stuff.)
28 Aug 2015

Sure, I'm I'm mountain view tonight. How about twoish? You pick a beach. 
29 Aug 2015 ☐

Playatodd is me, in spirit. 
29 Aug 2015 ☐

Hey, you gonna be around tomorrow?

Leaving Friday morning. 
7 Oct 2015 ☐

 Yeah, I'm around. Want to hang out?
8 Oct 2015

Sure. Let's do something that isn't a tech conference, and isn't filled with cigarette smoke. 
8 Oct 2015 ☐

 Hmm, it's cold and rainy… I can't think of any good things to do…
8 Oct 2015

Replied on otr 
8 Oct 2015 ☐

**Tanja Lange** @hyperelliptic
Dear twitterverse does anybody have a ticket for #32C3 that I could buy for friend who's flying in all the way from Taiwan but was too slow?

 Do you still want to sell your 32c3 ticket?
16 Dec 2015

Leif replied first, but I don't think he had anyone specific in mind.

Did you get my message re: selling a ticket btw or hear from Leif?



16 Dec 2015



nope i've been on a train all day and just got to my new house that i'm moving into, so… chaos

i'll try to get hold of leif tonight

16 Dec 2015

lol, I mean, how did you know I had a ticket to sell? :)



16 Dec 2015

yay chaos house!:P

apparently I'm going to the star wars premier on friday with my family too



16 Dec 2015



Oh, because I read the message but could not ack because trains. And also I thought just now you were asking if I saw some newer message or something

Nice #libertarianfamily

16 Dec 2015

Ah cool. And by that I'm going to deduce that you finally got a smartphone. :)



16 Dec 2015



Huh? I don't think one can put pond on a phone?

16 Dec 2015

Exactly! Why you'd send me a message over DM. :)

Though a pond phone client would be pretty cool!

16 Dec 2015

Yo, chatsecure?

Want to ask you something.



20 Apr 2016

You can no longer send messages to this person. Learn more

3 of 3