Exhibit F

**Sent:**     Mon, 17 Nov 2014 23:42:41 +0000
**From:**     isis <isis@patternsinthevoid.net>
**To:**        Peter Todd <pete@petertodd.org>
**Cc:**        isis <isis@patternsinthevoid.net>
**Subject:**   Re: poisoned

Peter Todd transcribed 3.6K bytes:
> On Mon, Nov 10, 2014 at 11:20:16PM +0000, isis wrote:
> > Sadly, I can't use --hidden-recipient with most of the people on that BCC
> > list, as they've too many private keys.  BCC, however, does hide the fact that
> > I might have sent it to alternative, prioritised email addresses which they
> > might not want public. :)
>
> Touché!
>
> Pity OpenPGP can't at least let the "try this decryption key" field be a
> variable-bit-length prefix.
>
> > > I think this is either an imposter or you're still sick.
> >
> > Possibly a bit of the latter; I'm visible shaking and feeling nauseous
> > again.
>
> :(
>
> Let me know when you're doing better; I'm beating off clients with a
> stick...

:)

I'm at Zooko's house this week in a "secret meeting" to discuss Zerocash
hacking, and also some general Tahoe-LAFS/Tor geekery.

--
 ♥Ⓐ isis agora lovecruft
_____
OpenPGP: 4096R/0A6A58A14B5946ABDE18E207A3ADB67A2CDB8B35
Current Keys: https://blog.patternsinthevoid.net/isis.txt