# Exhibit G



**Pieter Wuille** — May 14, 2018
I agree with many of your criticisms, but bringing it up here is needlessly antagonizing and unhelpful.
💬 1   🔁   ♥ 20   ⬆

**Peter Todd** @peterktodd · May 14, 2018
See, I agree that it's inevitably going to be antagonizing to a degree, but I don't think that's unhelpful. Right now as a community we're failing to set professional standards at all; if we don't bring this up, what then?
💬 2   🔁   ♥ 14   ⬆

**Pieter Wuille** @pwuille · May 14, 2018
But you *can* bring this up. You just don't need to do that in response to a completely unrelated topic. This undermines your own credibility.
💬 2   🔁   ♥ 23   ⬆

**Peter Todd** @peterktodd · May 14, 2018
I agree that's a risk, but that's a risk I'm happy to take.

Equally I think it's less undermining than you'd think in the context of twitter: this isn't, for instance, a person to person debate on a stage; I'm not in a technical debate right now.
💬 1   🔁   ♥ 10   ⬆

1 more reply

**Matthew Green** @matthew_d_green · May 14, 2018
Replying to @peterktodd
Oh god Peter. Take a break and stop being a troll for five minutes. You'll be a happier human being and a more technically compelling one.
💬 2   🔁 1   ♥ 33   ⬆

**Peter Todd** @peterktodd · May 14, 2018
Why don't you guys just apologize for past mistakes and move on?
💬 2   🔁 1   ♥ 8   ⬆

**Peter Todd** @peterktodd · May 14, 2018
This is not hard. You screwed up in a few ways, and are consistently unwilling to admit it. This is very harmful behavior in the long run for the whole community.
💬 2   🔁 1   ♥ 10   ⬆

**Matthew Green** @matthew_d_green · May 14, 2018
Let go of your anger, Peter. Seriously. There are other ways to interact with this community.
💬 2   🔁   ♥ 17   ⬆

**Peter Todd** @peterktodd · May 14, 2018
Dude, this is just professionalism, not anger.

Again, we have professional standards to set and a duty to the public.
💬 2   🔁 1   ♥ 12   ⬆

**t0dd** @t0dd0000 · May 15, 2018
"Professional" is not what I would call this twitter dialogue.
💬   🔁   ♥ 2   ⬆

**David Wong** @cryptodavidw · May 18, 2018
Replying to @peterktodd
this is a dumb comment. Have you read the Zcash paper? It is meant to be built on top of a transparent cryptocurrency.
💬   🔁   ♥ 1   ⬆

**Tim Ruffing** @real_or_random · May 14, 2018
Replying to @peterktodd
You can think of Zcash whatever you want but that's just another story. The comparison here is not helpful.
💬 1   🔁   ♥ 19   ⬆

**Peter Todd** @peterktodd · May 14, 2018
You know what would be helpful? Apologizing to the community and fixing that screw up.

Failing to do that sets bad precedents.
💬 1   🔁   ♥ 4   ⬆

**Peter Todd** @peterktodd · May 14, 2018
And seriously, it really wouldn't take much to fix these issues; genuine apologies go a long way, because they help set standards for behavior in the future.
💬   🔁   ♥ 5   ⬆