Exhibit K

