# Exhibit L







