# Exhibit Q

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
Tweet
isis agora lovecruft
@isislovecruft
Jacob Appelbaum sexually assaulted me. I'm Forest on jacobappelbaum.net. Here's my full story and what's next: blog.patternsinthevoid.net/the-forest-for...
10:21 AM · Jun 15, 2016 from Paris, France · Twitter Web Client
421 Retweets 428 Likes
Tom Lowenthal @flamsmark · Jun 15, 2016
Replying to @isislovecruft
Thank you for publishing this. And thank you for writing such an effective piece from such a dark place.
8
Alison Macrina @flexlibris · Jun 15, 2016
Replying to @isislovecruft
THIS IS WHAT SOLIDARITY LOOKS LIKE
1 2 23
Leigh Honeywell @hypatiadotca · Jun 15, 2016
Replying to @isislovecruft
this is an incredible post, thank you for writing it and for your bravery.
2 21
isis agora lovecruft @isislovecruft · Jun 15, 2016
Thanks for coming forward first, you have no idea what courage and inspiration you were. <3
1 21
Leigh Honeywell @hypatiadotca · Jun 15, 2016
your anon accounts gave me the courage. Thank /you/.
13
Bill AbolishICEbutForReal Budington @legind · Jun 15, 2016
Replying to @isislovecruft
thank you for sharing your story and being a generally awesome & brave person
1 5
Bill AbolishICEbutForReal Budington @legind · Jun 15, 2016
just read full post now. refusal to be silenced & putting yourself forward so that others can too is what solidarity means Ⓐ❤
1 10
Birgitta @birgittaj · Jun 15, 2016
Replying to @isislovecruft
<3
5
Eleanor Saitta @Dymaxion · Jun 15, 2016
Replying to @isislovecruft
Thank you for writing this.
5
yan @bcrypt · Jun 15, 2016
Replying to @isislovecruft
<3
6
elizabeth stark @starkness · Jun 15, 2016
Replying to @isislovecruft
Much love and support. Thank you for your amazing strength in coming forward.
7
Noah Swartz @SwartzCr · Jun 15, 2016
Replying to @isislovecruft
you are an amazing person, and I'm so thankful that you took the time and energy to write this and take part in addressing
1 1 19
Noah Swartz @SwartzCr · Jun 15, 2016
all of this. I'm so glad to be in the same community as you, and am in awe of your strength, passion, and compassion. <3s 2 u
1 1 15
Search Twitter
Relevant people
isis agora lovecruft
@isislovecruft
Follow
anarchist; hacker; once-upon-a-time theoretical physicist. I might be a cryptographer but I'm not your cryptographer. made 翻墙软件. آزادی بیان برای همه they/them
Trends for you
Trending in USA
Steve Ballmer
9,139 Tweets
Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...
#SouthSideChi
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central
Trending in USA
Anne Hathaway
12.2K Tweets
Trending in USA
Wikileaks
54K Tweets
Trending in USA
Steve Ballmer
9,139 Tweets

1 more reply

**Neil Kandalgaonkar** @NeilKNet · Jun 15, 2016
Replying to @isislovecruft
The integrity and compassion in this post is very inspiring. I'm not an anarchist but I applaud how your live by your ideals.
1 · 6

**kat** @kataclyst · Jun 15, 2016
Replying to @isislovecruft
@flexlibris <3 <3 <3 I love you Isis.
4

**Lena Reinhard** @lrnrd · Jun 15, 2016
Replying to @isislovecruft
thank you for this post and for your bravery. All the best for you.
3

**Yuval يوڤال Adam** @yuvadm · Jun 15, 2016
Replying to @isislovecruft
read everything. speechless. thanks for writing this and coming forward
3

**rachel binx** @rachelbinx · Jun 15, 2016
Replying to @isislovecruft
*hugs* thanks for writing this up
4

**David Glasser** @glasser · Jun 15, 2016
Replying to @isislovecruft
I hear you, I believe you, and I am so sorry that you and everyone else had to deal with his abuse.
1 · 3

This Tweet is unavailable

**Linda Dong** @lindadong · Jun 16, 2016
you must be old then
1 · 2

This Tweet is unavailable

**Linda Dong** @lindadong · Jun 16, 2016
cute
1

1 more reply

**Ulf Buermeyer** @vieuxrenard · Jun 15, 2016
Replying to @isislovecruft
kudos for your courage, but the legal guesstimates in your post need tweaking. Feel free to get in touch for details.
1 · 9

**isis agora lovecruft** @isislovecruft · Jun 15, 2016
Thanks! I'm not a lawyer, so help is appreciated.
1 · 1

**Ulf Buermeyer** @vieuxrenard · Jun 16, 2016
drop me a line & I'll be happy to explain further, contact via Twitter bio
3

**You and 52 others** @bahstgwamt · Jun 15, 2016
Replying to @isislovecruft
I'm so sorry. Thank you for telling your story, and thank you for working so hard to create justice. I hope it can happen.
2

**Sina Rabbani** @wwwiretap · Jun 15, 2016
Replying to @isislovecruft
🙏 I'm very proud of you, stay strong.
2

**Alex Bond** @bond_alexander · Jun 15, 2016
Replying to @isislovecruft
So sorry this happened to you. Thank you for coming forward and telling your story.
2

**yetzt** @yetzt · Jun 15, 2016
Replying to @isislovecruft
thank you for speaking up. all the solidarity.

**Mikita Borisov** @nikitab · Jun 15, 2016
Replying to @isislovecruft
thank you for writing this
2

**Nima Fatemi** @mrphs · Jun 15, 2016
Replying to @isislovecruft
Much respect, isis. Stay strong ✊
2

**Anarchieprojekte** @la_flora_negra · Jun 15, 2016
Replying to @isislovecruft
Thanks for your text. Solidarity and love.
2

**Matthew Garrett** @mjg59 · Jun 15, 2016
Replying to @isislovecruft
Thank you
2

**🐌Snail Tsunami🌊** @solitarysnail · Jun 15, 2016
Replying to @isislovecruft
💪💪💪❤️💪
1 3

**isis agora lovecruft** @isislovecruft · Jun 15, 2016
:D ✊
4

**azet** @a_z_e_t · Jun 15, 2016
Replying to @isislovecruft
thanks for writing this up. I've never seen JA as an anarchist, one can proclaim they are but actions speak louder than words
1 3

**isis agora lovecruft** @isislovecruft · Jun 15, 2016
But wait, I thought that if you just sign your credit card statements with an Ⓐ then it's all good, right?
1 3

**azet** @a_z_e_t · Jun 15, 2016
there's still stupid shit like anarcho-capitalism. so I guess that works out. does he really? :D
✊
1

**🏴☠🏴** @Meowdip · Jun 15, 2016
Replying to @isislovecruft
I was friends with Jake, but have believed victims since I first heard about all this.
1

**🏴☠🏴** @Meowdip · Jun 15, 2016
I didn't say anything publicly since I felt I wasn't directly involved and not that close to communities he most affected.
1 1

**🏴☠🏴** @Meowdip · Jun 15, 2016
but I now think that voicing support might have some value and I'm sorry I didn't do it immediately.
2

**MikZ** @original_mikz · Jun 16, 2016
Replying to @isislovecruft
@kragen I'm very sorry you experienced that, and I deeply respect the compassionate approach you attempted to take.
1

**Scout** @scouttle · Jun 16, 2016
Replying to @isislovecruft
Thank you for your strength, your bravery, your well-considered writing. Thank you for taking the harder path. I support you.
1

**Jørgen Rasmussen** @Infosec_blue · Jun 16, 2016
Replying to @isislovecruft
must be hard to publish this... Stay strong, and continue your great work.
1

**Asher Wolf** @Asher_Wolf · Jun 16, 2016
Replying to @isislovecruft
thank you <3

Messages
Bookmarks
Lists
Profile
More
Tweet

Anne Hathaway
12.2K Tweets
Trending in USA
Wikileaks
54K Tweets
Trending in USA
they/them ترک هه

Trends for you
Trending in USA
Steve Ballmer
9,139 Tweets
Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...
#SouthSideChi
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central
Trending in USA
Anne Hathaway
12.2K Tweets
Trending in USA
Wikileaks
54K Tweets
Trending in USA
they/them ترک هه

Messages
Bookmarks
Lists
Profile
More
Tweet

Trends for you
Trending in USA
Steve Ballmer
9,139 Tweets
Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...
#SouthSideChi
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central
Trending in USA
Anne Hathaway
12.2K Tweets
Trending in USA
Wikileaks
54K Tweets
Trending in USA
they/them ترک هه

Messages
Bookmarks
Lists
Profile
More
Tweet

Trends for you
Trending in USA
Steve Ballmer
9,139 Tweets
Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...
#SouthSideChi
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central
Trending in USA
Anne Hathaway
12.2K Tweets
Trending in USA
Wikileaks
54K Tweets
Trending in USA
they/them ترک هه

Messages
Bookmarks

Trends for you
Trending in USA

Lists

Profile

More

Tweet

1

**Leena** @reticuleena · Jun 16, 2016
Replying to @isislovecruft
Thank's for speaking up and all support to you. <3
1

**Malexmave** @malexmave · Jun 16, 2016
Replying to @isislovecruft
Thank you for speaking up. <3
1

**fin** @fin · Jun 16, 2016
Replying to @isislovecruft
thank you.
1

**li5a** @li5a · Jun 16, 2016
Replying to @isislovecruft
this is such a stellar contribution... thank you <3
1

**Imifos** @imifos · Jun 16, 2016
Replying to @isislovecruft
<3
1

**joe** @Joe0blivian · Jun 16, 2016
Replying to @isislovecruft
you have all my deepest admiration. Thanks for this wonderful post.
1

**occupyca** @occupyca · Jun 15, 2016
Replying to @isislovecruft
you're amazing. Hugs from California.
1

**M@rsilea mutica** @Iteration23 · Jun 15, 2016
Replying to @isislovecruft
thanks for the excellent backstory btw. one way or another this will help many ppl in similar situations.
1

**M@rsilea mutica** @Iteration23 · Jun 15, 2016
Replying to @isislovecruft
oh. i wish you much strength, you'll need it. thanks for sharing your story. hugs.
1

**Auntie Occident** @mayameme · Jun 15, 2016
Replying to @isislovecruft
thank you for doing this, and for thinking through solutions and options
1

**Matt Mackall** @mpmselenic · Jun 15, 2016
Replying to @isislovecruft
An amazing piece of writing.
1

**Ayaz Ahmed Khan** @ayaz_khan · Jun 15, 2016
Replying to @isislovecruft
oh, my. Thank you for writing this.
1

**sadia afroz** @sheetal57 · Jun 15, 2016
Replying to @isislovecruft
Thank you ISIS!
1

**Matthias Monroy** @matthimon · Jun 15, 2016
Replying to @isislovecruft
I think the most vital argument of this new story is the one below.
@isislovecruft @BiellaColeman

> There are some differences between how Jake is behaving to how the other anarchist I mentioned above was behaving. The other anarchist was willing to engage in the defined process, respectful of his victims' needs, and eventually sincerely apologetic for his actions.

1

**Alex K.** @KafSofit · Jun 15, 2016
Replying to @isislovecruft
You are very brave! The way you address the issues and share an accurate strategy to solve them is brilliant. Thank you.

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
برای همه they/them

Messages

Bookmarks

Lists

Profile

More

Tweet

**Trends for you**

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
برای همه they/them

**Oxblood Ruffin** @OxbloodRuffin · Jun 15, 2016
Replying to @isislovecruft
Lots of love and support.
1

**Gregg** @greggawatt · Jun 15, 2016
Replying to @isislovecruft
thanks for coming out with this ❤️
1

**ci@by** @ciaby · Jun 15, 2016
Replying to @isislovecruft
thanks for speaking up.
1

**Karen from IT** @akareilly · Jun 15, 2016
Replying to @isislovecruft
much respect and
1

**Kn0tsin** @kn0tsin · Jun 15, 2016
Replying to @isislovecruft
@postessive jesus, this guy sounds like a total dick
1

@Meowdip · Jun 15, 2016
Replying to @isislovecruft
brave and inspirational (including the former assailant you helped rehabilitate and way you have handled current sitaution).
1 1

**Appropriate Tributes** @godtributes · Jun 15, 2016
ASSAILANTS FOR THE ASSAILANT SANDWICH

**Joe Bowser** @infil00p · Jun 17, 2016
Replying to @isislovecruft
I believed your story back when it was anonymous, and it convinced me to speak up against @ioerror. Thank you.
1 1 1

**Parsimony Bell** @parsimonybell · Jun 17, 2016
Oh sweet! Can I be a SJW hipster too? Fuck all johhny-come-lately poseurs jumping late onto the bandwagon of blind belief

**Pieter Hintjens** @hintjens · Jun 16, 2016
Replying to @isislovecruft
thanks for sharing. Predators are not sick or hurt as youths. They are born to hunt and hurt.
1

**Willy Gómez** @zxul767 · Jun 25, 2016
most serial rapists/murderers do have a history of child abuse/neglect, but it's well known they don't rehabilitate
2

**Pieter Hintjens** @hintjens · Jun 25, 2016
most abused children do not abuse as adults. Abusive behaviour does have a strong genetic basis.
1

**Willy Gómez** @zxul767 · Jun 25, 2016
I'm sure genetics plays a role, but I dont think it completely determines whether a person will become an abuser.

**Attani** @Attani · Jun 16, 2016
Replying to @isislovecruft
you're a lot nicer than me. I'm sorry you've been hurt. Ty for going about it this way. That, and ur words, convinced me.

**till ★** @buxit · Jun 16, 2016
Replying to @isislovecruft
this is important. thank you!

**Messgorough** @Messgorough · Jun 16, 2016
Replying to @isislovecruft
So he hasn't really become less of a prick since the #Cryptoparty issues.

Messages
Bookmarks
Lists
Profile
More
Tweet

Messages
Bookmarks
Lists
Profile
More
Tweet

Messages
Bookmarks
Lists
Profile
More
Tweet

Messages
Bookmarks

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

**Trends for you**

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

**Trends for you**

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

**Trends for you**

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

**Trends for you**

Lists

Profile

More

Tweet

This Tweet is unavailable

**Willow** @willowbl00 · Jun 16, 2016
if anything was implied, it was that no advances were welcome, as per EVERY explicit conversation they had.
1

This Tweet is unavailable

**Willow** @willowbl00 · Jun 16, 2016
I'm sorry you feel that way. Be well, I doubt we'd get anywhere in this exchange.
1

**Madbrain Rudesby** 😇 @Kaptain_Kaos · Jun 15, 2016
Replying to @isislovecruft
You're awsm. Before this. During this. And forever after this. Fullstop.

**Leil-Zahra Mortada** @LeilZahra · Jun 15, 2016
Replying to @isislovecruft
I wish one day "We" reach a point where if there is a debate on sexual assault, it would start at where you sat the bar. <3

**gone** @Rikvidr · Jun 15, 2016
Replying to @isislovecruft
All of these allegations would perhaps seem more credible had that website not included that Tweet button.

**kizomba_NL** @kizomba_NL · Jun 15, 2016
Replying to @isislovecruft
Thank you! And my best wishes!

**Tigerlily Sheridan** @tigerlily_s · Jun 15, 2016
Replying to @isislovecruft
Thank you. Massive respect and all best wishes.

**Raquel Fdez-Veiga** @emocionycambio · Jun 15, 2016
Replying to @isislovecruft
@BiellaColeman Just thank you very much for your Courage! We must to Break Silence! #stoptheviolence

NO
TE
CALLES

**Eric McCorkle** @eric_mccorkle · Jun 15, 2016
Replying to @isislovecruft
I support you in making this statement

**Katherine Da Silva** @KathyDaSilva2 · Jun 16, 2016
Replying to @isislovecruft
Why did u then flee to Berlin away from the FBI?
1

**isis agora lovecruft** @isislovecruft · Jun 16, 2016
Because for family reasons it's easier for me to get residency there. Also many friends and good hackerspaces are there.

Show more replies

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

Messages

Bookmarks

Lists

Profile

More

Tweet

## Trends for you

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
they/them

Messages

Bookmarks

Lists

Profile

More

Tweet

## Trends for you

Trending in USA
**Steve Ballmer**
9,139 Tweets

Basketball
Steve Ballmer is really, really excited about Kawhi Leonard and...

**#SouthSideChi**
A new series straight from the South Side, tonight at 10:30/9:30c.
Promoted by Comedy Central

Trending in USA
**Anne Hathaway**
12.2K Tweets

Trending in USA
**Wikileaks**
54K Tweets

Trending in USA
54K Tweets

More

Tweet

Trending in USA
**#TrumpIsAFelon**
27.9K Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2019 Twitter, Inc.