# Exhibit A



# JACOB APPELBAUM

## ABOUT

Hey there! My name is Jacob Appelbaum. I'm pretty famous for stealing other people's research and putting my own name on it. I also spend a lot of my time pretending to be a badass hacker, but actually I can only barely code. I enjoy using my social capital, influence, and power in order to manipulate other people into getting what I want. From all that, it's pretty clear that I'm awesome! However, in several communities, I'm perhaps better known for my abuse of other people — sexually, emotionally, and physically.

## Here are some of my victim's stories.

## STORIES



## VICTIMS

### A THING I DO

Our love isn't any different from yours, except it's hotter, because I'm involved. Have you ever tried just turning off the TV, sitting down with your children, and hitting them? And so we say goodbye to our beloved pet, Nibbler, who's gone to a place where I, too, hope one day to go. The toilet. Quite possible. We live long and are celebrated poopers.

### ANOTHER THING I DO

Oxx, my spirit! Bender, quit destroying the universe! Leela, are you alright? You got wanged on the head. This opera's as lousy as it is brilliant! Your lyrics lack subtlety.

### TECH

Look, everyone wants to be like Germany, but do we really have the pure strength of 'will'? Fetal stemcells, aren't those controversial? You, minion. Lift my arm.

## REPORT YOUR STORY

This form uses the NaCl cryptographic library in order to protect the privacy of your statements.

Upon submitting a report, a key will be generated inside your browser. This key will be used to encrypt and authenticate your report.

Your key will be shown to you inside an alert window. You should save that key somewhere safe. Later, if you wish to, you can paste that key into this form in order to submit a followup statement, or in order to prove that you're the same person who submitted the original report.

Another way to contact us is by using our email address along with our OpenPGP key.

Name

Email (optional)

Previously generated NaCl keypair (optional)

Your story of abuse

Report

### LOCATION

The internet
Anywhere, Anytime

### AROUND THE WEB



Copyright © 2016