# Exhibit E

archive.today
webpage capture

Saved from https://twitter.com/isislovecruft/status/765303527786500480

All snapshots from host twitter.com

Case 4:18-cv-01751-DMR    Document 25-5    Filed 07/29/19    Page 2 of 2

23 Jul 2019 10:28:09 UTC

search

By using Twitter's services you agree to our Cookies Use. We and our partners operate globally and use cookies, including for analytics, personalisation, and ads.



**isis agora lovecruft** @isislovecruft

# I was unconscious when Jacob Appelbaum sexually assaulted me. Thus—by your own logic!—I was raped.

isis agora lovecruft @isislovecruft
I love that this reporter can't follow his own logic to conclusion. "What if River wasn't unconscious? Then it wasn't rape, right?"

8:45 PM · 15 Aug 2016 from Tampa, FL

10 Retweets    12 Likes

Timan Hausherr @Passwort12345    17 Aug 2016
Replying to @isislovecruft
Although it's quite likely that police is already investigating. ("Legalitätsprinzip")

Timan Hausherr @Passwort12345    17 Aug 2016
Replying to @isislovecruft
Rape is a crime in Germany. File a criminal complaint at internetwache.de. But false accusation is a crime too.

Katherine Da Silva @KathyDaSilva2    15 Aug 2016
Replying to @isislovecruft
I think  a lot is said about Jacob but is it necessary to continue this accusation if you don't wish to take legal action?

Nigel Tolley #RBFSU @discreetsecure    15 Aug 2016
Replying to @isislovecruft
is free to make the accusation. Jacob can take legal action if he feels it mess. But do note she's not alone.

Katherine Da Silva @KathyDaSilva2    15 Aug 2016
Replying to @isislovecruft
I have to say that all of the 'amoral' 'immoral' element is down to today's youth/set, admitting their own choices about sex

© 2016 Twitter    About    Help Center    Terms    Privacy policy    Cookies    Ads info