# Exhibit F

Case 4:19-cv-01751-DMR   Document 25-6   Filed 07/29/19   Page 2 of 2

