Exhibit H

archive.today
webpage capture

Saved from    https://twitter.com/isislovecruft/status/863164860042625024

Case 4:16-cv-01791-DMR   Document 26-6   Filed 07/29/19   Page 2 of 2

All snapshots  from host twitter.com                              search

23 Jul 2019 10:51:24 UTC

link         download .zip         report error or abuse



isis agora lovecruft @isislovecruft · 12 May 2017
[TW child abuse and trauma-induced amnesia, in that paper. Actually, scratch that, TW for literally everything horrible ever in that paper.]

Anyway, as @squeed wrote, Jacob missed his chances to make amends, and doesn't get to waltz back into our community as if nothing happened

How will we know when Jacob can be welcomed back?

Jacob can probably never be welcomed back. If he had accepted from the beginning that he had hurt some people, then this conversation might be different. Given the year-long silence, I believe the chance for healing has passed.

6:11 PM - 12 May 2017 from Copenhagen, Denmark

1 Retweet   8 Likes

© 2019 Twitter    About    Help Center    Terms    Privacy policy    Cookies    Ads info