Exhibit J

archive.today
webpage capture

Saved from https://twitter.com/isislovecruft/status/8295431247323340800

All snapshots from host twitter.com

Case 4:19-cv-01751-DMR    Document 25-10    Filed 07/29/19    Page 2 of 2

search

6 Feb 2017 23:42:36 UTC

Webpage    Screenshot

no other snapshots from this url

share    download .zip    report error or abuse

