Exhibit M

archive.today
webpage capture

Saved from https://twitter.com/isislovecruft/status/7401999977115238...

All snapshots from host twitter.com

Webpage    Screenshot

Case 4:19-cv-01751-DMR    Document 25-13    Filed 07/26/19    Page 2 of 2    9 Jun 2016 08:21:39 UTC

search

history    share

download .zip    report error or abuse



isis agora lovecruft
@isislovecruft

Follow

The CDc has kicked @ioerror out.
facebook.com/cultdeadcow/po … I encourage
other hacker groups/spaces who value member
safety to do the same.

RETWEETS    LIKES
82          94

8:13 AM · 7 Jun 2016

Westland, Nederland

82          94

Zero Dowry @GiveegiSems · Jun 7
@isislovecruft @flexdbns important to know outspoken supporters too - not
welcome company

2

HracliX @KillMrants · Jun 7
@isislovecruft there is no other option. I'll be Always at victim's side

2

spambot @_Sp4mB0t · Jun 7
@isislovecruft I guess you know him personally. do you believe he could do such
things?

Aphrodite @YoTks · Jun 7
@_Sp4mB0t that's like asking if you believe a clean cut golden boy could be a
rapist.
yes, he can.
yes, Jake can be a sociopathic abuser.

1           4

Martin Hughes @MartinJRHughes · 16h
@isislovecruft @ioerror thought he had perfect crime. It's #JTRIG - #ipsec;
#mitsec; community have been played for fools. #TruthWithin

Dirk Praet @DJFPlemons · Jun 7
@isislovecruft @ioerror Gentlemen: under the rule of law, everyone is innocent
until proven guilty in a court of law. No exceptions.

1           9

Jasper Weiss @JustOFSEC · Jun 7
@isislovecruft @ioerror still don't think it's fair. There's no evidence. Seriously,
guilty until proven otherwise?

1           9

「グレエ」と言う嘘ツ紅茶団(gray) @thymelayter · Jun 7
@isislovecruft which is fine . They still have FBI informants in their midst

Do not trust them.

DB @captain_blarg · Jun 7
@isislovecruft @ioerror too much of him is dangerous so dangerous my flipmode
squad so dangerous

1

_εJ∂ @TheGuy1 · Jun 7
@isislovecruft @ioerror so is there any evidence for this or they just acted
following emotions?

Steve Hon @icanbethedev · Jun 7
@isislovecruft @thedarktangent @ioerror F'n wimps

© 2016 Twitter    About    Help    Terms    Privacy    Cookies    Ads info