Exhibit N

archive.today
webpage capture

Saved from    https://twitter.com/isisilovecruft/status/785972471915529440

All snapshots from host twitter.com

share    download .zip    report error or abuse

23 Jul 2019 11:31:07 UTC

Webpage    Screenshot



archive.today
webpage capture

Saved from    https://twitter.com/isislovecruft/status/785401277542455888

All snapshots    from host twitter.com

Webpage    Screenshot

Case 4:19-cv-01751-DMR    Document 25-14    Filed 07/29/19    Page 3 of 5

23 Jul 2019 12:29:12 UTC

search



© 2019 Twitter    About    Help Center    Terms    Privacy policy    Cookies    Ads info

archive.today
webpage capture
Saved from https://twitter.com/isisdevecruft/status/785972575731517952

All changes    from twitter.com

23 Jul 2019 12:29:47 UTC



**isis agora lovecruft** @isisdevecruft · 11 Oct 2016  ⌄
He's threatened doxing, and gaslighted reporters and sent them towards me and the other victims on a weekly basis. #WhyIDidntReport

**His academic advisors have taken steps to punish and threaten reprisal—for myself & others within academia—for our actions. #WhyIDidntReport**

3:35 PM · 11 Oct 2016 · from Roubaix, France

**isis agora lovecruft** @isisdevecruft · 11 Oct 2016  ⌄
Replying to @isisdevecruft
Let's be clear: Jacob is a sociopathic narcissist, and his advisors are tenured academics actively covering up for other reports of abuse.

**isis agora lovecruft** @isisdevecruft · 11 Oct 2016  ⌄
Outside the sycophantic and nepotistic cesspits of academia, there are intelligent and amazing people, doing good work and helping others.

**isis agora lovecruft** @isisdevecruft · 11 Oct 2016  ⌄
The true academe is witness to violence, yet—for self-preservation—chooses complacency and complicity. Cowards and villains, the lot of you.

**isis agora lovecruft** @isisdevecruft · 11 Oct 2016  ⌄
Systemic abuse in academia aside, I'm glaring specifically at academia in Netherlands and Germany. Specifically, I'm glaring at 2½ persons.

1 more reply

**Daniel J. Bernstein** @hashbreaker · 12 Oct 2016  ⌄
For the record: I'm unable to figure out any connection between reality and this @isisdevecruft tweet. She's severely misinformed or lying.

**You and 82 others** @dahlsgwant · 12 Oct 2016  ⌄
yeah, @isisdevecruft's accusation that you're systematically covering up abusers seems implausible to me. too late to talk now

**William D. Jones** @cjr1901 · 12 Oct 2016  ⌄
You would be very surprised

**You and 82 others** @dahlsgwant · 12 Oct 2016  ⌄
You seem to be claiming to know things about @hashbreaker that I don't. What are they?

**William D. Jones** @cjr1901 · 12 Oct 2016  ⌄
I do know that he apologetically defended mentor because "he does good work" and wasted no time doubting victim's credibility.

**You and 82 others** @dahlsgwant · 12 Oct 2016  ⌄
Was this in person, in a private email, or what?

**Daniel J. Bernstein** @hashbreaker
1. What was done to you sounds truly horrifying on many levels. 2. What precisely _in my blog post_ are you disagreeing with? @quinnnorton

**William D. Jones** @cjr1901 · 12 Oct 2016  ⌄
Impartial due process DOES NOT WORK in practice w/ this type of crime. I can't speak for loss, but perhaps you should talk to her >>
twitter.com/hashbreaker/st...

4 more replies

© 2019 Twitter    About    Help Center    Terms    Privacy policy    Cookies    Ads info

archive.today
webpage capture

Saved from | https://twitter.com/isislovecruft/status/920185000800731136

All snapshots from host twitter.com

Webpage | Screenshot

Case 4:18-cv-01761-OMR    Document 25-14    Filed 07/29/19    Page 5 of 5

17 Oct 2017 09:09:10 UTC

search

share    download .zip    report error or abuse

