Exhibit O



archive.today
webpage capture

Saved from https://twitter.com/isisdevcruft/status/828567562727058945

All snapshots from host twitter.com

19 Jul 2019 14:10:46 UTC









> After punching him, nazi dude looked at incoming traffic, then decided the optimal thing to do was to grab me and drag me into traffic

archive.today
webpage capture

Saved from   https://twitter.com/isislovecruft/status/1098272192344386586

All snapshots   from host twitter.com

Webpage   Screenshot

Case 4:19-cv-01751-DMR    Document 25-15    Filed 07/29/19    Page 4 of 5

23 Jul 2019 10:49:33 UTC

link    download .zip    report error or abuse



By using Twitter's services you agree to our Cookies Use. We and our partners operate globally and use cookies, including for analytics, personalisation, and ads.

isis agora lovecruft @isislovecruft · Feb 20 ⌄

Nadim Kobeissi is a serial rapist and abuser who defends other rapists including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my face and force kissed me at a conference and I absolutely believe the multiple survivors I've personally spoken with since then

1. Violating our rules against **abusive behavior**.
   You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.

   > isis agora lovecruft
   > @isislovecruft
   >
   > hahahaha catch your fingers in a cheese grater you pathetic little rapey pile of butt dandruff
   > https://t.co/UjWX2unhps
   >
   > 7:06 PM · 19 Feb 2019

As a result, we have locked your account.

**What you can do:**
To unlock your account, you must do the following:

- Remove Tweets that violate our rules

♡ 12        ⟲ 47        225

isis agora lovecruft @isislovecruft

Nadim. since i know you're reading this and telling people to report it: i'm going to start doing lightning talks at crypto conferences with more details of your horrid behaviours in order to warn your future victims, do not fuck with me

9:34 AM · 20 Feb 2019

16 Retweets   218 Likes

♡ 1        ⟲ 16        210

Follow me, you coward! @johnsmith_w · Feb 20 ⌄
Replying to @isislovecruft
Future victims should be warned out of principle regardless of its niceness towards you now

♡               ⟲               4

Dave "Abortion is A Right, You Fuckers" Cochran @Dave_Cochran
Feb 20 ⌄
Replying to @isislovecruft
Besides RT'ing, how may I assist?

♡               ⟲

Squisser 🏴 🏳️‍🌈 @VM_DEUS · Feb 20 ⌄
Replying to @isislovecruft
Speak up be heard! You have support from this squid  Can I retweet?

♡               ⟲

© 2019 Twitter    About    Help Center    Terms    Privacy policy    Cookies    Ads info

archive.today
webpage capture

Saved from    https://twitter.com/isislovecruft/status/792514920915403620

All snapshots    from host twitter.com

2 Oct 2016 20:43:27 UTC

