# EXHIBIT D



Home / Organization / Official Rules... / Complaints and... / Complaints

# Organization

- Advisors and tutors
- Contact
- Student Administration
- **Official Rules and Regulations**
  - Student Statute
  - Binding Recommendation for continuation of studies
  - The Governance Reinforcement Act
  - Bachelors before masters rule
  - Bachelor College Transition Procedure
  - Code of conduct International Students
  - Code of Conduct for Computer and Network Use
  - **Complaints and disputes**
    - Objections
    - Appeals
    - **Complaints**
    - National Ombudsman

## Complaints

Students can submit complaints about actions or behavior that falls under the responsibility of the university.

Complaints will not be taken into consideration if a complaint about the same issue has already been submitted and processed, and if there was the possibility of objection or appeal.

General complaints about policy or teaching at the university or how they are implemented will not be considered, nor will complaints that are part of proceedings under criminal law.

If the interest of the person concerned or the severity of the complaint are clearly not sufficient, the governing body does not have to take the complaint into consideration.

A complaints official has been appointed at the ESA. The official is responsible for forwarding and monitoring complaints. He ensures that complaints are forwarded to the person authorized to process them.

Verbal complaints will be taken in to consideration after you have filled in and submitted the online form, if necessary with the help of your student counselor or study adviser.

## Submission

| Complaint relating to the behavior and actions of the following governing body: | Processed by: |
|---|---|
| Department/Undergraduate program | Study-program Manager Undergraduate program |
| Department/(post-)graduate degree education | Director graduate program |
| Service | Director of the Service |

Reporting undesirable behavior

Procedure

Intellectual property rights

Administrative Costs Regulation

Quality assurance

Map

Study-program Manager Undergraduate program
Director graduate program

Director of the service

Dean of the department

Secretary of the university

### Informal procedure

Before submitting a formal complaint it is advisable first to contact the body or person against whom you wish to submit the complaint, or the person who seems to be the most appropriate, given their position. Often it is possible to find a solution without instigating the formal procedures.

### Formal procedure

You can submit a complaint within one year of the undesirable behavior or action taking place.

The main rule is that a complaint must be processed by a person who is not involved in any way with the behavior about which the complaint has been submitted.

The person or body who is the subject of the complaint will receive the complaint and the related documents.

The person submitting the complaint will be given the opportunity to be heard. A report will be made of this hearing.

The hearing can be omitted only if the complaint is clearly unfounded or if the complainant does not wish to be heard.

The complaint must be dealt with within six weeks; this period can be extended by four weeks.

## Or are you looking for

Route and map

Master's programs - Phasing Out

Re-enrollment Senior Students

Notebook service

TU/e corporate identity

Student Administration

## Contact TU/e

**Navigation address**

De Zaale

Eindhoven

T: +31 (0)40 247 9111

E: info@tue.nl

**Postal address**

PO Box 513

5600 MB Eindhoven

