# EXHIBIT F





**Inhomogeneous-SIS** @isislovecruft · 20m
The true academe is witness to violence, yet—for self-preservation—choses complacency and complicity. Cowards and villains, the lot of you.

Show more

**Jonathan Lassoff** @jof · 32m
@isislovecruft I'm working on moving to Berlin in 2017, and thinking about starting another hacker flatshare for sane people, if interested.

View other replies

**Inhomogeneous-SIS** @isislovecruft · 5m
@jof Thanks, but I wouldn't advise moving there...

**Alison Macrina** @flexlibris · 12m
@isislovecruft so much love to you 💕

**Jonathan Lassoff** @jof · 32m
@isislovecruft oh no! This really sucks. Everything about this situation is all kinds of fucked up.

**Nasma Ahmed** @Nasma_Ahmed · 51m
@isislovecruft sending you lots of love 💕

**TERRORmie** @termie · 53m
@isislovecruft no doubt you have places to stay (and probably aren't in SF), but I'm happy to host friends-of-friends in our spare room

**Lennie Budgell** @Bedrovelsen · 59m
@isislovecruft oh come off it already.

**kragen** @kragen · 32m
@isislovecruft FUCK. Are you okay?

**Ben Rosengart** @fivetonsflax · 55m
@isislovecruft Yikes. What happened?

**Dónal** @domurtag · 6m
@isislovecruft @ioerror sorry to hear this, but why didn't you report?

**Madbrain Rudesby** @Kaptain_Kaos · 49m
@isislovecruft I'm so sorry :-( Pls try not to worry, u will be ok.

