# EXHIBIT G





**Daniel J. Bernstein** @hashbreaker
1. What was done to you sounds truly horrifying on many levels. 2. What precisely _in my blog post_ are you disagreeing with? @quinnnorton

♡ 2   ↻

**William D. Jones** @cr1901 · 12 Oct 2016
Impartial due process DOES NOT WORK in practice w/ this type of crime. I can't speak for Isis, but perhaps you should talk to her >>

♡ 2   ↻ 1   3

**William D. Jones** @cr1901 · 12 Oct 2016
A WHOLE F***ING TOR FORK was started b/c people were angry that women/those "evul SJWs" spoke up about ioerror. Nobody believes >>

♡ 1   ↻ 1   1
             ♡
3 more replies

**Greg Slepak (@taoeffect@mstdn.io)** @taoeffect · 12 Oct 2016
Replying to @hashbreaker @isislovecruft
Have y'all sat down together in person and talked about this?

♡   ↻ 1   3

**Lorax Horne** @bbhorne · 14 Oct 2016
Replying to @hashbreaker @isislovecruft
What steps have you taken to investigate, DJB? What are the documented results of that investigation?

♡   ↻ 1   3

**kizomba_NL** @kizomba_NL · 12 Oct 2016
Replying to @hashbreaker
Is there really not anything you and @hyperelliptic could do to allay fears @isislovecruft expressed? Only say she ... or lies?

♡ 1   ↻ 1   2

**kizomba_NL** @kizomba_NL · 12 Oct 2016
full disclosure: reputation of NL academia (i.p. computer science) is close to my heart @isislovecruft

♡   ↻

**Democratic Gremlin** @Teelin · 13 Oct 2016
Replying to @hashbreaker
Ist es für Forscher von @TUeindhoven üblich andere Technologie Professionelle als Lügner zu bezeichnen?
tue.nl/en/university/...

♡ 1   ↻

**Democratic Gremlin** @Teelin · 14 Oct 2016
Hopefully all under your supervision at @TUeindhoven are fully informed re Netherlands Code of Conduct:
static.tue.nl/fileadmin/cont...

> 1.9. Academic practitioners avoid personal relationships that may give rise to reasonable doubts concerning the objectivity of their decisions, or that may result in any form of coercion or exploitation of a hierarchically subordinate person.

♡   ↻   1

