# EXHIBIT I



💬 5   🔁 1   15
♡

**isis agora lovecruft** @isislovecruft · 4h
Replying to @isislovecruft
if your problem is a rapist, go after the rapist, but if your problem is multiple rapists, GO AFTER THE DUDE WHO'S ALWAYS BEHIND/NEXT TO HIM

💬   🔁 7   20

**isis agora lovecruft** @isislovecruft · 3h
Replying to @isislovecruft
and also if you're not named yet and shitting your pants right now, it's because I'm going to need more than 140 characters to deal with you

💬 3   🔁 3   25

**Kenneth Freeman** @kencf0618 · 3h
List their Wikipedia articles!

💬 1   🔁   1

**Liam.bat** @LimaBeanHoagie · 3h
Yo, I like this idea

💬 1   🔁

**Kenneth Freeman** @kencf0618 · 3h
They deserve scrutiny.

💬   🔁   1

**Eleanor Saitta** @Dymaxion · 3h
Replying to @isislovecruft
He didn't, Cindy Cohn did; he just brought the suit.

💬 1   🔁   3

**isis agora lovecruft** @isislovecruft · 3h
Yeah, I just find it weird that in person he brags about self-representation as if he did the whole thing himself

💬 1   🔁

**Eleanor Saitta** @Dymaxion · 3h
wat?! That's bloody rude, at best.

💬 1   🔁

1 more reply   ♡

**Eleanor Saitta** @Dymaxion · 3h
Replying to @isislovecruft
(not to either undermine the general case of your statement or to defend him)

💬   🔁   1

**Muraad Nofal** @NofalMuraad · 2h
Replying to @isislovecruft
ccas.ru/depart/mechani… from the j-invariant Wiki. New universal formular fordir elliptic Curves. An explizit thirding formular.

💬 2   🔁

**Muraad Nofal** @NofalMuraad · 2h
He makes money with patents on elliptic Curves. And may have the usa taxpayer into serious problems....

💬 1   🔁

**Muraad Nofal** @NofalMuraad · 2h
Have brought...

💬   🔁
♡

