# EXHIBIT J



archivecaslytosk.onion  Saved from  https://twitter.com/isislovecruft/status/920185800800731136   search   17 Oct 2017 09:09:10 UTC
  webpage capture

All snapshots from host twitter.com

Webpage   Screenshot                                              share   download .zip   report error or abuse

Home    Moments                                            Search Twitter            Q      ✕

isis agora lovecruft @isislovecruft · 2h
Anyway—post Jacob Appelbaum—I just wanna point out there's a lot of
goddamned "famous" men for no reason who go round harming people nonstop

  5      5      17

isis agora lovecruft
@isislovecruft

And that these goddamned piece of shit rapist
abuser men are only there because they're
enabled by someone you know. KILL THEIR
ENABLER

12:12 AM - 17 Oct 2017 from Seattle, WA

5 Retweets  21 Likes

  1      5      21
            ♡

Travis @l3d · 1h
Replying to @isislovecruft
...and people ask why i don't want to live in the States anymore....

  1      ⟲      2

Oluseyi Sonaiya @OluseyiSonaiya · 51m
Not the point. This can happen anywhere.

  1      ⟲

Travis @l3d · 39m
It can... but there is a frequency factor to consider.

  1      ⟲      1

Oluseyi Sonaiya @OluseyiSonaiya · 27m
Present circumstances are not a function of innate differences, but passin shifts
that may well emerge elsewhere. Be vigilant.

  1      ⟲

Travis @l3d · 19m
i get what you are saying... and hopefully the shift passes quickly and culture
learns. but this bump is intense with little end in sight.

  ♡      ⟲
            ♡

© 2017 Twitter  About  Help Center  Terms  Privacy policy  Cookies  Ads info

http://archive.fo/zQCKD



