# Exhibit A

**isis agora lovecruft**
@isislovecruft

Follow

Nadim Kobeissi is a serial rapist and abuser who defends other rapists including Jacob Appelbaum and Peter Todd and in 2012 he grabbed my face and force kissed me at a conference and i absolutely believe the multiple survivors i've personally spoken with since then

**Will** @_willish · Feb 20
Peter todd is a rapist?

💬 1     🔁     ♡ 3     ✉

**isis agora lovecruft**
@isislovecruft

Follow

Replying to @_willish

yes, similar to Nadim, i personally have a story about Peter Todd and i've personally spoken with survivors with absolutely awful and horrifying reports who are terrified of him and of coming forward (rightly so)

i however am not afraid and shitty dudes are going down

9:59 AM - 20 Feb 2019

2 Retweets  35 Likes

💬 3     🔁 2     ♡ 35     ✉



> Nadim. since i know you're reading this and telling people to report it: i'm going to start doing lightning talks at crypto conferences with more details of your horrid behaviours in order to warn your future victims, do not fuck with me
>
> 💬 3    🔁 16    ♡ 214    ✉