Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **DECLARATION OF BEN ROSENFELD IN SUPOPORT OF DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF (L.R. 7 11)** |
| vs. | |
| SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual, | |
| Defendant. | |

I, Ben Rosenfeld, hereby declare:

1. I am an individual, over the age of 18, and co-counsel for Defendant Isis Agora Lovecruft in the above-entitled action. If called as a witness, I could and would testify competently as follows.

2. On July 14, 2019, I obtained the Declaration of Jane Doe (a pseudonym), a woman who told the defendant that the plaintiff, Peter Todd, had raped her. On July 15, 2019, we filed Jane Doe's declaration as Exhibit A to my declaration in support of defendant's Motion to Strike…Plaintiff's Complaint (Doc. No. 20-4). Jane Doe provided her declaration on condition that her identity be concealed from the public, stating that she was extremely traumatized and expressing fear that disclosure of her identity could subject her to further trauma.

3. On July 19, 2019, I realized that a small amount of information contained in the Declaration of Jane Doe could help to reveal her identity to the public. On the same day, I called the Clerk's office to ask what could be done. The clerk I spoke to said that he would seal Document No. 20-4—my declaration and exhibits—in its entirety, pending this administrative motion to seal. He explained that because my declaration and the exhibits thereto, including Jane Doe's declaration, were filed in a single document, as attachments, he would have to seal my entire declaration, rather than just Jane Doe's declaration.

4. On August 4, 2019, I obtained Jane Doe's signature to a new declaration in which she agreed to identify herself by her true name, on condition that her new declaration be filed under seal, and that her true name, and certain geographical information which could enable the public to identify her, be redacted from public view. I have reacted her new declaration consistent with this proviso.

5. On August 5, 2019, I sought plaintiff's counsel's stipulation to this administrative motion to seal and redact Doe's second declaration, and plaintiff's counsel set an email stating that "Plaintiff does not oppose and stipulates to the motion."

/ / /

/ / /

DECLARATION OF BEN ROSENFELD ISO DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF
(No. 4:19-cv-01751-DMR) - 1

6. I swear under penalty of perjury that the foregoing is true and correct, except as to any information stated on information and belief, and as to such information, I believe it to be true.

Sworn and subscribed to at La Jolla, California:

Dated: <u>August 5, 2019</u>     By:    <u>*s/ Ben Rosenfeld*</u>
                                             Ben Rosenfeld