1  Michael S. Kwun (SBN 198945)
   mkwun@kblfirm.com
2  Nicholas A. Roethlisberger (SBN 280497)
   nroethlisberger@kblfirm.com
3  KWUN BHANSALI LAZARUS LLP
   555 Montgomery St., Suite 750
4  San Francisco, CA 94111
   Tel: (415) 630-2350
5  Fax: (415) 367-1539

6  Ben Rosenfeld (SBN 203845)
   ben.rosenfeld@comcast.net
7  ATTORNEY AT LAW
   3330 Geary Blvd., 3rd Floor East
8  San Francisco, CA 94118
   Tel: (415) 285-8091
9  Fax: (415) 285-8092

10 Attorneys for Defendant
   ISIS AGORA LOVECRUFT

11

12                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13                        **OAKLAND DIVISION**

14

15 PETER TODD, an individual,                 Case No.: 4:19-cv-01751-DMR

16          Plaintiff,                          **[PROPOSED] ORDER GRANTING
                                                DEFENDANT'S MOTION FOR
   vs.                                          ADMINISTRATIVE RELIEF TO SEAL
17                                              AND REDACT SECOND DECLARATION
                                                OF JANE DOE**
18 SARAH MICHELLE REICHWEIN aka ISIS
   AGORA LOVECRUFT, an individual,

19          Defendant.

20

21

22

23

24

25

26

27

28

1    Having read and considered Defendant's Motion For Administrative Relief To Seal and

2    Redact Second Declaration of Jane Doe filed on August 5, 2019 under Local Rule 7-11, and for

3    good cause shown, defendant's motion is granted.

4    Jane Doe's Second Declaration, signed on August 4, 2019, shall be sealed, and the

5    redacted version filed publicly, redacted as described in defendant's administrative motion and

6    attached thereto.

7

8    IT IS SO ORDERED.

9

10   Dated: _____          _____

11                                    Hon. Donna M. Ryu
                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28