Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>　　　　　Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**STIPULATION RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL SECOND DECLARATION OF JANE DOE (L.R. 7-11)** |

The parties, through their undersigned counsel, hereby stipulate that the Declaration of "Jane Doe," signed on August 4, 2019, may be filed under seal, and the public facing copy redacted to exclude her true name, along with certain geographical information which could enable the public to identify her.

Respectfully Submitted,

KWUN BHANSALI LAZARUS LLP
BEN ROSENFELD

Dated: August 5, 2019

By: s/ Nicholas A. Roethlisberger
Nicholas A. Roethlisberger

Attorneys for Defendant
ISIS LOVECRUFT


KRONENBERGER ROSENFELD, LLP

Dated: August 5, 2019

By: s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiff
PETER TODD

## ATTESTATION OF SIGNATURES

I, Nicholas Roethlisberger, hereby attest, pursuant to N.D.C.A. Civil Local Rule 5-1(i)(3), that I obtained concurrence in the e-signing of this document from each signatory hereto in addition to me.

Dated: August 5, 2019

By: s/ Nicholas A. Roethlisberger
Nicholas A. Roethlisberger

Attorneys for Defendant
ISIS LOVECRUFT