**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Tomasz R. Barczyk (Bar No. 312620)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
tomasz@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual, <br><br> Defendant. | Case No. 4:19-cv-01751-DMR <br><br> **NOTICE OF APPEARANCE OF TOMASZ R. BARCZYK FOR PLAINTIFF PETER TODD** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 5-1(c)(2), please take notice that Tomasz R. Barczyk of the law firm Kronenberger Rosenfeld, LLP hereby appears on behalf of Plaintiff Peter Todd. Please serve said counsel with all pleadings and notices in this action.

Tomasz R. Barczyk (Bar No. 312620)
**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
tomasz@KRInternetLaw.com

Respectfully Submitted,

DATED: August 6, 2019                    **KRONENBERGER ROSENFELD, LLP**

By: _____s/ Tomasz Barczyk_____
        Tomasz R. Barczyk

Attorneys for Plaintiff Peter Todd