Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>　　　　Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 7 and 16-2(d), Plaintiff and Defendant jointly move for the Initial Case Management Conference, now set for September 4, 2019, to be continued.  The parties request this continuance because Defendant Lovecruft has filed an anti-SLAPP motion with a hearing set for August 22, 2019. (*See* ECF No. 20.)  As the outcome of this motion is likely to effect the case schedule going forward, the parties believe a continuance of the Initial Case Management Conference—and other deadlines based on that date (*see* Order Setting Initial Case Management Conference and ADR Deadlines ECF Nos. 5, 14)—will promote the efficient use of resources and avoid unnecessary appearances and filings.

The Initial Case Management Conference is now set for September 4, 2019, and the joint case management conference statement is due on August 28, 2019. (*See* ECF No. 14.) The parties request that these dates be taken off calendar and that the Court set the date for a new Initial Case Management Conference, should one be necessary, after the Court has rendered a decision on the pending anti-SLAPP motion.  The Court has previously continued the Initial Case Management Conference at Plaintiff's request. (*See* ECF Nos. 13, 14.) The currently requested change will not affect any other dates in the case, because the Court has not yet entered a scheduling order.

Respectfully Submitted,

KWUN BHANSALI LAZARUS LLP
BEN ROSENFELD

Dated: August 6, 2019

By: *s/ Nicholas A. Roethlisberger*
Nicholas A. Roethlisberger

Attorneys for Defendant
ISIS LOVECRUFT

KRONENBERGER ROSENFELD, LLP

Dated: August 6, 2019

By: *s/ Tomasz Barczyk*
Tomasz R. Barczyk

Attorneys for Plaintiff
PETER TODD

**ATTESTATION OF SIGNATURES**

I, Nicholas Roethlisberger, hereby attest, pursuant to N.D.C.A. Civil Local Rule 5-1(i)(3), that I obtained concurrence in the e-signing of this document from each signatory hereto in addition to me.

Dated: August 6, 2019

By: *s/ Nicholas A. Roethlisberger*
Nicholas A. Roethlisberger

Attorneys for Defendant
ISIS LOVECRUFT