1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Continue the Initial Case Management Conference. The Motion is GRANTED.  The Initial Case Management Conference scheduled for September 4, 2019 will be taken off calendar and all other deadlines based on that date are hereby vacated.  The Court will set an Initial Case Management Conference after the resolution of Defendant's pending anti-SLAPP motion.

It is SO ORDERED.

DATED:_____          _____

                                                  Hon. Donna M. Ryu

                                                  United States Magistrate Judge