1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **ORDER (AS MODIFIED) GRANTING JOINT MOTION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual, | |
| Defendant. | |

1  Before the Court is the parties' Joint Motion to Reschedule the Initial Case
2  Management Conference. The Motion is GRANTED.  The Initial Case Management
3  Conference scheduled for September 4, 2019 at 1:30 p.m. has been rescheduled to
4  August 22, 2019 at 1:00 p.m. to coincide with the hearing on Defendant's Motion to Strike
5  Plaintiff's Complaint (anti-SLAPP motion).  Parties shall file a joint case management
6  conference statement by no later than August 15, 2019.
7  It is SO ORDERED AS MODIFIED.

10  DATED: August 8, 2019

    IT IS SO ORDERED AS MODIFIED

    Hon. Donna M. Ryu
    United States Magistrate Judge

---

ORDER (AS MODIFIED) GRANTING JOINT MOTION TO RESCHDULE THE CMC
(No. 4:19-cv-01751-DMR)