Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>        Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**DECLARATION OF BEN ROSENFELD IN SUPPORT OF REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON AUGUST 22, 2019** |

I, Ben Rosenfeld, hereby declare:

1.  I am an individual, over the age of 18, and co-counsel for Defendant Isis Agora Lovecruft in the above-entitled action.  I am co-counsel for Defendant in the above-captioned case.  If called as a witness, I could and would testify competently as follows.

2.  Pending before the Court is Defendant Isis Lovecruft's Special Motion to Strike Plaintiff's Complaint (anti-SLAPP Motion), set to be heard on August 22, 2019 at 1:00 am.  The

Court has also rescheduled the initial Case Management Conference in this matter for the same time.  I am requesting to appear telephonically for this hearing.

3.      I am making this request because I am, and will be, traveling out of state on August 22, 2019, on a long scheduled trip.  Because Defendant's lead counsel (my co-counsel) will principally argue this Motion, my personal appearance is not needed in order to have an effective hearing or conference.

4.      AT 9:10 am this morning (Pacific Coast Time) I emailed counsel for Plaintiff to inquire whether they had any objection to my appearing telephonically.  However, as of the time of this filing, I have not heard back.  Because I currently have limited computer and internet access while traveling, and the Courtroom Deputy directed me to e-file this request as soon as possible, and am filing this request now rather than waiting longer to hear back from opposing counsel.  Again, however, the hearing will be attended in person my Defendant's lead counsel in the case.

5.      I apologize for my oversight in not familiarizing myself with the Court's procedure regarding this request, and making it sooner.

6.      A proposed order accompanies this request.

7.      I swear under penalty of perjury that the foregoing is true and correct, except as to any information stated on information and belief, and as to such information, I believe that it is true.

Sworn and subscribed to at Albany, New York:

Respectfully Requested,

Dated: August 19, 2019

By: */s/ Ben Rosenfeld*
Ben Rosenfeld

Attorney for Defendant
ISIS LOVECRUFT

DECLARATION OF BEN ROSENFELD ISO REQUEST TO APPEAR TELEPHONICALLY
(No. 4:19-cv-01751-DMR) - 2