Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S CO-COUNSEL BEN ROSENFELD'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON AUGUST 22, 2019** |
| v. | |
| ISIS LOVECRUFT, | |
| Defendant. | |

Having read and considered Defendant's Co-Counsel Ben Rosenfeld's Request To Appear Telephonically For Hearing On August 22, 2019 submitted on August 19, 2019, and for good cause shown, defendant's motion is granted.

Mr. Rosenfeld is directed to comply with the Court's Notice Re Telephonic Appearance Procedures For Magistrate Judge Donna M. Ryu in the future

1
2  IT IS SO ORDERED.
3
4  Dated: _____    _____
5                                    Hon. Donna M. Ryu
                                     United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28