Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**DEFENDANT'S CO-COUNSEL BEN ROSENFELD'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON AUGUST 22, 2019 (CORRECTED)[1]** |

Pending before the Court is Defendant Isis Lovecruft's Special Motion to Strike Plaintiff's Complaint (anti-SLAPP Motion), set to be heard on August 22, 2019 at 1:00 pm. The Court has also rescheduled the initial Case Management Conference in this matter for the same time.

---

[1] This request corrects the prior request to reflect that the time of the hearing is 1:00 pm not 1:00 am.

REQUEST FOR TELEPHONIC APPEARANCE (CORRECTED) - 1

Defendant's undersigned co-counsel Ben Rosenfeld hereby requests leave to appear telephonically at this hearing.

Mr. Rosenfeld makes this request because he is, and will be, traveling out of state on August 22, 2019, on a long scheduled trip.  Because Defendant's lead counsel (Mr. Rosenfeld's co-counsel) will principally argue this Motion, Mr. Rosenfeld's personal appearance is not needed in order to have an effective hearing or conference.  (See, Notice Re Telephonic Appearance Procedures For Magistrate Judge Donna M. Ryu, Part I.)

Mr. Rosenfeld as not, as of the time of this filing, been able to ascertain whether Plaintif's Counsel has any opposition.

Mr. Rosenfeld apologizes for his oversight in not familiarizing himself with the Court's procedure regarding this request, and making it sooner.

A proposed order accompanies this request.

Respectfully Requested,

Dated: August 19, 2019

By: */s/ Ben Rosenfeld*
Ben Rosenfeld

Attorney for Defendant
ISIS LOVECRUFT

REQUEST FOR TELEPHONIC APPEARANCE (CORRECTED) - II