1 | Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
2 | Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
3 | KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
4 | San Francisco, CA 94111
Tel: (415) 630-2350
5 | Fax: (415) 367-1539

6 | Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
7 | ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
8 | San Francisco, CA 94118
Tel: (415) 285-8091
9 | Fax: (415) 285-8092

10 | Attorneys for Defendant
ISIS AGORA LOVECRUFT
11

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 | **OAKLAND DIVISION**

14

15 | PETER TODD, an individual,                    Case No.: 4:19-cv-01751-DMR

16 |                   Plaintiff,                  **DECLARATION OF BEN ROSENFELD**
                                                 **IN SUPPORT OF REQUEST TO APPEAR**
17 | vs.                                           **TELEPHONICALLY FOR HEARING ON**
                                                 **AUGUST 22, 2019**
18 | SARAH MICHELLE REICHWEIN aka ISIS
AGORA LOVECRUFT, an individual,

19 |                   Defendant.

20

21

22 |        I, Ben Rosenfeld, hereby declare:

23 |        1.      I am an individual, over the age of 18, and co-counsel for Defendant Isis Agora

24 | Lovecruft in the above-entitled action.  I am co-counsel for Defendant in the above-captioned

25 | case.  If called as a witness, I could and would testify competently as follows.

26 |        2.      Pending before the Court is Defendant Isis Lovecruft's Special Motion to Strike

27 | Plaintiff's Complaint (anti-SLAPP Motion), set to be heard on August 22, 2019 at 1:00 am.  The

28 |

DECLARATION OF BEN ROSENFELD ISO REQUEST TO APPEAR TELEPHONICALLY
(No. 4:19-cv-01751-DMR) - 1

1   Court has also rescheduled the initial Case Management Conference in this matter for the same

2   time.  I am requesting to appear telephonically for this hearing.

3         3.      I am making this request because I am, and will be, traveling out of state on

4   August 22, 2019, on a long scheduled trip.  Because Defendant's lead counsel (my co-counsel)

5   will principally argue this Motion, my personal appearance is not needed in order to have an

6   effective hearing or conference.

7         4.      AT 9:10 am this morning (Pacific Coast Time) I emailed counsel for Plaintiff to

8   inquire whether they had any objection to my appearing telephonically.  However, as of the time

9   of this filing, I have not heard back.  Because I currently have limited computer and internet

10  access while traveling, and the Courtroom Deputy directed me to e-file this request as soon as

11  possible, and am filing this request now rather than waiting longer to hear back from opposing

12  counsel.  Again, however, the hearing will be attended in person my Defendant's lead counsel

13  in the case.

14        5.      I apologize for my oversight in not familiarizing myself with the Court's

15  procedure regarding this request, and making it sooner.

16        6.      A proposed order accompanies this request.

17        7.      I swear under penalty of perjury that the foregoing is true and correct, except as

18  to any information stated on information and belief, and as to such information, I believe that it

19  is true.

20        Sworn and subscribed to at Albany, New York:

21

22                                          Respectfully Requested,

23        Dated: August 19, 2019

24                                          By: */s/ Ben Rosenfeld*
                                            Ben Rosenfeld
25
                                            Attorney for Defendant
26                                          ISIS LOVECRUFT

27

28

---

DECLARATION OF BEN ROSENFELD ISO REQUEST TO APPEAR TELEPHONICALLY
(No. 4:19-cv-01751-DMR) - 2