1  Michael S. Kwun (SBN 198945)
   mkwun@kblfirm.com
2  Nicholas A. Roethlisberger (SBN 280497)
   nroethlisberger@kblfirm.com
3  KWUN BHANSALI LAZARUS LLP
   555 Montgomery St., Suite 750
4  San Francisco, CA 94111
   Tel: (415) 630-2350
5
6  Ben Rosenfeld (SBN 203845)
   ben.rosenfeld@comcast.net
7  ATTORNEY AT LAW
   3330 Geary Blvd., 3rd Floor East
8  San Francisco, CA 94118
   Tel: (415) 285-8091
9  Fax: (415) 285-8092
10
11 Attorneys for Defendant
   ISIS LOVECRUFT
12
13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15                  OAKLAND DIVISION
16
17 PETER TODD,                        Case No.: 4:19-cv-01751-DMR

18         Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                       DEFENDANT'S  CO-COUNSEL BEN
19         v.                          ROSENFELD'S REQUEST TO APPEAR
                                       TELEPHONICALLY FOR HEARING
20 ISIS LOVECRUFT,                     ON AUGUST 22, 2019**

21         Defendant.

22

23      Having read and considered Defendant's  Co-Counsel Ben Rosenfeld's Request To

24 Appear Telephonically For Hearing On August 22, 2019 at 1:00 pm, submitted on August

25 19, 2019, and for good cause shown, the request is granted.

26      Mr. Rosenfeld is directed to comply with the Court's Notice Re Telephonic

27 Appearance Procedures For Magistrate Judge Donna M. Ryu in the future

28

1

2   IT IS SO ORDERED.

3

4   Dated: _____          _____

5                                            Hon. Donna M. Ryu
                                             United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order