Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH MICHELLE REICHWEIN aka ISIS AGORA LOVECRUFT, an individual,<br><br>Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**NOTICE OF NON-OPPOSITION OF PLAINTIFF TO DEFENDANT'S CO-COUNSEL BEN ROSENFELD'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON AUGUST 22, 2019** |

This is to notify the Court that, pursuant to the attached email exchange (Exhibit 1), Plaintiff does not oppose undersigned defense counsel's request to appear telephonically at the hearing on August 22, 2019 at 1:00 pm.

Dated: August 19, 2019

Respectfully Submitted,

By: */s/ Ben Rosenfeld*
Ben Rosenfeld

Attorney for Defendant
ISIS LOVECRUFT

NOTICE OF NON-OPPOSITION RE REQUEST FOR TELEPHONIC APPEARANCE - I

EXHIBIT 1

**Subject:** RE: Todd v. Reichwein: Rule 26(f) Conference
**From:** Jeff Rosenfeld <jeff@krinternetlaw.com>
**Date:** 8/19/19, 2:00 PM
**To:** "ben.rosenfeld@comcast.net" <ben.rosenfeld@comcast.net>, Nic Roethlisberger <nroethlisberger@kblfirm.com>, Tomasz Barczyk <Tomasz@krinternetlaw.com>, Leah Vulic <leah@krinternetlaw.com>
**CC:** Michael Kwun <mkwun@kblfirm.com>, Iyah Turminini <Iyah@krinternetlaw.com>

Hi Ben,,

No objection on my end.

-Jeff

**From:** ben.rosenfeld@comcast.net
**Sent:** Monday, August 19, 2019 9:10 AM
**To:** Nic Roethlisberger <nroethlisberger@kblfirm.com>; Jeff Rosenfeld <jeff@krinternetlaw.com>; Tomasz Barczyk <Tomasz@krinternetlaw.com>; Leah Vulic <leah@krinternetlaw.com>
**Cc:** Michael Kwun <mkwun@kblfirm.com>; Iyah Turminini <Iyah@krinternetlaw.com>
**Subject:** RE: Todd v. Reichwein: Rule 26(f) Conference

Jeff, et all, do you have any objection to my appearing telephonically on 8/22, if I'm able to arrange it? I'm traveling. Nic will be there in person. Best, Ben

Best

Sent from [MailDroid](MailDroid)

-----Original Message-----
From: Leah Vulic <leah@krinternetlaw.com>
To: Nic Roethlisberger <nroethlisberger@kblfirm.com>, Jeff Rosenfeld <jeff@krinternetlaw.com>, Ben Rosenfeld <ben.rosenfeld@comcast.net>, Tomasz Barczyk <Tomasz@krinternetlaw.com>
Cc: Michael Kwun <mkwun@kblfirm.com>, Iyah Turminini <Iyah@krinternetlaw.com>
Sent: Thu, 15 Aug 2019 1:21 PM
Subject: RE: Todd v. Reichwein: Rule 26(f) Conference

Thank you.

**From:** Nic Roethlisberger <nroethlisberger@kblfirm.com>
**Sent:** Thursday, August 15, 2019 9:42 AM
**To:** Leah Vulic <leah@krinternetlaw.com>; Jeff Rosenfeld <jeff@krinternetlaw.com>; Ben Rosenfeld <ben.rosenfeld@comcast.net>; Tomasz Barczyk <Tomasz@krinternetlaw.com>
**Cc:** Michael Kwun <mkwun@kblfirm.com>; Iyah Turminini <Iyah@krinternetlaw.com>
**Subject:** RE: Todd v. Reichwein: Rule 26(f) Conference

Leah,