Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS LOVECRUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD,<br><br>Plaintiff,<br><br>v.<br><br>ISIS LOVECRUFT,<br><br>Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**ORDER (AS MODIFIED) GRANTING DEFENDANT'S CO-COUNSEL BEN ROSENFELD'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON AUGUST 22, 2019** |

Having read and considered Defendant's Co-Counsel Ben Rosenfeld's Request To Appear Telephonically For Hearing On August 22, 2019 at 1:00 pm, submitted on August 19, 2019, and for good cause shown, the request is granted.

Mr. Rosenfeld is directed to follow the protocol set forth in the Notice Re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu, available on the court's website.

1

2   IT IS SO ORDERED AS MODIFIED.

3

4   Dated:  August 20, 2019

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28