**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Tomasz R. Barczyk (Bar No. 312620)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
tomasz@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>**SARAH MICHELLE REICHWEIN** *aka* **ISIS AGORA LOVECRUFT**, an individual,<br><br>    Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE CASE CAPTION** |

Plaintiff Peter Todd ("Todd") and Defendant Isis Agora Lovecruft ("Lovecruft"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Todd filed his complaint naming as Defendant Sarah Michelle Reichwein *aka* Isis Agora Lovecruft;

WHEREAS, Defendant has legally changed their name to Isis Agora Lovecruft;

WHEREAS, the parties wish the record reflect Defendant's legal name;

WHEREAS, the parties hereby respectfully request that the case caption be changed to "*Peter Todd v. Isis Agora Lovecruft*."

Respectfully Submitted,

DATED: August 20, 2019                          **KRONENBERGER ROSENFELD, LLP**

By:   s/ Jeffrey M. Rosenfeld
         Jeffrey M. Rosenfeld

Attorneys for Plaintiff

DATED: August 20, 2019                          **KWUN BHANSALI LAZARUS LLP**

By:   s/ Nicholas Roethlisberger
         Nicholas Roethlisberger

Attorneys for Defendant

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

         s/ Jeffrey M. Rosenfeld
         Jeffrey M. Rosenfeld

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties to change the case caption to reflect the true legal name of Defendant, the case caption is hereby changed to "*Peter Todd v. Isis Agora Lovecruft*." The clerk is directed to update the docket accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/21/2019

UNITED STATES MAGISTRATE JUDGE
Hon. Donna M. Ryu