# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :   2019-01751
Case Title :    Todd v. Lovecruft

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see    https://cand.uscourts.gov/transcripts

Case Type :         cv
Audio Date\Time:    8/22/2019 2:52:53 PM
Audio File Name :   4cv2019-01751_20190822-145253.mp3
Audio File Size :   8536 KB
Audio Run Time :    [00:17:47] (hh:mm:ss)

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



For technical support, guidance and more info:    https://cand.uscourts.gov/audio