Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIS AGORA LOVECRUFT, an individual,<br><br>Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**DECLARATION OF DEFENDANT'S COUNSEL BEN ROSENFELD IN SUPPORT OF SUPPLEMENTAL BRIEF RE ANTI-SLAPP MOTION** |

I, Ben Rosenfeld, hereby declare:

1. I am an individual, over the age of 18, and co-counsel for Defendant Isis Agora Lovecruft in the above-entitled action. If called as a witness, I could and would testify competently as follows.

2.      Exhibit 1, hereto contains true and correct excerpts of the reporter's transcript of the August 22, 2019 hearing in this matter.

3.      I swear under penalty of perjury that the foregoing is true and correct, except as to any information stated on information and belief, and as to such information, I believe that it is true.

Sworn and subscribed to at Honolulu, Hawaii:

Dated: September 12, 2019          *s/ Ben Rosenfeld*
                                   Ben Rosenfeld, Attorney

---

DECLARATION OF DEFENDANT'S COUNSEL BEN ROSENFELD
IN SUPPORT OF SUPPLEMENTAL BRIEF RE ANTI-SLAPP MOTION
(No. 4:19-cv-01751-DMR) - 2