1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

PETER TODD,

Case No. 4:19-cv-01751-DMR

Plaintiff,

8

9

v.

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

SARAH MICHELLE REICHWEIN,

10

Defendant.

11

12

TO ALL PARTIES AND COUNSEL OF RECORD:

13

A Further Case Management Conference is set for **March 4, 2020 at 1:30 p.m.**,

14

Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  Parties

15

shall file a Joint Case Management Statement by no later than February 26, 2020**.**   Parties shall

16

comply with Judge Ryu's Standing Order re: Civil Case Management, available on the court's

17

website.

18

**IT IS SO ORDERED.**

19

20

Dated: January 7, 2020

21

DONNA M. RYU
United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California