AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter Todd, <br> *Plaintiff* <br> v. <br> Isis Agora Lovecruft, <br> *Defendant* | ) <br> ) <br> ) Case No.  4:19-cv-01751-DMR <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter Todd

Date:   02/12/2020

s/ Ruben Pena
*Attorney's signature*

Ruben Pena (Bar No. 328106)
*Printed name and bar number*

150 Post St., Suite 520
San Francisco, CA 94108

*Address*

ruben@krinternetlaw.com
*E-mail address*

(415) 955-1155
*Telephone number*

(415) 955-1158
*FAX number*