**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **PETER TODD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ISIS AGORA LOVECRUFT**, an individual,<br><br>Defendant. | Case No. 4:19-cv-01751-DMR<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL** |

PLEASE TAKE NOTICE THAT the following attorney is no longer counsel of record for Plaintiff Peter Todd in this action and should no longer receive notices of electronic filing or other case activity through the ECF system in this action: **Tomasz Roman Barczyk**.

Plaintiff continues to be represented by Kronenberger Rosenfeld, LLP in this action.

Respectfully Submitted,

DATED: February 12, 2020　　　　　　　　　**KRONENBERGER ROSENFELD, LLP**

By:　 s/ Jeffrey M. Rosenfeld
　　　　Jeffrey M. Rosenfeld

Attorneys for Plaintiff