Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ISIS AGORA LOVECRUFT, an individual,<br><br>    Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL** |

In view of the Court's order substantially granting Defendant's anti-SLAPP special motion to strike Plaintiff's complaint, and to effectuate a more efficient representation, counsel Michael S. Kwun and Nicolas A. Roethlisberger ("Withdrawing Counsel") request leave to withdraw as counsel of record for Defendant Isis Agora Lovecruft.

If this motion is granted, the firm Kwun Bhansali Lazarus LLP will no longer be counsel of record, but Lovecruft will remain represented by co-counsel Ben Rosenfeld. Withdrawing Counsel have provided notice to Lovecruft, who consents to their withdrawal. Withdrawing Counsel have also provided notice to counsel for Peter Todd, and Todd does not oppose this motion.

Dated: February 28, 2020

KWUN BHANSALI LAZARUS LLP

By: /s/ Michael S. Kwun
     Michael S. Kwun

Ben Rosenfeld
ATTORNEY AT LAW

Attorneys for Defendant
ISIS AGORA LOVECRUFT