# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PETER TODD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ISIS AGORA LOVECRUFT, an individual,<br><br>Defendant. | Case No.: 4:19-cv-01751-DMR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL** |

1  Having read and considered the Administrative Motion to Withdraw as Counsel, and for
2  good cause shown, the motion is granted, and the Clerk is directed to remove Michael S. Kwun
3  and Nicholas A. Roethlisberger as counsel of record.
4  Mr. Ben Rosenfeld will remain as counsel for Defendant Isis Agora Lovecruft in this
5  matter.

7  IT IS SO ORDERED

9  Dated: _____     _____
                                             Hon. Donna M. Ryu
                                             United States Magistrate Judge