Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Ben Rosenfeld (SBN 203845)
ben.rosenfeld@comcast.net
ATTORNEY AT LAW
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092

Attorneys for Defendant
ISIS AGORA LOVECRUFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER TODD, an individual, | Case No.: 4:19-cv-01751-DMR |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| vs. | |
| ISIS AGORA LOVECRUFT, an individual, | |
| Defendant. | |

In view of the Court's order substantially granting Defendant's anti-SLAPP special motion to strike Plaintiff's complaint, and to effectuate a more efficient representation, Michael S. Kwun and Nicolas A. Roethlisberger provide notice pursuant to Civil Local Rule 5-1(c)(2)(C) that they and the law firm Kwun Bhansali Lazarus LLP are hereby withdrawing as counsel of record for Defendant Isis Agora Lovecruft, and request that they be removed from the Court's electronic mail notification list.

Lovecruft remains represented by Ben Rosenfeld.

Dated: March 2, 2020                    KWUN BHANSALI LAZARUS LLP

                                        By: */s/ Michael S. Kwun*
                                                Michael S. Kwun

                                        Ben Rosenfeld
                                        ATTORNEY AT LAW

                                        Attorneys for Defendant
                                        ISIS AGORA LOVECRUFT