# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 3/4/2020 | **Time:** 1:57-2:26 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 4:19-cv-01751-DMR | **Case Name:** Peter Todd v. Isis Agora Lovecruft | |

**For Plaintiff:**
Jeffrey Rosenfeld
Ruben Pena

**For Defendant:**
Ben Rosenfeld

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 1:57-2:26

## PROCEEDINGS

Further Case Management Conference held.

[X]   Last day to add parties, claims or defenses is 3/27/2020.

Parties shall comply with Judge Ryu's Standing Order re: discovery disputes.

Given the parties' waivers in favor of adjudication of an early Anti-SLAPP motion, any party seeking to file a Rule 56 motion must first seek leave, which will only be granted upon a showing of extraordinary cause.

**REFERRALS:**

[X]   This case is referred to Magistrate Judge Robert M. Illman to conduct a Settlement Conference which shall be completed **within 60-90 days**, or as soon thereafter as is convenient to Judge Illman's calendar.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference:  **7/1/2020** at 1:30 p.m.
Updated Joint Case Management Conference Statement due by:  **6/24/2020**
Jury Trial:  **7/6/2021** at 9:00 a.m. (estimated length:  5 days)
Pretrial Conference:  **6/23/2021** at 3:00 p.m.
Last day to hear dispositive motions:  **4/8/2021** at 1:00 p.m.

(PLEASE SEE COURT'S SEPARATE CASE MANAGEMENT AND PRETRIAL ORDER FOR ALL OTHER DATES SET BY THE COURT).

**CASE MANAGEMENT AND PRETRIAL ORDER TO BE PREPARED BY:**
[ ] **Plaintiff**     [ ] **Defendant**     [X] **Court**

cc:     Chambers; CAND MagRef/CAND/09/USCOURTS