# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :      2019-01751
Case Title :       Todd v. Lovecruft

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see       **https://cand.uscourts.gov/transcripts**

Case Type :          cv
Audio Date\Time:     3/4/2020 1:57:54 PM
Audio File Name :    4cv2019-01751_20200304-135754.mp3
Audio File Size :    13720 KB
Audio Run Time :     [00:28:35] (hh:mm:ss)

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

***Listening to the file with Adobe Reader:*** Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:       **https://cand.uscourts.gov/audio**