BEN ROSENFELD (SBN 202845)
ATTORNEY AT LAW
2220 Geary Blvd., 2rd Floor East
San Francisco, CA 94118
Tel:    (415) 285-8091
Fax:    (415) 285-8092
ben.rosenfeld@comcast.net

Attorney for Defendant
Isis Agora Lovecruft

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER TODD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ISIS AGORA LOVECRUFT,<br><br>    Defendant. | Case No. 4:19-cv-01751-DMR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT IN JOINT LETTER TO COURT (LOCAL RULES 7-11 AND 7-12) |

   WHEREAS, the parties, through their undersigned counsel, are endeavoring to submit a Joint Letter initiated by Plaintiff to the Court in conformity with paragraph 13 of Magistrate Judge Donna M. Ryu's Standing Order; and

   WHEREAS the Joint Letter revolves around two, interconnected issues; and

   WHEREAS Magistrate Judge Ryu's Standing Order limits joint letters to five pages absent leave of Court; and

   WHEREAS the parties have exchanged multiple drafts over a period of days in a concerted effort to reduce the letter to five pages; and

WHEREAS, despite best editing efforts, Defendant's portions of the Joint Letter are longer than Plaintiff's, and defense counsel believes that he is unable to reduce Defendant's portions further without sacrificing content; and

WHEREAS the parties anticipate that their Joint Letter will be five and half pages in total length; and

WHEREAS Defendant therefore is requesting leave to exceed the Court's five page limit, and Plaintiff does not oppose Defendant's request;

The parties, through their undersigned counsel, stipulate to this request for leave by defense counsel to exceed the Court's five page limit in their Joint Letter by not more than one page.

Respectfully Submitted,

BEN ROSENFELD, ATTORNEY AT LAW

/s/ - Ben Rosenfeld
Ben Rosenfeld
Attorney for Defendant Isis Agora Lovecruft

KRONENBERGER ROSENFELD, LLP

/s/ - Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld
Attorneys for Plaintiff Peter Todd

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, in lieu of their signatures and filing.

/s/ - Ben Rosenfeld
Ben Rosenfeld

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
MAGISTRATE JUDGE DONNA M. RYU