1  BEN ROSENFELD (SBN 202845)
   ATTORNEY AT LAW
2  2220 Geary Blvd., 2rd Floor East
   San Francisco, CA 94118
3  Tel:    (415) 285-8091
   Fax:    (415) 285-8092
4  ben.rosenfeld@comcast.net
5
   Attorney for Defendant
6  Isis Agora Lovecruft
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                   OAKLAND DIVISION
12

13  PETER TODD,                          Case No. 4:19-cv-01751-DMR
14        Plaintiff,                     STIPULATION AND [PROPOSED] ORDER
                                         TO EXCEED PAGE LIMIT IN JOINT LETTER
15        vs.                            TO COURT (LOCAL RULES 7-11 AND 7-12)
16
    ISIS AGORA LOVECRUFT,
17
         Defendant.
18

19

20        WHEREAS, the parties, through their undersigned counsel, are endeavoring to submit a

21  Joint Letter initiated by Plaintiff to the Court in conformity with paragraph 13 of Magistrate

22  Judge Donna M. Ryu's Standing Order; and

23        WHEREAS the Joint Letter revolves around two, interconnected issues; and

24        WHEREAS Magistrate Judge Ryu's Standing Order limits joint letters to five pages

25  absent leave of Court; and

26        WHEREAS the parties have exchanged multiple drafts over a period of days in a

27  concerted effort to reduce the letter to five pages; and

28

LAW OFFICE OF BEN ROSENFELD
San Francisco, Ca

WHEREAS, despite best editing efforts, Defendant's portions of the Joint Letter are longer than Plaintiff's, and defense counsel believes that he is unable to reduce Defendant's portions further without sacrificing content; and

WHEREAS the parties anticipate that their Joint Letter will be five and half pages in total length; and

WHEREAS Defendant therefore is requesting leave to exceed the Court's five page limit, and Plaintiff does not oppose Defendant's request;

The parties, through their undersigned counsel, stipulate to this request for leave by defense counsel to exceed the Court's five page limit in their Joint Letter by not more than one page.

Respectfully Submitted,

BEN ROSENFELD, ATTORNEY AT LAW

/s/ - Ben Rosenfeld
Ben Rosenfeld
Attorney for Defendant Isis Agora Lovecruft

KRONENBERGER ROSENFELD, LLP

/s/ - Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld
Attorneys for Plaintiff Peter Todd

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, in lieu of their signatures and filing.

/s/ - Ben Rosenfeld
Ben Rosenfeld

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 20, 2020

_____
MAGISTRATE JUDGE DONNA M. RYU

2

LAW OFFICE OF BEN ROSENFELD
San Francisco, Ca