**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Plaintiff Peter Todd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **PETER TODD**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **ISIS AGORA LOVECRUFT**, an individual, <br><br> Defendant. | Case No. 4:19-cv-01751-DMR <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED between Plaintiff Peter Todd and Defendant Isis Agora Lovecruft that this action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each party bearing its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: June 16, 2020    **KRONENBERGER ROSENFELD, LLP**

By:   s/ Jeffrey M. Rosenfeld
      Jeffrey M. Rosenfeld

Attorneys for Plaintiff Peter Todd

Dated: June 16, 2020    **BEN ROSENFELD, ATTORNEY AT LAW**

By:   s/ Ben Rosenfeld
      Ben Rosenfeld

Attorneys for Defendant Isis Agora Lovecruft

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

   s/ Jeffrey M. Rosenfeld
   Jeffrey M. Rosenfeld